# Exhibit 2

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION, <br><br>Plaintiffs, <br><br>v. <br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, <br><br>Defendant | Civil Action No. _____ <br>DECLARATION OF SOLEIL ROACHE |

## DECLARATION OF SOLEIL ROACHE

**COMES NOW,** Soleil Roache and states as follows:

1. I am a natural person, an adult female, U.S. citizen, resident of the State of Hawaii and County of Honolulu. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. My son, Juda Roache, is a plaintiff in this lawsuit.

3. I legally own firearms and ammunition in the State of Hawaii.

4. I am aware that under Hawaii law it is illegal to transfer firearms and ammunition to my son for him to permanently own even when he turns 18 on December 15, 2024.

5. But for Hawaii law, upon my son Juda Roache turning 18, I would immediately transfer him a firearm and ammunition to permanently own.

6. If Hawaii law is changed to allow for it, I will immediately transfer a firearm and ammunition to Juda Roache for him to permanently own.

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2024.

_Soleil Roache_
Soleil Roache

2