Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, <br><br> Defendant | Civil Action No. _____ <br> Motion for Preliminary Injunction; <br> Memorandum in Support of <br> Motion for Preliminary Injunction; <br> Certificate of Service |

## Motion for Preliminary Injunction

Comes now the Plaintiffs pursuant to Rule 65 of the F.R.C.P. and moves this Court for a preliminary injunction which enjoins Defendant and/or their officers, agents, servants, employees, and all persons in active concert or participation with them who receive notice of this injunction, from enforcing HRS §§134-2(a), 134-2(d)(1), 134-2(h), and 134-7(g) and declare, facially and as applied to each Plaintiff to the extent they prohibit or restrict adults under the age of 21 from applying for a permit to acquire, purchasing, owning or possessing firearms and ammunition. Plaintiffs further request that this court's preliminary injunction compel Defendant and/or their officers, agents, servants, employees, and all persons in active concert or participation with them who receive notice of this injunction to also:

(a) allow Plaintiffs, or when applicable their customers or members, to apply for a permit pursuant to and consistent with all requirements set forth in HRS § 134–2;

(b) evaluate in the normal course, with no more or less scrutiny than would be applied to a typical applicant, Plaintiffs' or when applicable their customers, or members' applications and background to determine their fitness and qualifications to acquire firearms lawfully; and,

(c) insofar as Plaintiffs, or when applicable their customers or members, are determined to be fit and qualified to acquire firearms, to thereafter issue in the

normal course to them the permit contemplated by HRS § 134–2, vesting them with the same rights and privileges to acquire firearms as any other adult who obtains permit(s) pursuant to HRS § 134–2.

(d) allow Plaintiffs, or when applicable their customers or members, to own and possess ammunition to the same extent an adult over the age of 21 can.

Dated: Nov. 20, 2024.

>Respectfully submitted,
>
>*Counsel for Plaintiff*
>
>/s/*Kevin Gerard O'Grady*
>Kevin O'Grady
>
>*/s/ Alan Beck*
>Alan Alexander Beck