Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>Defendant | Civil Action No. 1:24-cv-00496<br>Notice of Errata to Complaint<br>(Omitted Verification Pages) |

## NOTICE OF ERRATA TO COMPLAINT

Plaintiffs file this notice of errata to attach signed copies of the verification pages to the complaint. *See* Doc. No. [1]. When filing the complaint, Plaintiffs unfortunately filed the complaint with unsigned copies of the verification pages. Attached to this notice are signed copies of the verification pages for all plaintiffs. Plaintiffs respectfully request that the attached verification pages be deemed part of and attached to the filed complaint. The Defendant will be served with this notice alongside the complaint.

Dated: Nov.20, 2024.

        Respectfully submitted,

        *Counsel for Plaintiff*

        /s/*Kevin Gerard O'Grady*
        Kevin O'Grady

        */s/ Alan Beck*
        Alan Alexander Beck