# VERIFICATION

I, Adam Kraut, declare as follows:

1. I am the Executive Director of SAF, which is a Plaintiff in the present case.

2. I am a citizen of the United States of America.

3. I have personal knowledge of myself, my activities, and my intentions, including those set out in the forgoing *Verified Complaint for Declaratory and Injunctive Relief,* and if called on to testify, I would competently testify as to the matters stated herein.

4. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this *Verified Complaint for Declaratory and Injunctive Relief* concerning myself, my activities and my intentions are true and correct.

Executed on November 15, 2024

_____

ADAM KRAUT