Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>Defendant | Civil Action No. 1:24-cv-00496-JAO-WRP<br><br>PLAINTIFFS' STATUS REPORT |

## Plaintiffs' Status Report

Pursuant to Docket 16, EO of the court, Plaintiffs hereby file this report regarding service of documents upon Defendant.  As shown by Docket 17, the executed summons, along with dockets 1-13, were served upon Defendant on November 22, 2024.

Dated:  November 26, 2024.

    Respectfully submitted,

/s/ Kevin O'Grady
Counsel for Plaintiffs

Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
Telephone (808) 521-3367
Hawaii State Bar number 8817
Kevin@KevinOGradyLaw.Com

/s/ Alan Beck
Counsel for Plaintiffs

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
HI Bar No. 9145
Alan.alexander.beck@gmail.com