IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,<br><br>Defendant. | Civil No. 24-00496 JAO-WRP<br><br>**DECLARATION OF AIMEE M. LUM** |

## DECLARATION OF AIMEE M. LUM

Pursuant to 28 U.S.C. § 1746, I, AIMEE M. LUM, declare under penalty of law that the following is true and correct and based on my personal knowledge of the subject case:

1. I am an attorney duly licensed to practice in the State of Hawaiʻi and one of the attorneys for the Defendant in the above case.

2. Attached as Exhibit 1 is a true and correct copy of the Expert Declaration of Saul Cornell dated December 20, 2024.

     3.     Attached as Exhibit 2 is a true and correct copy of the Expert Declaration of Robert J. Spitzer dated December 17, 2024.

     4.     Attached as Exhibit 3 is a true and correct copy of the Expert Declaration of Louis Klarevas dated December 23, 2024.

     5.     Attached as Exhibit 4 is a true and correct copy of the Expert Declaration of Elizabeth E. Cauffman dated December 20, 2024.

     DATED: Honolulu, Hawaiʻi, December 23, 2024.

                                      /s/ Aimee M. Lum
                                      AIMEE M. LUM