# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

ELIJAH PINALES, et al.,                    : Civil No. 24-00496 JAO-WRP
                                           :
   Plaintiffs,                         :
                                           : **DECLARATION OF**
     v.                             : **LOUIS KLAREVAS**
                                           :
ANNE E. LOPEZ, IN HER OFFICIAL             :
CAPACITY AS THE ATTORNEY                    :
GENERAL OF THE STATE OF                     :
HAWAI'I,                                    :
                                           :
   Defendant.                          :
                                           :
                                           :

## <u>DECLARATION OF LOUIS KLAREVAS</u>

Pursuant to 28 U.S.C. § 1746, I, Louis Klarevas, declare and state as follows:

    1.    I have been asked to render an opinion by the Office of the Attorney General of the State of Hawaii on the relationship between mass shooting violence and shooter age.

    2.    This declaration is based on my own personal knowledge, research, and experience, and if I am called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

## PROFESSIONAL QUALIFICATIONS

3.      I am a security policy analyst and, currently, Research Professor at Teachers College, Columbia University, in New York. I am also the author of the book *Rampage Nation*, one of the most comprehensive studies on gun massacres in the United States.[1] I am a political scientist by training, with a B.A. from the University of Pennsylvania and a Ph.D. from American University. My current research examines the nexus between American public safety and gun violence, including serving as an investigator in a study funded by the National Institutes of Health that is focused on reducing intentional shootings at K-12 schools.

4.      During the course of my 25-year career as an academic, I have served on the faculties of George Washington University, the City University of New York, New York University, and the University of Massachusetts. I have also served as Defense Analysis Research Fellow at the London School of Economics and Political Science and as United States Senior Fulbright Scholar in Security Studies at the University of Macedonia. In addition to having made well over 100 media and public-speaking appearances, I am the author or co-author of more than 25 scholarly publications and over 70 commentary pieces. My latest article addresses the relationship between gun control policies and firearm harm in the United States.[2]

5.      In the past five years, I have been called on to serve as an expert on the relationship between firearm harm and gun policy in various legal proceedings at the federal and state levels.

6.      A true and correct copy of my current curriculum vitae is attached as **Exhibit A** to this declaration.

---

[1] Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* (2016).

[2] Louis Klarevas, "More Gun Regulation, Less Firearm Harm," 386 *British Medical Journal* (*BMJ*) q1984 (September 13, 2024).

2

**OPINIONS**

7.      It is my professional opinion, based on my review and analysis of mass shooting data, that (1) double-digit-fatality mass shootings are post-World War II phenomena; (2) mass public shootings pose a substantial and growing threat to public safety; (3) as a percentage of the U.S. population, 18-20 year-olds are over-represented in perpetrating mass public shooting violence; and (4) 18-20-year old mass public shooters tend to use guns that are legally owned by the shooters or their family members and acquaintances.[3] Based on these findings, it is my opinion that firearm purchasing restrictions on individuals between the ages of 18 to 20 have the potential to reduce mass shooting violence.

---

[3] For purposes of the declaration, mass public shootings are defined in a manner consistent with the definition employed by The Violence Project, which is a violence analysis center that maintains a mass shooter database funded, in part, by the National Institute of Justice. According to The Violence Project, a mass public shooting is defined as "a multiple homicide incident in which four or more victims are murdered with firearms—not including the offender(s)—within one event, and at least some of the murders occurred in a public location or locations in close geographical proximity (e.g., a workplace, school, restaurant, or other public settings), and the murders are not attributable to any other underlying criminal activity or commonplace circumstance (armed robbery, criminal competition, insurance fraud, argument, or romantic triangle)." Generally, mass public shootings occur within a 24-hour time period. For a more detailed discussion of how mass public shootings are defined, see, The Violence Project, "Methodology," https://www.theviolenceproject.org/methodology.

## I.    Double-Digit-Fatality Mass Shootings Are Post-World War II Phenomena

8.      An examination of the historical occurrence and distribution of mass shootings resulting in 10 or more victims killed in the United States since 1776 (Table 1) uncovered several informative findings.[4] In terms of the origins of this form of extreme gun violence, there is no known occurrence of a mass shooting resulting in double-digit fatalities at any point in time during the 173-year period between the nation's founding in 1776 and 1948. The first known mass shooting resulting in 10 or more deaths occurred in 1949. In other words, for 70% of its 247-year existence as a nation, the United States did not experience a mass shooting resulting in double-digit fatalities, making such acts of gun violence relatively modern phenomena in American history.[5]

9.      After the first such incident in 1949, 17 years passed until a similar mass shooting occurred in 1966. The third such mass shooting then occurred 9 years later, in 1975. And the fourth such incident occurred 7 years after, in 1982. Basically, the first few mass shootings resulting in 10 or more deaths did not occur until the post-World War II era. Furthermore, these first few double-digit-fatality incidents occurred with relative infrequency, although the temporal gap between these first four incidents shrank with each event (Table 1).

---

[4] I searched for firearm-related "murders," using variations of the term, setting a minimum fatality threshold of 10 in the Newspaper Archive online newspaper repository, https://www.newspaperarchive.com. The Newspaper Archive contains local and major metropolitan newspapers dating back to 1607. Incidents of large-scale, inter-group violence such as mob violence, rioting, combat or battle skirmishes, and attacks initiated by authorities acting in their official capacity were excluded.

[5] Using the Constitution's effective date of 1789 as the starting point would lead to the conclusion that, for 68% of its 234-year existence as a nation, the United States did not experience a mass shooting resulting in double-digit fatalities.

10.     The distribution of double-digit-fatality mass shootings changed in the early 1980s, when five such events took place in a span of just five years (Table 1). But this cluster of incidents was followed by a 20-year period in which only 2 double-digit-fatality mass shootings occurred. This period of time from 1987-2007 correlates with three important federal firearms measures: the 1986 Firearm Owners Protection Act, the 1989 Code of Federal Regulations "sporting use" importation restrictions, and the 1994 Federal Assault Weapons Ban.

11.     It is well-documented in the academic literature that, after the Federal Assault Weapons Ban expired in 2004, mass shooting violence increased substantially.[6] Mass shootings that resulted in 10 or more deaths were no exception, following the same pattern. In the 56 years from 1949 through 2004, there were a total of 10 mass shootings resulting in double-digit fatalities (a frequency rate of one incident every 5.6 years). In the 20 years since 2004, there have been 22 double-digit-fatality mass shootings (a frequency rate of one incident every 0.9 years). In other words, the frequency rate has increased over six-fold since the Federal Assault Weapons Ban expired (Table 1).

---

[6] *See*, for example, Klarevas, *supra* note 1; Louis Klarevas et al., "The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings," 109 *American Journal of Public Health* 1754 (2019; Charles DiMaggio et al., "Changes in US Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban: Analysis of Open-Source Data," 86 *Journal of Trauma and Acute Care Surgery* 11 (2019); Lori Post et al., "Impact of Firearm Surveillance on Gun Control Policy: Regression Discontinuity Analysis," 7 *JMIR Public Health and Surveillance* (2021); Philip J. Cook and John J. Donohue, "Regulating Assault Weapons and Large-Capacity Magazines for Ammunition," 328 JAMA, September 27, 2022; and John J. Donohue, "The Effect of Permissive Gun Laws on Crime," 704 *ANNALS of the American Academy of Political and Social Science* 92 (2022).

**Table 1. Mass Shootings Resulting in Double-Digit Fatalities in U.S. History, 1776-2024**

|  | Date | Location | Deaths | Involved 18-20-Year-Old Shooter |
|---|---|---|---|---|
| 1 | 9/6/1949 | Camden, NE | 13 | N |
| 2 | 8/1/1966 | Austin, TX | 14 | N |
| 3 | 3/30/1975 | Hamilton, OH | 11 | N |
| 4 | 9/25/1982 | Wilkes-Barre, PA | 13 | N |
| 5 | 2/18/1983 | Seattle, WA | 13 | Y |
| 6 | 4/15/1984 | Brooklyn, NY | 10 | N |
| 7 | 7/18/1984 | San Ysidro, CA | 21 | N |
| 8 | 8/20/1986 | Edmond, OK | 14 | N |
| 9 | 10/16/1991 | Killeen, TX | 23 | N |
| 10 | 4/20/1999 | Littleton, CO | 13 | Y |
| 11 | 4/16/2007 | Blacksburg, VA | 32 | N |
| 12 | 3/10/2009 | Geneva County, AL | 10 | N |
| 13 | 4/3/2009 | Binghamton, NY | 13 | N |
| 14 | 11/5/2009 | Fort Hood, TX | 13 | N |
| 15 | 7/20/2012 | Aurora, CO | 12 | N |
| 16 | 12/14/2012 | Newtown, CT | 27 | Y |
| 17 | 9/16/2013 | Washington, DC | 12 | N |
| 18 | 12/2/2015 | San Bernardino, CA | 14 | N |
| 19 | 6/12/2016 | Orlando, FL | 49 | N |
| 20 | 10/1/2017 | Las Vegas, NV | 60 | N |
| 21 | 11/5/2017 | Sutherland Springs, TX | 25 | N |
| 22 | 2/14/2018 | Parkland, FL | 17 | Y |
| 23 | 5/18/2018 | Santa Fe, TX | 10 | N |
| 24 | 10/27/2018 | Pittsburgh, PA | 11 | N |
| 25 | 11/7/2018 | Thousand Oaks, CA | 12 | N |
| 26 | 5/31/2019 | Virginia Beach, VA | 12 | N |
| 27 | 8/3/2019 | El Paso, TX | 23 | N |
| 28 | 3/22/2021 | Boulder, CO | 10 | N |
| 29 | 5/14/2022 | Buffalo, NY | 10 | Y |
| 30 | 5/24/2022 | Uvalde, TX | 21 | Y |
| 31 | 1/21/2023 | Monterey Park, CA | 11 | N |
| 32 | 10/25/2023 | Lewiston, ME | 18 | N |

Note: Death tolls do not include the perpetrators. At the time that this declaration is being executed (December 23, 2024), there are still eight days left in 2024. However, through December 23, 2024, there have not been any double-digit-fatality mass shootings in the United States in the current calendar year.

12.    Of particular relevance to the present case, 6 out of the 32 double-digit-fatality mass shootings in American history were perpetrated by a shooter who was 18-20-years-old at the time of the attack. In other words, while historically accounting for approximately 4% of the post-World War II population in the United States, 18-20-year-olds have been involved in perpetrating 19% of the mass shootings resulting in 10 or more deaths—a nearly five-fold over-representation (Table 1).[7] Similarly, the double-digit-fatality mass shootings that involved perpetrators between the ages of 18 and 20 account for 18% of all deaths resulting from such extreme acts of gun violence (101 out of 567 total deaths)—again a nearly five-fold over-representation given that this age group has only represented approximately 4% of the population of the United States in the post-World War II era (Table 1). This indicates that this age group is particularly capable of inflicting mass-casualty carnage with firearms.

---

[7] According to census data from 1950, 1960, 1970, 1980, 1990, 2000, 2010, and 2020, 18-20-year-olds accounted for a mean average of 4.3% of the U.S. population in the post-World War II (up to the present era). Single-year-of-age population data is published by the U.S. Census Bureau every decade, https://www.census.gov/library/publications.html.

## II.    Mass Public Shootings Pose a Substantial and Growing Threat to Public Safety

13.    Examining mass-casualty acts of violence in the United States in the last 40 years points to two disturbing patterns.[8] First, as demonstrated in Table 2, the deadliest individual acts of intentional criminal violence in the United States since the coordinated terrorist attack of September 11, 2001, have all been mass shootings. Second, as displayed in Figures 1-2, the problem of mass public shooting violence is on the rise. To put the increase since 1985 into perspective, in the last 40 years, the average population of the United States increased approximately 33%.[9] However, when the number of people killed in mass public shootings from 1985-1994 is compared to the number killed in such incidents from 2015-2024, it reflects an increase of 243%. In other words, the rise in mass public shootings has far outpaced the rise in national population—by a factor greater than 7. The obvious takeaway from these patterns and trends is that mass public shootings pose a substantial—and growing—threat to American public safety.

---

[8] The analysis of mass public shootings in this report covers the last 40 calendar years (1985-2024), drawing on data that is publicly available from The Violence Project, which has been funded, in part, by the National Institute of Justice. The Violence Project data set on mass public shootings is accessible from the organization's website, https://www.theviolenceproject.org/databases. One incident included in the data set that resulted in three victims shot to death (the 2014 Isla Vista, California, rampage) is excluded from this report's analysis because it does not meet the fatality threshold of a mass public shooting, which is four or more victims shot to death.

[9] The increase was calculated using the total annual populations from 1985-1994 and comparing it to the total annual populations from 2015-2024. The increase between these two ten-year time periods is 32.7%. Annual population estimates are from the U.S. Census Bureau, https://www.census.gov/programs-surveys/popest/data/data-sets.html.

**Table 2. The Deadliest Acts of Intentional Criminal Violence in the U.S. since the Coordinated Terrorist Attack of September 11, 2001**

|   | Deaths | Date | Location | Type of Violence |
|---|--------|------|----------|------------------|
| 1 | 60 | October 1, 2017 | Las Vegas, NV | Mass Shooting |
| 2 | 49 | June 12, 2016 | Orlando, FL | Mass Shooting |
| 3 | 32 | April 16, 2007 | Blacksburg, VA | Mass Shooting |
| 4 | 27 | December 14, 2012 | Newtown, CT | Mass Shooting |
| 5 | 25 | November 5, 2017 | Sutherland Springs, TX | Mass Shooting |
| 6 | 23 | August 3, 2019 | El Paso, TX | Mass Shooting |
| 7 | 21 | May 24, 2022 | Uvalde, TX | Mass Shooting |

**Figure 1. Annual Number of Mass Public Shooting Incidents, 1985-2024**



**Figure 2. Annual Number of Mass Public Shooting Deaths, 1985-2024**



9

### III.   As a Percentage of the U.S. Population, 18-20-Year-Olds Are Over-Represented in Perpetrating Mass Public Shooting Violence

14.   As noted above in Section I, the 18-20 age demographic only accounts for about 4% of the U.S. population. However, it accounts for a far larger percentage of double-digit-fatality mass shooting incidents and deaths. A similar pattern holds for mass public shootings perpetrated in the United States in the last 40 years. As shown in Tables 3 and 4 below, in contrast to the comparator groups of 11-17-year-old mass public shooters as well as 21-72-year-old mass public shooters, 18-20-year-old mass public shooters are substantially over-represented, and noticeably more so than older mass public shooters, who are also over-represented.[10] (In contrast, 11-17-year-olds are under-represented.) This pattern holds whether the metric is the share of mass public shootings that they commit or the share of mass public shooting deaths attributable to their attacks. The share of 18-20-year-old mass public shooters reflects a 107% increase over the share of the population for that age demographic. Similarly, the share of deaths attributable to 18-20-year-old mass public shooters reflects a 160% increase over the share of the population for that age demographic. Furthermore, the average death toll per mass public shooting for attacks perpetrated by 18-20-year-olds (8.9 deaths on average) reflects a 71% increase over the average death toll per incident associated with 11-17-year-olds (5.2 deaths on average) and a 27% increase over the average death toll per incident associated with 21-72-year-olds (7.0 deaths on average).[11]

---

[10] The age parameters for the two comparator groups were determined by the youngest and oldest mass public shooter in The Violence Project data set (1985-2024), respectively, 11 and 72 years of age.

[11] The average death toll per mass public shooting for attacks perpetrated by 21-72-year-olds (7.0 deaths on average) reflects a 35% increase over the average death toll per incident associated with 11-17-year-olds (5.2 deaths on average).

15.    These patterns clearly demonstrate that age is an important factor in terms of the incidence and lethality of mass public shootings.[12]

## Table 3. Mass Public Shooters by Age Group, 1985-2024

### Table 3a. Mass Public Shooters Aged 11-17

|  | Year | Month | Day | State | City | Deaths | Age of Shooter |
|---|---|---|---|---|---|---|---|
| 1 | 1998 | 3 | 24 | Arkansas | Jonesboro | 2.5 | 11 |
| 2 | 1998 | 3 | 24 | Arkansas | Jonesboro | 2.5 | 13 |
| 3 | 2024 | 9 | 4 | Georgia | Winder | 4 | 14 |
| 4 | 1998 | 5 | 20 | Oregon | Springfield | 4 | 15 |
| 5 | 2014 | 10 | 24 | Washington | Marysville | 4 | 15 |
| 6 | 2021 | 11 | 30 | Michigan | Oxford | 4 | 15 |
| 7 | 2022 | 10 | 13 | North Carolina | Raleigh | 5 | 15 |
| 8 | 2005 | 3 | 21 | Minnesota | Red Lake | 9 | 16 |
| 9 | 1999 | 4 | 20 | Colorado | Littleton | 6.5 | 17 |
| 10 | 2018 | 5 | 18 | Texas | Santa Fe | 10 | 17 |
|  |  |  |  |  | Total Deaths | 51.5 |  |
|  |  |  |  |  | Average Deaths Per Incident | 5.2 |  |

### Table 3b. Mass Public Shooters Aged 18-20

|  | Year | Month | Day | State | City | Deaths | Age of Shooter |
|---|---|---|---|---|---|---|---|
| 1 | 1994 | 12 | 31 | North Carolina | Raeford | 5 | 18 |
| 2 | 1999 | 4 | 20 | Colorado | Littleton | 6.5 | 18 |
| 3 | 2007 | 2 | 12 | Utah | Salt Lake City | 5 | 18 |
| 4 | 2022 | 5 | 14 | New York | Buffalo | 10 | 18 |
| 5 | 2022 | 5 | 24 | Texas | Uvalde | 21 | 18 |
| 6 | 1993 | 10 | 14 | California | El Cajon | 4 | 19 |
| 7 | 1993 | 12 | 14 | Colorado | Aurora | 4 | 19 |
| 8 | 2007 | 12 | 5 | Nebraska | Omaha | 8 | 19 |
| 9 | 2018 | 2 | 14 | Florida | Parkland | 17 | 19 |
| 10 | 2021 | 4 | 15 | Indiana | Indianapolis | 8 | 19 |
| 11 | 1992 | 5 | 1 | California | Olivehurst | 4 | 20 |
| 12 | 1994 | 6 | 20 | Washington | Fairchild Air Force Base | 4 | 20 |
| 13 | 2001 | 9 | 8 | California | Sacramento | 5 | 20 |
| 14 | 2012 | 12 | 14 | Connecticut | Newtown | 27 | 20 |
| 15 | 2016 | 9 | 23 | Washington | Burlington | 5 | 20 |
|  |  |  |  |  | Total Deaths | 133.5 |  |
|  |  |  |  |  | Average Deaths Per Incident | 8.9 |  |

---

[12] It also worth noting that, of the 15 mass public shootings identified by the Violence Project as having occurred at elementary and secondary schools in the United States between 1985 and 2024, five of these incidents involved perpetrators between the ages of 18 and 20. In other words, 33% of all mass public shootings at K-12 schools were perpetrated by an age demographic that makes up approximately 4% of the entire U.S. population—a difference greater than 8-fold.

## Table 3c. Mass Public Shooters Aged 21-72

|  | Year | Month | Day | State | City | Deaths | Age of Shooter |
|---|---|---|---|---|---|---|---|
| 1 | 2004 | 7 | 2 | Kansas | Kansas City | 5 | 21 |
| 2 | 2015 | 6 | 17 | South Carolina | Charleston | 9 | 21 |
| 3 | 2019 | 1 | 23 | Florida | Sebring | 5 | 21 |
| 4 | 2019 | 8 | 3 | Texas | El Paso | 23 | 21 |
| 5 | 2021 | 3 | 16 | Georgia | Atlanta | 8 | 21 |
| 6 | 2021 | 3 | 22 | Colorado | Boulder | 10 | 21 |
| 7 | 2022 | 7 | 4 | Illinois | Highland Park | 7 | 21 |
| 8 | 1993 | 8 | 6 | North Carolina | Fayetteville | 4 | 22 |
| 9 | 1995 | 12 | 19 | New York | Bronx | 5 | 22 |
| 10 | 1999 | 3 | 10 | Louisiana | Gonzales | 4 | 22 |
| 11 | 2011 | 1 | 8 | Arizona | Tucson | 6 | 22 |
| 12 | 2022 | 11 | 19 | Colorado | Colorado Springs | 5 | 22 |
| 13 | 1999 | 6 | 3 | Nevada | Las Vegas | 4 | 23 |
| 14 | 2003 | 2 | 25 | Alabama | Huntsville | 4 | 23 |
| 15 | 2007 | 4 | 16 | Virginia | Blacksburg | 32 | 23 |
| 16 | 2013 | 6 | 7 | California | Santa Monica | 5 | 23 |
| 17 | 2019 | 10 | 6 | Kansas | Kansas City | 2 | 23 |
| 18 | 1988 | 7 | 17 | North Carolina | Winston-Salem | 4 | 24 |
| 19 | 1989 | 1 | 17 | California | Stockton | 5 | 24 |
| 20 | 2007 | 12 | 9 | Colorado | Arvada | 4 | 24 |
| 21 | 2012 | 7 | 20 | Colorado | Aurora | 12 | 24 |
| 22 | 2015 | 7 | 16 | Tennessee | Chattanooga | 5 | 24 |
| 23 | 2019 | 8 | 4 | Ohio | Dayton | 9 | 24 |
| 24 | 2004 | 12 | 8 | Ohio | Columbus | 4 | 25 |
| 25 | 2006 | 5 | 21 | Louisiana | Baton Rouge | 5 | 25 |
| 26 | 2008 | 6 | 25 | Kentucky | Henderson | 5 | 25 |
| 27 | 2016 | 7 | 7 | Texas | Dallas | 5 | 25 |
| 28 | 2023 | 4 | 10 | Kentucky | Louisville | 5 | 25 |
| 29 | 1992 | 3 | 15 | Arizona | Phoenix | 4 | 26 |
| 30 | 2015 | 10 | 1 | Oregon | Roseburg | 9 | 26 |
| 31 | 2017 | 1 | 6 | Florida | Fort Lauderdale | 5 | 26 |
| 32 | 2017 | 11 | 5 | Texas | Sutherland Springs | 25 | 26 |
| 33 | 2008 | 2 | 14 | Illinois | DeKalb | 5 | 27 |
| 34 | 2013 | 4 | 21 | Washington | Federal Way | 4 | 27 |
| 35 | 2017 | 2 | 6 | Mississippi | Yazoo City | 4 | 27 |
| 36 | 2018 | 2 | 26 | Michigan | Detroit | 4 | 27 |
| 37 | 1991 | 11 | 1 | Iowa | Iowa City | 5 | 28 |
| 38 | 1995 | 4 | 3 | Texas | Corpus Christi | 5 | 28 |
| 39 | 2000 | 3 | 20 | Texas | Irving | 5 | 28 |
| 40 | 2006 | 3 | 24 | Washington | Seattle | 6 | 28 |
| 41 | 2008 | 9 | 2 | Washington | Alger | 6 | 28 |
| 42 | 2010 | 4 | 3 | California | North Hollywood | 4 | 28 |
| 43 | 2015 | 12 | 2 | California | San Bernardino | 7 | 28 |
| 44 | 2018 | 1 | 28 | Pennsylvania | Melcroft | 4 | 28 |
| 45 | 2018 | 11 | 7 | California | Thousand Oaks | 12 | 28 |
| 46 | 2023 | 3 | 27 | Tennessee | Nashville | 6 | 28 |
| 47 | 2009 | 11 | 1 | North Carolina | Mount Airy | 4 | 29 |
| 48 | 2015 | 12 | 2 | California | San Bernardino | 7 | 29 |
| 49 | 2016 | 6 | 12 | Florida | Orlando | 49 | 29 |
| 50 | 2018 | 4 | 22 | Tennessee | Antioch | 4 | 29 |
| 51 | 2019 | 10 | 6 | Kansas | Kansas City | 2 | 29 |
| 52 | 2024 | 9 | 2 | Illinois | Floral Park | 4 | 30 |
| 53 | 1991 | 11 | 14 | Michigan | Royal Oak | 4 | 31 |

| | Year | Month | Day | State | City | Deaths | Age of Shooter |
|---|---|---|---|---|---|---|---|
| 54 | 2008 | 3 | 18 | California | Santa Maria | 4 | 31 |
| 55 | 2020 | 3 | 15 | Missouri | Springfield | 4 | 31 |
| 56 | 2022 | 11 | 22 | Virginia | Chesapeake | 6 | 31 |
| 57 | 1996 | 4 | 24 | Mississippi | Jackson | 5 | 32 |
| 58 | 2006 | 10 | 2 | Pennsylvania | Nickel Mines | 5 | 32 |
| 59 | 2011 | 9 | 6 | Nevada | Carson City | 4 | 32 |
| 60 | 2021 | 1 | 9 | Illinois | Chicago | 5 | 32 |
| 61 | 1993 | 12 | 2 | California | Oxnard | 4 | 33 |
| 62 | 2005 | 3 | 11 | Georgia | Atlanta | 4 | 33 |
| 63 | 2015 | 11 | 14 | Texas | Tennessee | 5 | 33 |
| 64 | 2023 | 5 | 6 | Texas | Allen | 8 | 33 |
| 65 | 2000 | 4 | 28 | Pennsylvania | Pittsburgh | 5 | 34 |
| 66 | 2010 | 8 | 3 | Connecticut | Manchester | 8 | 34 |
| 67 | 2013 | 9 | 16 | District of Columbia | Washington | 12 | 34 |
| 68 | 1991 | 10 | 10 | New Jersey | Ridgewood | 4 | 35 |
| 69 | 1991 | 10 | 16 | Texas | Killeen | 23 | 35 |
| 70 | 1993 | 12 | 7 | New York | Garden City | 6 | 35 |
| 71 | 1998 | 3 | 7 | Connecticut | Newington | 4 | 35 |
| 72 | 1999 | 12 | 30 | Florida | Tampa | 5 | 36 |
| 73 | 2003 | 8 | 27 | Illinois | Chicago | 6 | 36 |
| 74 | 2004 | 11 | 21 | Wisconsin | Birchwood | 6 | 36 |
| 75 | 2012 | 9 | 27 | Minnesota | Minneapolis | 6 | 36 |
| 76 | 2019 | 8 | 31 | Texas | Midland-Odessa | 7 | 36 |
| 77 | 2009 | 11 | 29 | Washington | Parkland | 4 | 37 |
| 78 | 2010 | 6 | 6 | Florida | Hialeah | 4 | 38 |
| 79 | 2018 | 6 | 28 | Maryland | Annapolis | 5 | 38 |
| 80 | 1985 | 3 | 16 | Pennsylvania | South Connellsville | 4 | 39 |
| 81 | 1988 | 2 | 16 | California | Sunnyvale | 7 | 39 |
| 82 | 2009 | 11 | 5 | Texas | Fort Hood | 13 | 39 |
| 83 | 1988 | 9 | 22 | Illinois | Chicago | 4 | 40 |
| 84 | 1999 | 11 | 2 | Hawaii | Honolulu | 7 | 40 |
| 85 | 2012 | 5 | 30 | Washington | Seattle | 5 | 40 |
| 86 | 2012 | 8 | 5 | Wisconsin | Oak Creek | 6 | 40 |
| 87 | 2019 | 5 | 31 | Virginia | Virginia Beach | 12 | 40 |
| 88 | 2023 | 7 | 3 | Pennsylvania | Philadelphia | 5 | 40 |
| 89 | 2023 | 7 | 15 | Georgia | Hampton | 4 | 40 |
| 90 | 2023 | 10 | 25 | Maine | Lewiston | 18 | 40 |
| 91 | 1996 | 2 | 9 | Florida | Fort Lauderdale | 5 | 41 |
| 92 | 1997 | 12 | 18 | California | Orange | 4 | 41 |
| 93 | 2009 | 4 | 3 | New York | Binghamton | 13 | 41 |
| 94 | 2011 | 10 | 12 | California | Seal Beach | 8 | 41 |
| 95 | 1990 | 6 | 18 | Florida | Jacksonville | 9 | 42 |
| 96 | 1995 | 7 | 19 | California | Los Angeles | 4 | 42 |
| 97 | 2000 | 12 | 26 | Massachusetts | Wakefield | 7 | 42 |
| 98 | 2001 | 7 | 3 | Colorado | Rifle | 4 | 42 |
| 99 | 2013 | 7 | 26 | Florida | Hialeah | 6 | 42 |
| 100 | 1992 | 11 | 8 | California | Paso Robles | 6 | 43 |
| 101 | 1997 | 9 | 15 | South Carolina | Aiken | 4 | 43 |
| 102 | 2012 | 4 | 2 | California | Oakland | 7 | 43 |
| 103 | 1986 | 8 | 20 | Oklahoma | Edmond | 14 | 44 |
| 104 | 1999 | 7 | 29 | Georgia | Atlanta | 9 | 44 |
| 105 | 2005 | 3 | 12 | Wisconsin | Brookfield | 7 | 44 |
| 106 | 2006 | 1 | 30 | California | Goleta | 7 | 44 |
| 107 | 2014 | 2 | 20 | California | Alturas | 4 | 44 |

| | Year | Month | Day | State | City | Deaths | Age of Shooter |
|---|---|---|---|---|---|---|---|
| 108 | 2017 | 11 | 14 | California | Rancho Tehama | 5 | 44 |
| 109 | 2021 | 3 | 31 | California | Orange | 4 | 44 |
| 110 | 2024 | 6 | 21 | Arkansas | Fordyce | 4 | 44 |
| 111 | 1991 | 11 | 9 | Kentucky | Harrodsburg | 4 | 45 |
| 112 | 2009 | 3 | 29 | North Carolina | Carthage | 8 | 45 |
| 113 | 2016 | 2 | 20 | Michigan | Kalamazoo | 6 | 45 |
| 114 | 2017 | 3 | 22 | Wisconsin | Rothschild | 4 | 45 |
| 115 | 2017 | 6 | 5 | Florida | Orlando | 5 | 45 |
| 116 | 2019 | 2 | 15 | Illinois | Aurora | 5 | 45 |
| 117 | 2022 | 6 | 1 | Oklahoma | Tulsa | 4 | 45 |
| 118 | 2018 | 10 | 27 | Pennsylvania | Pittsburgh | 11 | 46 |
| 119 | 1989 | 9 | 14 | Kentucky | Louisville | 8 | 47 |
| 120 | 1999 | 9 | 15 | Texas | Fort Worth | 7 | 47 |
| 121 | 2010 | 9 | 11 | Kentucky | Jackson | 5 | 47 |
| 122 | 2019 | 12 | 10 | New Jersey | Jersey City | 2 | 47 |
| 123 | 2021 | 12 | 27 | Colorado | Denver | 5 | 47 |
| 124 | 2003 | 7 | 8 | Mississippi | Meridian | 6 | 48 |
| 125 | 1992 | 10 | 15 | New York | Watkins Glen | 4 | 50 |
| 126 | 2019 | 12 | 10 | New Jersey | Jersey City | 2 | 50 |
| 127 | 2011 | 8 | 7 | Ohio | Akron | 7 | 51 |
| 128 | 2020 | 2 | 26 | Wisconsin | Milwaukee | 5 | 51 |
| 129 | 2008 | 2 | 7 | Missouri | Kirkwood | 6 | 52 |
| 130 | 2003 | 10 | 24 | Idaho | Oldtown | 4 | 53 |
| 131 | 2001 | 1 | 9 | Texas | Houston | 4 | 54 |
| 132 | 2002 | 3 | 22 | Indiana | South Bend | 4 | 54 |
| 133 | 2005 | 8 | 28 | Texas | Honey Grove | 4 | 54 |
| 134 | 2018 | 9 | 12 | California | Bakersfield | 5 | 54 |
| 135 | 1993 | 7 | 1 | California | San Francisco | 8 | 55 |
| 136 | 2021 | 5 | 26 | California | San Jose | 9 | 57 |
| 137 | 1997 | 12 | 3 | Florida | Bartow | 4 | 59 |
| 138 | 1987 | 4 | 23 | Florida | Palm Bay | 6 | 60 |
| 139 | 1997 | 8 | 19 | New Hampshire | Colebrook | 4 | 62 |
| 140 | 2013 | 3 | 13 | New York | Herkimer | 4 | 64 |
| 141 | 2017 | 10 | 1 | Nevada | Las Vegas | 60 | 64 |
| 142 | 2001 | 2 | 5 | Illinois | Melrose Park | 4 | 66 |
| 143 | 2023 | 1 | 23 | California | Half Moon Bay | 7 | 66 |
| 144 | 2023 | 1 | 21 | California | Monterey Park | 11 | 72 |
| | | | | | Total Deaths | 1,012 | |
| | | | | | Average Deaths Per Incident | 7.0 | |

Source: The Violence Project, https://www.theviolenceproject.org/databases. Revisions were made to The Violence Project's data set to correct erroneous dates, locations, and death tolls. One incident in the data set—the 2014 Isla Vista, California, shooting, which resulted in a total of three victims shot to death—is excluded because it did not involve a minimum of four victims shot to death, which is a defining criterion of mass public shootings. In attributing deaths to each perpetrator, deaths were equally divided between the perpetrators in the five incidents that involved two shooters (Jonesboro 1998, Columbine 1999, San Bernadino 2015, Kansas City 2019, and Jersey City 2019).

**Table 4. Share of Mass Public Shooting Perpetrators and Deaths Attributable to Mass Public Shooting Perpetrators, Sorted by Age Groups and Compared to Share of Population for Age Groups, 1985–2024**

|  | Share of U.S. Population (1990-2020) | Share of Mass Public Shooting Perpetrators | Percentage Differential Given Share of Population | Share of Mass Public Shooting Deaths | Percentage Differential Given Share of Population |
|---|---|---|---|---|---|
| **11-17** | 9.6% | 5.9% | -38% | 4.3% | -55% |
| **18-20** | 4.3% | 8.9% | +107% | 11.2% | +160% |
| **21-72** | 64.1% | 85.2% | +33% | 84.5% | +32% |

Source: Data on mass public shooting perpetrators, incidents, and deaths are drawn from Table 3. Data on U.S. population are drawn from U.S. Census Bureau, Population and Housing Unit Estimates, https://www.census.gov/programs-surveys/popest.html. The age parameters for the two comparator groups were determined by the youngest and oldest mass public shooter in The Violence Project data set (1985-2024), respectively, 11 and 72 years of age. People under age 11 and over age 72 are excluded from the share of U.S. population percentages. Minus signs ( - ) represent a percentage decrease. Plus signs ( + ) represent a percentage increase.

## IV.  18-20-Year-Old Mass Public Shooters Tend To Use Guns That Are Legally Owned by the Shooters or Their Family Members and Acquaintances

16.    The 18-20 age demographic perpetrates mass public shootings at a rate that is disproportionately larger than the rates associated with the 11-17-year-old and 21-72-year-old comparator groups. As shown in Table 5 below, of the 15 individuals aged 18-20 who perpetrated a mass public shooting in the last 40 years, we know for certain that only two of these gunmen purchased a firearm used in their attacks in violation of age-based purchasing restrictions. In both instances, the transactions involved handguns purchased when they were 17 years old.[13] However, by the time

---

[13] In both incidents—the 1999 Columbine high school massacre in Colorado and the 2007 Trolley Square Mall rampage in Utah—the law failed to prevent the illegal purchases, but it did allow authorities to prosecute the individuals who sold the firearms in violation of state law. *See* Julie Cart, *Man Pleads Guilty to Selling*

(continued…)

of their attacks, both gunmen were 18-years-of-age and were no longer prohibited from possessing handguns under state law.[14] Moreover, both of these shooters also used shotguns in their attacks, which they legally possessed. For three other shooters, it is unclear how they acquired their firearms. The remaining 10 mass public shooters aged 18-20 legally purchased their firearms, took their firearms from home, or borrowed them. Since 1985, there are no confirmed examples of a mass public

---

*Gun to Columbine Killers*, Los Angeles Times, August 19, 1999, https://www.latimes.com/archives/la-xpm-1999-aug-19-mn-1611-story.html; *Man Pleads Guilty to 2 Felony Charges for Helping Columbine Shooters Get Gun*, Los Angeles Times, May 9, 2000, https://www.latimes.com/archives/la-xpm-2000-may-09-mn-28068-story.html; Russ Rizzo, *A Guilty Plea in the Trolley Gun Deal*, Salt Lake Tribune, October 26, 2007, https://archive.sltrib.com/article.php?id=7285671&itype=NGPSID; Nate Carlisle, Trolley Square: Gun Seller Sorry, But Shooting Deaths "Not My Fault," *Salt Lake Tribune*, January 25, 2008, https://archive.sltrib.com/article.php?id=8073128&itype=NGPSID; *Man Linked to Mall Shootings Handgun Going to Prison*, KSL, May 22, 2008, https://www.ksl.com/article/3363775/man-linked-to-mall-shootings-handgun-going-to-prison.

[14] To provide more specific details on these two instances, Columbine High School shooter Eric Harris (Columbine, CO) purchased an assault pistol and Trolley Square Mall shooter Sulejman Talovic (Salt Lake City, UT) purchased a revolver in private transactions (i.e., not involving a federally-licensed firearms dealer) when they were 17 years of age. At the time, both Colorado and Utah restricted the sale of handguns to individuals under the age of 18, making the sale of each handgun illegal under state law. However, neither Colorado nor Utah restricted private sales of handguns to individuals 18 years of age or older at the time these transfers occurred. Prior to 2023, so long as an individual in Colorado or Utah was 18 years of age or older, they could legally acquire a handgun in a private transaction. See Colo. Rev. Stat. § 18-12-108.7(1); Utah Code Ann. § 76-10-509.9. In 2023, Colorado raised the legal age of purchasing a handgun to 21 or older. Colo. Rev. Stat. § 18-12-112(2)(e), (f); 18-12-112.5(a.3) (eff. 2023). Utah law remains the same as it was in 2007 when Talovic acquired his handgun, maintaining a minimum purchase age of 18. However, under federal law at the time and currently, individuals are prohibited from purchasing a handgun from a federally-licensed firearms dealer until they reach 21 years of age. 18 U.S.C. § 922(b)(1).

shooter, *aged 18-20 at the time that they acquired their firearms*, purchasing said firearms in violation of state age restrictions.[15] That mass public shooters of this age demographic generally do not purchase their firearms in violation of age restrictions on 18-20-year-olds is *prima facie* evidence that they do not, by and large, resort to underground markets to acquire weapons. In turn, it appears that age-based purchase laws have the potential to effectively restrict access to specific firearms for those within the covered age range in the numerous jurisdictions where they are in force.

17.    All of the above suggest that firearm purchasing restrictions on 18-20-year-olds have the potential to reduce mass shooting violence.

### Table 5. Mass Public Shooters Aged 18-20, 1985–2024

|    | Date | Location | Age of Shooter | How Guns Were Acquired |
|----|------|----------|----------------|------------------------|
| 1  | 5/1/1992 | Olivehurst, CA | 20 | Legally Purchased |
| 2  | 10/14/1993 | El Cajon, CA | 19 | Unknown |
| 2  | 12/14/1993 | Aurora, CO | 19 | Unknown |
| 4  | 6/20/1994 | Fairchild AFB, WA | 20 | Legally Purchased |
| 5  | 12/31/1994 | Raeford, NC | 18 | Loaned to Shooter |
| 6  | 4/20/1999 | Columbine, CO | 18 | 3 Legally Purchased / 1 Illegally Purchased |
| 7  | 9/8/2001 | Sacramento, CA | 20 | Unknown |
| 8  | 2/12/2007 | Salt Lake City, UT | 18 | 1 Legally Purchased / 1 Illegally Purchased |
| 9  | 12/5/2007 | Omaha, NE | 19 | Taken from Home |
| 10 | 12/14/2012 | Newtown, CT | 20 | Taken from Home |
| 11 | 9/23/2016 | Burlington, WA | 20 | Taken from Home |
| 12 | 2/14/2018 | Parkland, FL | 19 | Legally Purchased |
| 13 | 4/15/2021 | Indianapolis, IN | 19 | Legally Purchased |
| 14 | 5/14/2022 | Buffalo, NY | 18 | Legally Purchased |
| 15 | 5/24/2022 | Uvalde, TX | 18 | Legally Purchased |

Source: The Violence Project, https://www.theviolenceproject.org/databases.

[15] As noted above, it is unknown how 3 of the 15 mass public shooters aged 18-20 at the time of their attacks acquired their firearms. It is possible that one or even all of these three gunmen obtained their firearms through an illegal transaction when they were between the ages of 18 to 20. However, it is equally plausible that none of them acquired their firearms through an illegal transaction when they were between the ages of 18 to 20. The bottom line is that we do not know how these 3 gunmen obtained their firearms. As such, there is no known instance of an 18-to-20-year-old mass public shooter obtaining their firearms through an illegal transaction since 1985.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 23, 2024, at Nassau County, New York.

Louis Klarevas

# EXHIBIT A

# Louis J. Klarevas

**Email: ljk2149@tc.columbia.edu**

**Education**

Ph.D.   International Relations, 1999
School of International Service
American University
Washington, DC

B.A.    Political Science, *Cum Laude*, 1989
School of Arts and Sciences
University of Pennsylvania
Philadelphia, PA

**Author**

*Rampage Nation: Securing America from Mass Shootings*

**Current Positions**

Research Professor, Teachers College, Columbia University, New York, NY, 2018-Present

Faculty Affiliate, Media and Social Change Lab (MASCLab), Teachers College, Columbia University, New York, NY, 2019-Present

**Professional Experience**

*Academic Experience (Presented in Academic Years)*

Associate Lecturer, Department of Global Affairs, University of Massachusetts – Boston, Boston, MA, 2015-2020

Senior Fulbright Scholar (Security Studies), Department of European and International Studies, University of Macedonia, Thessaloniki, Greece, 2011-2012

Founder and Coordinator, Graduate Transnational Security Program, Center for Global Affairs, New York University, New York, NY, 2009-2011

Faculty Affiliate, A. S. Onassis Program in Hellenic Studies, New York University, New York, NY, 2007-2011

Clinical Faculty, Center for Global Affairs, New York University, New York, NY, 2006-2011

Adjunct Professor, Center for Global Affairs, New York University, New York, NY, 2004-2006

Assistant Professor of Political Science, City University of New York – College of Staten Island, Staten Island, NY, 2003-2006

Associate Fellow, European Institute, London School of Economics and Political Science, London, England, UK, 2003-2004

Defense Analysis Research Fellow, London School of Economics and Political Science, London, England, UK, 2002-2004

Visiting Assistant Professor of Political Science and International Affairs, George Washington University, Washington, DC, 1999-2002

Adjunct Professor of Political Science, George Washington University, Washington, DC, 1998-1999

Adjunct Professor of International Relations, School of International Service, American University, Washington, DC, 1994-1995

Dean's Scholar, School of International Service, American University, Washington, DC, 1989-1992

*Professional Experience (Presented in Calendar Years)*

Consultant, National Joint Terrorism Task Force, Federal Bureau of Investigation, Washington, DC, 2015

Writer, Prometheus Books, Amherst, NY, 2012-2015

Consultant, United States Institute of Peace, Washington, DC, 2005, 2008-2009

Research Associate, United States Institute of Peace, Washington, DC, 1992-1998

Faculty Advisor, National Youth Leadership Forum, Washington, DC, 1992

**Courses Taught**

| *Graduate* | *Undergraduate* |
| --- | --- |
| Counter-Terrorism and Homeland Security | American Government and Politics |
| International Political Economy | European-Atlantic Relations |
| International Politics in a Post-Cold War Era | International Political Economy |
| International Security | International Relations |
| Machinery and Politics of American Foreign Policy | Transnational Terrorism |
| Role of the United States in World Affairs | United States Foreign Policy |
| Security Policy | |
| Theories of International Politics | |
| Transnational Security | |
| Transnational Terrorism | |
| United States Foreign Policy | |

**Scholarship**

"More Regulation, Less Firearm Harm: U.S. States with Tighter Restrictions Are Seeing Fewer Deaths," *BMJ*, September 2024

"Protocol for a Nationwide Case-Control Study of Firearm Violence Prevention Tactics and Policies in K-12 Schools," *PLOS ONE*, May 2024 (co-authored with Navjot Buttar, Sonali Rajan, et al.)

"State Firearm Laws, Gun Ownership, and K-12 School Shootings: Implications for School Safety," *Journal of School Violence*, 2022 (co-authored with Paul M. Reeping, Sonali Rajan, et al.)

"The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990-2017," *American Journal of Public Health*, November 2019 (co-authored with Andrew Conner and David Hemenway)

"Changes in U.S. Mass Shooting Deaths Associated with the 1994-2004 Federal Assault Weapons Ban," *Journal of Trauma and Acute Care Surgery*, May 2019 (correspondence)

*Firearms on College Campuses: Research Evidence and Policy Implications*, report prepared by the Johns Hopkins University Center for Gun Policy and Research for the Association of American Universities, October 2016 (co-authored with Daniel W. Webster, John J. Donohue, et al.)

*Rampage Nation: Securing America from Mass Shootings*, Prometheus Books, 2016

"No Relief in Sight: Barring *Bivens* Suits in Torture Cases," *Presidential Studies Quarterly*, June 2013

Review of James Edward Miller's *The United States and the Making of Modern Greece: History and Power, 1950-1974*, *Presidential Studies Quarterly*, June 2012 (book review)

"Trends in Terrorism Since 9/11," *Georgetown Journal of International Affairs*, Winter/Spring 2011

"The Death Penalty Should Be Decided Only Under a Specific Guideline," in Christine Watkins, ed., *The Ethics of Capital Punishment* (Cengage/Gale Publishers, 2011)

*Saving Lives in the 'Convoy of Joy': Lessons for Peace-Keeping from UNPROFOR*, United States Institute of Peace Case Study, 2009

"Casualties, Polls and the Iraq War," *International Security*, Fall 2006 (correspondence)

"The CIA Leak Case Indicting Vice President Cheney's Chief of Staff," *Presidential Studies Quarterly*, June 2006

"Were the Eagle and the Phoenix Birds of a Feather? The United States and the 1967 Greek Coup," *Diplomatic History*, June 2006

"Greeks Bearing Consensus: An Outline for Increasing Greece's Soft Power in the West," *Mediterranean Quarterly*, Summer 2005

"W Version 2.0: Foreign Policy in the Second Bush Term," *The Fletcher Forum of World Affairs*, Summer 2005

"Can You Sue the White House? Opening the Door for Separation of Powers Immunity in *Cheney v. District Court*," *Presidential Studies Quarterly*, December 2004

"Political Realism: A Culprit for the 9/11 Attacks," *Harvard International Review*, Fall 2004

*Greeks Bearing Consensus: An Outline for Increasing Greece's Soft Power in the West*, Hellenic Observatory Discussion Paper 18, London School of Economics, November 2004

*Were the Eagle and the Phoenix Birds of a Feather? The United States and the 1967 Greek Coup*, Hellenic Observatory Discussion Paper 15, London School of Economics, February 2004

"Not a Divorce," *Survival*, Winter 2003-2004 (correspondence)

"Media Impact," in Mark Rozell, ed., *The Media and American Politics: An Introduction* (Lanham, MD: Rowman & Littlefield, 2003)

"The Surrender of Alleged War Criminals to International Tribunals: Examining the Constitutionality of Extradition via Congressional-Executive Agreement," *UCLA Journal of International Law and Foreign Affairs*, Fall/Winter 2003

4

"The Constitutionality of Congressional-Executive Agreements: Insights from Two Recent Cases," *Presidential Studies Quarterly*, June 2003

"The 'Essential Domino' of Military Operations: American Public Opinion and the Use of Force," *International Studies Perspectives*, November 2002

"The Polls–Trends: The United States Peace Operation in Somalia," *Public Opinion Quarterly*, Winter 2001

*American Public Opinion on Peace Operations: The Cases of Somalia, Rwanda, and Haiti,* University of Michigan Dissertation Services, 1999

"Turkey's Right v. Might Dilemma in Cyprus: Reviewing the Implications of *Loizidou v. Turkey*," *Mediterranean Quarterly*, Spring 1999

"An Outline of a Plan Toward a Comprehensive Settlement of the Greek-Turkish Dispute," in Vangelis Calotychos, ed., *Cyprus and Its People: Nation, Identity, and Experience in an Unimaginable Community, 1955-1997*, Boulder, CO: Westview Press, 1998 (co-authored with Theodore A. Couloumbis)

"Prospects for Greek-Turkish Reconciliation in a Changing International Setting," in Tozun Bahcheli, Theodore A. Couloumbis, and Patricia Carley, eds., *Greek-Turkish Relations and U.S. Foreign Policy: Cyprus, the Aegean, and Regional Stability*, Washington, D.C.: U.S. Institute of Peace, 1997 (co-authored with Theodore A. Couloumbis) [Reproduced as "Prospects for Greek-Turkish Reconciliation in a Changing International Setting," in Robert L. Pfaltzgraff and Dimitris Keridis, eds., *Security in Southeastern Europe and the U.S.-Greek–Relationship*, London: Brassey's, 1997 (co-authored with Theodore A. Couloumbis)]

"Structuration Theory in International Relations," *Swords & Ploughshares*, Spring 1992

**Commentaries and Correspondence**

"Why Our Response to School Shootings Is All Wrong," *Los Angeles Times*, May 25, 2022 (co-authored with Sonali Rajan and Charles Branas)

"COVID-19 Is a Threat to National Security. Let's Start Treating It as Such," *Just Security*, August 6, 2020 (co-authored with Colin P. Clarke)

"If the Assault Weapons Ban 'Didn't Work,' Then Why Does the Evidence Suggest It Saved Lives?" *Los Angeles Times*, March 11, 2018 (correspondence)

"London and the Mainstreaming of Vehicular Terrorism," *The Atlantic*, June 4, 2017 (co-authored with Colin P. Clarke)

"Firearms Have Killed 82 of the 86 Victims of Post-9/11 Domestic Terrorism," *The Trace*, June 30, 2015 [Reproduced as "Almost Every Fatal Terrorist Attack in America since 9/1 Has Involved Guns." *Vice*, December 4, 2015]

"International Law and the 2012 Presidential Elections," Vitoria Institute, March 24, 2012

"Al Qaeda Without Bin Laden," CBS News *Opinion*, May 2, 2011

"Fuel, But Not the Spark," *Zocalo Public Square*, February 16, 2011

"After Tucson, Emotions Run High," *New York Times*, January 12, 2011 (correspondence)

"WikiLeaks, the Web, and the Need to Rethink the Espionage Act," *The Atlantic*, November 9, 2010

"Deprogramming Jihadis," *New York Times Magazine*, November 23, 2008 (correspondence)

"Food: An Issue of National Security," *Forbes* (Forbes.com), October 25, 2008

"An Invaluable Opportunity for Greece To Increase Its Standing and Influence on the World Stage," *Kathimerini* (Greece), January 13, 2005

"How Many War Deaths Can We Take?" *Newsday*, November 7, 2003

"Down But Not Out," London School of Economics Iraq War Website, April 2003

"Four Half-Truths and a War," *American Reporter*, April 6, 2003

"The Greek Bridge between Old and New Europe," *National Herald*, February 15-16, 2003

"Debunking a Widely-Believed Greek Conspiracy Theory," *National Herald*, September 21-22, 2002

"Debunking of Elaborate Media Conspiracies an Important Trend," *Kathimerini* (Greece), September 21, 2002 [Not Related to September 21-22, 2002, *National Herald* Piece with Similar Title]

"Cold Turkey," *Washington Times*, March 16, 1998

"If This Alliance Is to Survive . . .," *Washington Post*, January 2, 1998 [Reproduced as "Make Greece and Turkey Behave," *International Herald Tribune*, January 3, 1998]

"Defuse Standoff on Cyprus," *Defense News*, January 27-February 2, 1997

"Ukraine Holds Nuclear Edge," *Defense News*, August 2-8, 1993

**Commentaries Written for *New York Daily News* –**
**https://www.nydailynews.com/authors/?author=Louis+Klarevas**

"Careful How You Talk about Suicide, Mr. President," March 25, 2020 (co-authored with Sonali Rajan, Charles Branas, and Katherine Keyes)

"Only as Strong as Our Weakest Gun Laws: The Latest Mass Shooting Makes a Powerful Case for Federal Action," November 8, 2018

"What to Worry, and not Worry, About: The Thwarted Pipe-Bomb Attacks Point to Homeland Security Successes and Vulnerabilities," October 25, 2018

"After the Santa Fe Massacre, Bury the 'Good Guy with a Gun' Myth: Armed Staffers Won't Deter Shooters or Keep Kids Safe," May 22, 2018

"It's the Guns (and Ammo), Stupid: Dissuading Killers and Hardening Targets Matter Too, But Access to Weapons Matters Most," February 18, 2018

"The Texas Shooting Again Reveals Inadequate Mental-Health Help in the U.S. Military," November 7, 2017

"Why Mass Shootings Are Getting Worse: After Vegas, We Urgently Must Fix Our Laws," October 2, 2017

"N.Y. Can Lead the Nation in Fighting Child Sex Trafficking," April 21, 2009 (co-authored with Ana Burdsall-Morse)

"Crack Down on Handguns – They're a Tool of Terror, Too," October 25, 2007


**Commentaries Written for *The Huffington Post* – www.huffingtonpost.com/louis-klarevas**

"Improving the Justice System Following the Deaths of Michael Brown and Eric Garner," December 4, 2014

"American Greengemony: How the U.S. Can Help Ukraine and the E.U. Break Free from Russia's Energy Stranglehold," March 6, 2014

"Guns Don't Kill People, Dogs Kill People," October 17, 2013

"Romney the Liberal Internationalist?" October 23, 2012

"Romney's Unrealistic Foreign Policy Vision: National Security Funded by Money Growing Trees," October 10, 2012

"Do the Wrong Thing: Why Penn State Failed as an Institution," November 14, 2011

"Holding Egypt's Military to Its Pledge of Democratic Reform," February 11, 2011

"The Coming Twivolutions? Social Media in the Recent Uprisings in Tunisia and Egypt," January 31, 2011

"Scholarship Slavery: Does St. John's 'Dean of Mean' Represent a New Face of Human Trafficking?" October 6, 2010

"Misunderstanding Terrorism, Misrepresenting Islam," September 21, 2010

"Bombing on the Analysis of the Times Square Bomb Plot," May 5, 2010

"Do the Hutaree Militia Members Pose a Terrorist Threat?" May 4, 2010

"Addressing Mexico's Gun Violence One Extradition at a Time," March 29, 2010

"Terrorism in Texas: Why the Austin Plane Crash Is an Act of Terror," February 19, 2010

"Securing American Primacy by Tackling Climate Change: Toward a National Strategy of Greengemony," December 15, 2009

"Traffickers Without Borders: A 'Journey' into the Life of a Child Victimized by Sex Trafficking," November 17, 2009

"Beyond a Lingering Doubt: It's Time for a New Standard on Capital Punishment," November 9, 2009

"It's the Guns Stupid: Why Handguns Remain One of the Biggest Threats to Homeland Security," November 7, 2009

"Obama Wins the 2009 Nobel Promise Prize," October 9, 2009


**Commentaries for *Foreign Policy* – www.foreignpolicy.com**

"The White House's Benghazi Problem," September 20, 2012

"Greeks Don't Want a Grexit," June 14, 2012

"The Earthquake in Greece," May 7, 2012

"The Idiot Jihadist Next Door," December 1, 2011

"Locked Up Abroad," October 4, 2011

**Commentaries for *The New Republic* – www.tnr.com/users/louis-klarevas**

"What the U.N. Can Do To Stop Getting Attacked by Terrorists," September 2, 2011

"Is It Completely Nuts That the British Police Don't Carry Guns? Maybe Not," August 13, 2011

"How Obama Could Have Stayed the Execution of Humberto Leal Garcia," July 13, 2011

"After Osama bin Laden: Will His Death Hasten Al Qaeda's Demise?" May 2, 2011

"Libya's Stranger Soldiers: How To Go After Qaddafi's Mercenaries," February 28, 2011

"Closing the Gap: How To Reform U.S. Gun Laws To Prevent Another Tucson," January 13, 2011

"Easy Target," June 13, 2010

"Death Be Not Proud," October 27, 2003 (correspondence)


**Legal Analyses Written for *Writ* – writ.news.findlaw.com/contributors.html#klarevas**

"Human Trafficking and the Child Protection Compact Act of 2009," *Writ* (FindLaw.com), July 15, 2009 (co-authored with Christine Buckley)

"Can the Justice Department Prosecute Reporters Who Publish Leaked Classified Information? Interpreting the Espionage Act," *Writ* (FindLaw.com), June 9, 2006

"Will the Precedent Set by the Indictment in a Pentagon Leak Case Spell Trouble for Those Who Leaked Valerie Plame's Identity to the Press?" *Writ* (FindLaw.com), August 15, 2005

"Jailing Judith Miller: Why the Media Shouldn't Be So Quick to Defend Her, and Why a Number of These Defenses Are Troubling," *Writ* (FindLaw.com), July 8, 2005

"The Supreme Court Dismisses the Controversial Consular Rights Case: A Blessing in Disguise for International Law Advocates?" *Writ* (FindLaw.com), June 6, 2005 (co-authored with Howard S. Schiffman)

"The Decision Dismissing the Lawsuit against Vice President Dick Cheney," *Writ* (FindLaw.com), May 17, 2005

"The Supreme Court Considers the Rights of Foreign Citizens Arrested in the United States," *Writ* (FindLaw.com), March 21, 2005 (co-authored with Howard S. Schiffman)

**Presentations and Addresses**

**In addition to the presentations listed below, I have made close to one hundred media appearances, book events, and educational presentations (beyond lectures for my own classes)**

"Mass Shootings: What We Know, What We Don't Know, and Why It All Matters," keynote presentation to be delivered at the Columbia University Center for Injury Science and Prevention Annual Symposium, virtual meeting, May 2020

"K-12 School Environmental Responses to Gun Violence: Gaps in the Evidence," paper presented at Society for Advancement of Violence and Injury Research Annual Meeting, virtual meeting, April 2020 (co-authored with Sonali Rajan, Joseph Erardi, Justin Heinze, and Charles Branas)

"Active School Shootings," Post-Performance Talkback following Presentation of *17 Minutes*, Barrow Theater, New York, January 29, 2020 (co-delivered with Sonali Rajan)

"Addressing Mass Shootings in Public Health: Lessons from Security Studies," Teachers College, Columbia University, November 25, 2019

"Rampage Nation: Securing America from Mass Shootings," Swarthmore College, October 24, 2019

"Rampage Nation: Securing America from Mass Shootings," University of Pennsylvania, February 9, 2018

"Treating Mass Shootings for What They Really Are: Threats to American Security," Framingham State University, October 26, 2017

"Book Talk: Rampage Nation," Teachers College, Columbia University, October 17, 2017

Participant, Roundtable on Assault Weapons and Large-Capacity Magazines, Annual Conference on Second Amendment Litigation and Jurisprudence, Law Center to Prevent Gun Violence, October 16, 2017

"Protecting the Homeland: Tracking Patterns and Trends in Domestic Terrorism," address delivered to the annual meeting of the National Joint Terrorism Task Force, June 2015

"Sovereign Accountability: Creating a Better World by Going after Bad Political Leaders," address delivered to the Daniel H. Inouye Asia-Pacific Center for Security Studies, November 2013

"Game Theory and Political Theater," address delivered at the School of Drama, State Theater of Northern Greece, May 2012

"Holding Heads of State Accountable for Gross Human Rights Abuses and Acts of Aggression," presentation delivered at the Michael and Kitty Dukakis Center for Public and Humanitarian Service, American College of Thessaloniki, May 2012

Chairperson, Cultural Enrichment Seminar, Fulbright Foundation – Southern Europe, April 2012

Participant, Roundtable on "Did the Intertubes Topple Hosni?" Zócalo Public Square, February 2011

Chairperson, Panel on Democracy and Terrorism, annual meeting of the International Security Studies Section of the International Studies Association, October 2010

"Trends in Terrorism Within the American Homeland Since 9/11," paper to be presented at the annual meeting of the International Security Studies Section of the International Studies Association, October 2010

Panelist, "In and Of the World," Panel on Global Affairs in the 21st Century, Center for Global Affairs, New York University, March 2010

Moderator, "Primacy, Perils, and Players: What Does the Future Hold for American Security?" Panel of Faculty Symposium on Global Challenges Facing the Obama Administration, Center for Global Affairs, New York University, March 2009

"Europe's Broken Border: The Problem of Illegal Immigration, Smuggling and Trafficking via Greece and the Implications for Western Security," presentation delivered at the Center for Global Affairs, New York University, February 2009

"The Dangers of Democratization: Implications for Southeast Europe," address delivered at the University of Athens, Athens, Greece, May 2008

Participant, "U.S. National Intelligence: The Iran National Intelligence Estimate," Council on Foreign Relations, New York, April 2008

Moderator, First Friday Lunch Series, "Intelligence in the Post-9/11 World: An Off-the-Record Conversation with Dr. Joseph Helman (U.S. Senior National Intelligence Service)," Center for Global Affairs, New York University, March 2008

Participant, "U.S. National Intelligence: Progress and Challenges," Council on Foreign Relations, New York, March 2008

Moderator, First Friday Lunch Series, "Public Diplomacy: The Steel Backbone of America's Soft Power: An Off-the-Record Conversation with Dr. Judith Baroody (U.S. Department of State)," Center for Global Affairs, New York University, October 2007

"The Problems and Challenges of Democratization: Implications for Latin America," presentation delivered at the Argentinean Center for the Study of Strategic and International

Relations Third Conference on the International Relations of South America (IBERAM III), Buenos Aires, Argentina, September 2007

"The Importance of Higher Education to the Hellenic-American Community," keynote address to the annual Pan-Icarian Youth Convention, New York, May 2007

Moderator, First Friday Lunch Series, Panel Spotlighting Graduate Theses and Capstone Projects, Center for Global Affairs, New York University, April 2007

Convener, U.S. Department of State Foreign Officials Delegation Working Group on the Kurds and Turkey, March 2007

"Soft Power and International Law in a Globalizing Latin America," round-table presentation delivered at the Argentinean Center for the Study of Strategic and International Relations Twelfth Conference of Students and Graduates of International Relations in the Southern Cone (CONOSUR XII), Buenos Aires, Argentina, November 2006

Moderator, First Friday Lunch Series, "From Berkeley to Baghdad to the Beltway: An Off-the-Record Conversation with Dr. Catherine Dale (U.S. Department of Defense)," Center for Global Affairs, New York University, November 2006

Chairperson, Roundtable on Presidential Privilege and Power Reconsidered in a Post-9/11 Era, American Political Science Association Annual Meeting, September 2006

"Constitutional Controversies," round-table presentation delivered at City University of New York-College of Staten Island, September 2005

"The Future of the Cyprus Conflict," address to be delivered at City University of New York College of Staten Island, April 2005

"The 2004 Election and the Future of American Foreign Policy," address delivered at City University of New York College of Staten Island, December 2004

"One Culprit for the 9/11 Attacks: Political Realism," address delivered at City University of New York-College of Staten Island, September 2004

"Were the Eagle and the Phoenix Birds of a Feather? The United States and the 1967 Greek Coup," address delivered at London School of Economics, November 2003

"Beware of Europeans Bearing Gifts? Cypriot Accession to the EU and the Prospects for Peace," address delivered at Conference on Mediterranean Stability, Security, and Cooperation, Austrian Defense Ministry, Vienna, Austria, October 2003

Co-Chair, Panel on Ideational and Strategic Aspects of Greek International Relations, London School of Economics Symposium on Modern Greece, London, June 2003

"Greece between Old and New Europe," address delivered at London School of Economics, June 2003

Co-Chair, Panel on International Regimes and Genocide, International Association of Genocide Scholars Annual Meeting, Galway, Ireland, June 2003

"American Cooperation with International Tribunals," paper presented at the International Association of Genocide Scholars Annual Meeting, Galway, Ireland, June 2003

"Is the Unipolar Moment Fading?" address delivered at London School of Economics, May 2003

"Cyprus, Turkey, and the European Union," address delivered at London School of Economics, February 2003

"Bridging the Greek-Turkish Divide," address delivered at Northwestern University, May 1998

"The CNN Effect: Fact or Fiction?" address delivered at Catholic University, April 1998

"The Current Political Situation in Cyprus," address delivered at AMIDEAST, July 1997

"Making the Peace Happen in Cyprus," presentation delivered at the U.S. Institute of Peace in July 1997

"The CNN Effect: The Impact of the Media during Diplomatic Crises and Complex Emergencies," a series of presentations delivered in Cyprus (including at Ledra Palace), May 1997

"Are Policy-Makers Misreading the Public? American Public Opinion on the United Nations," paper presented at the International Studies Association Annual Meeting, Toronto, Canada, March 1997 (with Shoon Murray)

"The Political and Diplomatic Consequences of Greece's Recent National Elections," presentation delivered at the National Foreign Affairs Training Center, Arlington, VA, September 1996

"Prospects for Greek-Turkish Reconciliation," presentation delivered at the U.S. Institute of Peace Conference on Greek-Turkish Relations, Washington, D.C., June, 1996 (with Theodore A. Couloumbis)

"Greek-Turkish Reconciliation," paper presented at the Karamanlis Foundation and Fletcher School of Diplomacy Joint Conference on The Greek-U.S. Relationship and the Future of Southeastern Europe, Washington, D.C., May, 1996 (with Theodore A. Couloumbis)

"The Path toward Peace in the Eastern Mediterranean and the Balkans in the Post-Cold War Era," paper presented at the International Studies Association Annual Meeting, San Diego, CA, March, 1996 (with Theodore A. Couloumbis)

"Peace Operations: The View from the Public," paper presented at the International Studies Association Annual Meeting, San Diego, CA, March, 1996

Chairperson, Roundtable on Peace Operations, International Security Section of the International Studies Association Annual Meeting, Rosslyn, VA, October, 1995

"Chaos and Complexity in International Politics: Epistemological Implications," paper presented at the International Studies Association Annual Meeting, Washington, D.C., March, 1994

"At What Cost? American Mass Public Opinion and the Use of Force Abroad," paper presented at the International Studies Association Annual Meeting, Washington, D.C., March, 1994 (with Daniel B. O'Connor)

"American Mass Public Opinion and the Use of Force Abroad," presentation delivered at the United States Institute of Peace, Washington, D.C., February, 1994 (with Daniel B. O'Connor)

"For a Good Cause: American Mass Public Opinion and the Use of Force Abroad," paper presented at the Annual Meeting of the Foreign Policy Analysis/Midwest Section of the International Studies Association, Chicago, IL, October, 1993 (with Daniel B. O'Connor)

"American International Narcotics Control Policy: A Critical Evaluation," presentation delivered at the American University Drug Policy Forum, Washington, D.C., November, 1991

"American National Security in the Post-Cold War Era: Social Defense, the War on Drugs, and the Department of Justice," paper presented at the Association of Professional Schools of International Affairs Conference, Denver, CO, February, 1991

**Referee for Grant Organizations, Peer-Reviewed Journals, and Book Publishers**

National Science Foundation, Division of Social and Economic Sciences

*American Journal of Preventive Medicine*

*American Journal of Public Health*

*American Political Science Review*

*British Medical Journal (BMJ)*

*Comparative Political Studies*

*Injury Epidemiology*

*Journal of Public and International Affairs*

*Millennium*

14

*Political Behavior*

*Presidential Studies Quarterly*

*Victims & Offenders*

*Violence and Victims*

Brill Publishers

Johns Hopkins University Press

Routledge

**Service to University, Profession, and Community**

Participant, Annual Meeting of the Research Society for the Prevention of Firearm-Related Harms, 2023

Participant, Minnesota Chiefs of Police Association, Survey of Measures to Reduce Gun Violence, 2023

Member, Regional Gun Violence Research Consortium, Nelson A. Rockefeller Institute of Government, State University of New York, 2022-

Founding Member, Scientific Union for the Reduction of Gun Violence (SURGE), Columbia University, 2019-

Contributing Lecturer, Johns Hopkins University, Massive Open Online Course on Evidence-Based Gun Violence Research, Funded by David and Lucile Packard Foundation, 2019

Member, Group of Gun Violence Experts, *New York Times* Upshot Survey, 2017

Member, Guns on Campus Assessment Group, Johns Hopkins University and Association of American Universities, 2016

Member, Fulbright Selection Committee, Fulbright Foundation, Athens, Greece, 2012

Faculty Advisor, Global Affairs Graduate Society, New York University, 2009-2011

Founder and Coordinator, Graduate Transnational Security Studies, Center for Global Affairs, New York University, 2009-2011

Organizer, Annual Faculty Symposium, Center for Global Affairs, New York University, 2009

Member, Faculty Search Committees, Center for Global Affairs, New York University, 2007-2009

Member, Graduate Program Director Search Committee, Center for Global Affairs, New York University, 2008-2009

Developer, Transnational Security Studies, Center for Global Affairs, New York University, 2007-2009

Participant, Council on Foreign Relations Special Series on National Intelligence, New York, 2008

Member, Graduate Certificate Curriculum Committee, Center for Global Affairs, New York University, 2008

Member, Faculty Affairs Committee, New York University, 2006-2008

Member, Curriculum Review Committee, Center for Global Affairs, New York University, 2006-2008

Member, Overseas Study Committee, Center for Global Affairs, New York University, 2006-2007

Participant, New York Academic Delegation to Israel, Sponsored by American-Israel Friendship League, 2006

Member, Science, Letters, and Society Curriculum Committee, City University of New York-College of Staten Island, 2006

Member, Graduate Studies Committee, City University of New York-College of Staten Island, 2005-2006

Member, Summer Research Grant Selection Committee, City University of New York-College of Staten Island, 2005

Director, College of Staten Island Association, 2004-2005

Member of Investment Committee, College of Staten Island Association, 2004-2005

Member of Insurance Committee, College of Staten Island Association, 2004-2005

Member, International Studies Advisory Committee, City University of New York-College of Staten Island, 2004-2006

Faculty Advisor, Pi Sigma Alpha National Political Science Honor Society, City University of New York-College of Staten Island, 2004-2006

Participant, World on Wednesday Seminar Series, City University of New York-College of Staten Island, 2004-2005

Participant, American Democracy Project, City University of New York-College of Staten Island, 2004

Participant, Philosophy Forum, City University of New York-College of Staten Island, 2004

Commencement Liaison, City University of New York-College of Staten Island, 2004

Member of Scholarship Committee, Foundation of Pan-Icarian Brotherhood, 2003-2005, 2009

Scholarship Chairman, Foundation of Pan-Icarian Brotherhood, 2001-2003

Faculty Advisor to the Kosmos Hellenic Society, George Washington University, 2001-2002

Member of University of Pennsylvania's Alumni Application Screening Committee, 2000-2002

Participant in U.S. Department of State's International Speakers Program, 1997

Participant in Yale University's United Nations Project, 1996-1997

Member of Editorial Advisory Board, *Journal of Public and International Affairs*, Woodrow Wilson School of Public and International Affairs, Princeton University, 1991-1993

Voting Graduate Student Member, School of International Service Rank and Tenure Committee, American University, 1990-1992

Member of School of International Service Graduate Student Council, American University, 1990-1992

Teaching Assistant for the Several Courses (World Politics, Beyond Sovereignty, Between Peace and War, Soviet-American Security Relations, and Organizational Theory) at School of International Service Graduate Student Council, American University, 1989-1992

Representative for American University at the Annual Meeting of the Association of Professional Schools of International Affairs, Denver, Colorado, 1991

**Expert Witness Service**

District of Columbia, 2024-

State of New York, 2024-

Town of Superior, Colorado, 2023-

City of Boulder, Colorado, 2023-

17

City of Louisville, Colorado, 2023-

County of Boulder, Colorado, 2023-

State of Connecticut, 2023-

State of Hawaii, 2023-

State of Illinois, 2023-

State of Massachusetts, 2023-

State of New Jersey, 2023-

State of Oregon, 2023-

City of Highland Park, Illinois, 2022-

County of Cook, Illinois, 2022-

State of Washington, 2022-

Government of Canada, 2021-2022

Plaintiffs, *Ward et al. v. Academy Sports + Outdoor*, District Court Bexar County, Texas, 224th Judicial District, Cause Number 2017CI23341, Bexar County, TX, 2019

State of California, 2017-

State of Colorado, 2016-2017, 2022-


**Affiliations, Associations, and Organizations (Past and Present)**

Academy of Political Science (APS)

American Political Science Association (APSA)

Anderson Society of American University

Carnegie Council Global Ethics Network

Columbia University Scientific Union for the Reduction of Gun Violence (SURGE)

Firearm Safety among Children and Teens (FACTS)

International Political Science Association (IPSA)

International Studies Association (ISA)

New York Screenwriters Collective

Pan-Icarian Brotherhood

Pi Sigma Alpha

Regional Gun Violence Research Consortium

Research Society for the Prevention of Firearm-Related Harms

Society for Advancement of Violence and Injury Research (SAVIR)

United States Department of State Alumni Network

United States Institute of Peace Alumni Association

University of Pennsylvania Alumni Association

**Grants, Honors, and Awards**

Co-Investigator, A Nationwide Case-Control Study of Firearm Violence Prevention Tactics and Policies in K-12 School, National Institutes of Health, 2021-2024 (Branas and Rajan MPIs)

Senior Fulbright Fellowship, 2012

Professional Staff Congress Research Grantee, City University of New York, 2004-2005

Research Assistance Award (Two Times), City University of New York-College of Staten Island, 2004

Summer Research Fellowship, City University of New York-College of Staten Island, 2004

European Institute Associate Fellowship, London School of Economics, 2003-2004

Hellenic Observatory Defense Analysis Research Fellowship, London School of Economics, 2002-2003

United States Institute of Peace Certificate of Meritorious Service, 1996

National Science Foundation Dissertation Research Grant, 1995 (declined)

Alexander George Award for Best Graduate Student Paper, Runner-Up, Foreign Policy Analysis Section, International Studies Association, 1994

Dean's Scholar Fellowship, School of International Service, American University, 1989-1992

Graduate Research and Teaching Assistantship, School of International Service, American University, 1989-1992

American Hellenic Educational Progressive Association (AHEPA) College Scholarship, 1986

Political Science Student of the Year, Wilkes-Barre Area School District, 1986