# EXHIBIT 4

**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF HAWAII**

| | | |
|---|---|---|
| ELIJAH PINALES, et al., | : | Civil No. 24-00496 JAO-WRP |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **DECLARATION OF** |
| | : | **ELIZABETH E. CAUFFMAN** |
| | : | |
| ANNE E. LOPEZ, IN HER OFFICIAL | : | |
| CAPACITY AS THE ATTORNEY | : | |
| GENERAL OF THE STATE OF | : | |
| HAWAIʻI, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**<u>DECLARATION OF ELIZABETH E. CAUFFMAN</u>**

**EXPERT DECLARATION OF PROFESSOR ELIZABETH E. CAUFFMAN**

I, Elizabeth E. Cauffman, declare that the following is true and correct: The Attorney General of the State of Hawai'i requested that I provide an expert opinion on neurobiological and psychological development during late adolescence (i.e., among individuals between the ages of 18-20), the ways in which neurobiological immaturity impacts behavior and psychosocial development during this period, and the basis for and evolution of the understanding of ongoing behavioral development during these late adolescent years.  I was also asked to provide an expert opinion about the implications these scientific facts have for the appropriateness and necessity of regulations in Hawai'i that restrict the acquisition and possession of firearms and ammunition by individuals under age 21 to reduce gun violence.

This declaration is based on my review of the scientific literature, and if I am called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

## BACKGROUND AND QUALIFICATIONS

1.      I am a Professor in the Department of Psychological Science at the University of California, Irvine (UCI) and hold courtesy appointments in the Department of Criminology, Law & Society, the School of Education, and the School of Law.  I am the Director of the on-line Masters in Legal & Forensic Psychology program at UCI and also direct the Center for Psychology & Law at UCI.  A copy of my curriculum vitae is attached as Exhibit A.

2.      My educational background includes a Bachelor of Arts in Psychology from the University of California, Davis and a Ph.D. in Developmental Psychology with a specialization in adolescent development from Temple University.  In addition, I completed a post-doctoral fellowship at the Center on Adolescence at Stanford University.

3.      I have served as a member of the MacArthur Foundation's Research Network on Adolescent Development and Juvenile Justice as well as the National Academies of Sciences, Engineering, and Medicine's Committee on the Neurobiological and Socio-behavioral Science of Adolescent Development and Its Applications.  Also, twice a year, I conduct trainings on adolescent development to all juvenile court judges in California at the National Judicial College.  I am the past President of the Society for Research on Adolescence (the national organization for all adolescent researchers in the country).

4.      Findings from my research (and the research I will present below) were incorporated into the American Psychological Association's amicus briefs submitted to the U.S. Supreme Court in *Roper v. Simmons* (2005), which abolished the juvenile death penalty, and in both *Graham v. Florida* (2010) and *Miller v. Alabama* (2012), which placed limits on the use of life without parole as a sentence for juveniles.

5.      At the broadest level, my research addresses the intersection between adolescent development and juvenile justice.  I have published over 175 articles, chapters, and books on the study of contemporary adolescence, including adolescent brain development, risk-taking and decision-making, and juvenile justice.  In addition, I have received over $37 million dollars in funding from both the Federal government (e.g., National Institute of Mental Health, Office of Juvenile Justice and Delinquency Prevention, National Institute of Justice), private foundations (e.g., William T. Grant Foundation, John D. & Catherine T. MacArthur Foundation), and county agencies (Orange County Health Care Agency) to conduct my research.

6.      I have served as a consultant on numerous cases and have testified as an expert witness in court over 80 times.  My testimony typically pertains to the sentencing phase of the defendant; however, several cases have involved the guilt phase or whether the youth was competent to stand trial.  In addition, I have also

served as an expert witness on the issue of transferring juveniles to adult court as well as the re-sentencing of juveniles who have received life without the possibility of parole.

## RETENTION AND COMPENSATION

7.      I am being compensated for services performed in the above-entitled case at a rate of $450/hour for record review and consultation, document preparation, and deposition and testimony.  I will also be compensated for travel time and expenses.  My compensation is not in any way dependent on the outcome of this or any related proceeding, or on the substance of my opinion.

## BASIS FOR OPINION AND MATERIALS CONSIDERED

8.      Counsel for Defendant provided me with the operative complaint in this matter, Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction, and the Hawai'i statutory provision that Plaintiffs challenge.  Otherwise, my report is based on my independent research.

9.      In my report, I cite to a variety of scholarly articles, laws, cases, and various other related materials on which I based my opinions.

## SUMMARY OF OPINIONS

10.     Developmental science demonstrates that important neurobiological development is ongoing throughout the teenage years and continuing into the mid-20s.  As a result of neurobiological immaturity, adolescents continue to demonstrate difficulties in exercising self-restraint, controlling impulses, considering future consequences, and resisting the coercive influence of others. Heightened susceptibility to emotionally laden and socially charged situations renders adolescents more vulnerable to the influence of others, and in such situations adolescents are even less able to consider and weigh the risks and consequences of a chosen course of action.

11.      It is important to note that age is not synonymous with development and that science does not identify bright-line boundaries that are often typically

observed in the law.  For example, while the law may view an 18-year-old as an adult in many circumstances, developmental science shows that psychosocial maturation is still developing during this time.  Below I provide research that highlights how, in emotionally laden situations, the decision-making and judgment of individuals aged 18 to 20 are often more similar to the decision-making and judgment of those aged 14 to 17, rather than that of adults in their mid-20s.

12.     Thus, a bright-line boundary at 18 is not consistent with the scientific evidence of adolescent brain and psychological development.  Based on this research, it is my opinion that imposing additional restrictions on the possession and acquisition of firearms and ammunition by young adults aged 18-20, beyond those applicable to purchasers 21 and older, is appropriate.

## OPINIONS

## I.    DEVELOPMENT & RISK TAKING CONTINUE AFTER AGE 18

13.     Adolescence is a unique stage of human development.  It is commonly defined as beginning at age 10 or 11 and continuing until the mid-20s.  As such, scientists who study adolescence differentiate among *early adolescence* (ages 10 to 13), *middle adolescence* (ages 14 to 17), and *late adolescence* (ages 18 to 25).[1]

14.     In addition, adolescence has long been regarded as a period of poor decision-making and impulsive behavior.  This account of adolescence is reinforced by empirical data surveying a range of behaviors, such as illicit drug use,[2] reckless

---

[1] Arnett, J. (2000).  Emerging adulthood: A theory of development from the late teens through the twenties. *American Psychologist*, 55, 469-480; Kagan, J. & Coles, R. (Eds.). (1972).  *Twelve to sixteen: Early adolescence*.  New York: Norton; Keniston, K.  (1970).  Youth: A "new" stage of life.  *American Scholar*, 39, 631-641, 1970.

[2] Monitoring the Future. (2009). Trends in lifetime prevalence of use of various drugs. University of Michigan. Retrieved from http://monitoringthefuture.org/data/09data/pr09t1.pdf.

driving,[3] unsafe sex,[4] and criminal activity.[5]  The pattern observed across these diverse studies is one in which risky behavior becomes increasingly common during adolescence, peaks in late adolescence, and then declines.  This pattern is often referred to as the age-crime curve.[6]

FIGURE 1: Age-Crime Curve based on FBI Uniform Crime Reports



15.    When combined with more fine-grained studies showing specifically how susceptibility to peer pressure, impulsivity, risk-taking, and short-term thinking does not subside until later in young adulthood, it becomes impossible to reconcile the argument that 18 years old is a sensible age at which to expect people

---

[3] Chen, L. H., Baker, S. P., Braver, E. R., & Li, G. (2000). Carrying passengers as a risk factor for crashes fatal to 16-and 17-year-old drivers. *Journal of the American Medical Association*, 283(12), 1578–1582; National Highway Traffic Safety Administration. (2007). Comparison analysis of fatality trend by age group – 1996 to 2005. Retrieved from http://wwwnrd.nhtsa.dot.gov/Pubs/810759.pdf.

[4] Finer, L. B. (2010). Unintended pregnancy among U.S. adolescents: Accounting for sexual activity. *Journal of Adolescent Health*, 47(3), 312–314.

[5] Piquero, A. R. (2008). Taking stock of developmental trajectories of criminal activity over the life course. *The long view of crime: A synthesis of longitudinal research*, 23–78; Stolzenberg, L., & D'Alessio, S. J. (2008). Co-offending and the age-crime curve. *Journal of Research in Crime and Delinquency*, 45(1), 65–86.

[6] *See* Figure 1; Federal Bureau of Investigation. (2010). *Crime in the United States, 2010*. Retrieved from fbi.gov/about-us/cjis/ucr/crime-in-the-u.s/2010/crime-in-the-u.s.-2010.

to "know better" and to be "responsible" with the observation that these indicators of impulsive, reckless, self-destructive, and antisocial tendencies peak at precisely this point.

16.     For example, in a study of over 1,000 participants ranging in age from 12 to 48 years, impulsivity declined, the ability to think long term increased, and individuals became more responsible as they transitioned out of adolescence and into adulthood.[7]  In another study comparing adolescent and adult decision-making, results indicated that, when asked to evaluate hypothetical decisions, adolescents as old as 18 years of age were less likely than adults to mention possible long-term consequences, to evaluate both risks and benefits, and to examine possible alternative options.[8]  Furthermore, a study involving a gambling task with more than 900 individuals aged 10 to 30 found that late adolescents focus more on the potential rewards of a risky decision than on the potential costs, whereas adults tend to consider both.[9]

17.     These empirical studies confirm that adolescents—even late adolescents in the 18-20-year-old age range—have not fully developed this psychosocial ability to self-regulate, which may account for their poor or risky decision-making and lack of judgment under certain circumstances.

## II.    CONTINUED BRAIN DEVELOPMENT UNTIL AGE 25 ACCOUNTS FOR PSYCHOLOGICAL IMMATURITY THROUGH ADOLESCENCE

18.     What accounts for these differences between adolescents, including those in the transitional period between adolescence and adulthood, and adults with

---

[7] Cauffman, E., Shulman, E., Steinberg, L., Claus, E., Banich, M., Woolard, J., & Graham, S.  (2010).  Age differences in sensitivity to the rewards and costs of a risky decision as indexed by performance on the Iowa gambling task. *Developmental Psychology*, 46, 193-207.

[8] Halpern-Felsher, B. & Cauffman, E.  (2001). Costs and benefits of a decision:  Decision-making competence in adolescents and adults. *Journal of Applied Developmental Psychology*, 22, 257-273.

[9] Cauffman, et al., *supra* note 7.

respect to risk-taking, planning, inhibiting impulses, and generating as well as evaluating alternatives?  Research within the past 15 years demonstrates a biological dimension to adolescent behavioral immaturity: the human brain does not reach its mature, adult form until after the adolescent years have passed and a person has entered young adulthood, which occurs at approximately age 25.[10]

19.    These brain changes allow us to understand the difference between "cold cognition" (i.e., thinking and calculated decision-making under calm or non-aroused conditions) vs. "hot cognition" (i.e., thinking and decision-making under emotionally aroused or stressful conditions).  These distinctions are important. When adolescents make decisions under conditions of emotional arousal (i.e., in negative emotional states, such as when experiencing stress, fear, anger, impulse, threat, or anxiety, or in positive emotional states, such as when experiencing exuberance or exhilaration), they are more apt to exercise less self-control and less-well-reasoned judgment than adults in such emotionally aroused circumstances.

20.    Although the majority of structural brain development occurs prior to adolescence, there is considerable refinement within the brain that occurs across adolescence and through the transitional period—particularly in the area of the prefrontal cortex, which is among the last to develop.[11]

21.    The pre-frontal cortex is like the CEO of a company.  It is responsible for the evaluation of future consequences, the ability to weigh risks and rewards,

---

[10] Gogtay, N., Giedd, J., Lusk, L., Hayashi‡, K., Greenstein, D., Vaituzis, A. C., Nugent III, T., Herman, D., Clasen, L., Toga‡, A., Rapoport, J., & Thompson, P.  (2004).  Dynamic Mapping of Human Cortical Development During Childhood Through Early Adulthood,  *Proc. Nat'l Acad. Sci,* 101, 8174-8179.

[11] See Figure 2; Giorgio, A., Watkins, K. E., Chadwick, M., James, S., Winmill, L., Douaud, G., … & James, A. C. (2010). Longitudinal changes in grey and white matter during adolescence. *NeuroImage*, 49(1), 94-103.

and general decision-making processes.[12]  In addition, this region of the brain is also essential for controlling emotions and inhibiting impulses.[13]

FIGURE 2: The adolescent brain continues to develop until approximately age 25



22.    This refinement of the pre-frontal cortex is evidenced by brain imaging studies that reveal increases in white matter volume[14] and density,[15] as well as decreases in grey matter.[16]  Specifically, the brain undergoes myelination, the

[12] Bechara, A., Tranel, D., & Damasio, H.  (2000).  Characterization of the Decision- Making Deficit of Patients with Ventromedial Prefrontal Cortex Lesions, *Brain*, 123, 2189-2202.

[13] Casey, B., J., Giedd, J. N., & Thomas, K. M., (2000).  Structural and Functional Brain Development and its Relation to Cognitive Development, *Biological Psychology*, 54, 241-257.

[14] Giedd, J. N. (2004). Structural magnetic resonance imaging of the adolescent brain. *Annals of the New York Academy of Sciences*, 1021, 77-85.

[15] Paus, T., Zijedenbos, A., Worsley, K., Collins, D. L., Blumenthal, J., Giedd, J. N., … & Evans, A. C. (1999). Structural maturation of neural pathways in children and adolescents: In vivo study. *Science*, 283, 1908-1911.

[16] Sowell, E. R., Thompson, P. M., Tessner, K. D., & Toga, A. W. (2001). Mapping continued brain growth and gray matter density reduction in dorsal frontal cortex: Inverse relationships during post-adolescent brain maturation. *The Journal of Neuroscience*, 21, 8819-8829.

process through which the neural pathways connecting different parts of the brain become insulated with white fatty tissue called myelin.[17]  This insulation makes connections between different parts of the brain faster and more reliable and, thus, aids in the speed of neural transmission, which is important for the processing of emotion and social information.[18]

23.    Decreases in grey matter volume are thought to reflect synaptic pruning (the systematic elimination of synapses that are not used or are less efficient).[19]  For example, just as a gardener prunes away the unnecessary branches of a rose bush to help it grow, the brain prunes away unnecessary synapses so that the transfer of neural connections is more efficient.  Research finds synaptic pruning is not complete during early adolescence, as was once thought, but rather continues well into the third decade of life.[20]

24.    In short, the part of the brain that is critical for the control of impulses and emotions, maturity, and reasoned decision-making is still developing in late adolescence, and these important aspects of brain maturation remain incomplete until at least age 25.

25.    In addition, the sensitivity of the brain during adolescence to social rewards, such as peer acceptance, is consistently seen across many studies using various methodological approaches.[21]  During puberty, it is thought that gonadal hormones affect the activity of oxytocin in socio-emotional brain regions,

---

[17] Paus, T. (2010). Growth of white matter in the adolescent brain: Myelin or axon? *Brain and Cognition*, 72, 26-35.

[18] Sowell et al., *supra* note 16.

[19] Luciana, M. (2013). Adolescent brain development in normality and psychopathology.  *Developmental Psychopathology*, 25, 1325–1345.

[20] Petanjek, Z., Judas, M., Simic, G., Rasin, M.R., Uylings, H.B., Rakic, P., & Kostovic, I. (2011). Extraordinary neoteny of synaptic spines in the human prefrontal cortex. *Proceedings of the National Academy of Science of the United States of America*, 108 (32), 13281-13286.

[21] *See* Sebastian, C., Viding, E. Williams, K. D., & Blakemore, S.-J. (2010). Social brain development and the affective consequences of ostracism in adolescence. *Brain and Cognition,* 72, 134-145.

specifically the amygdala and the nucleus accumbens.[22]  Oxytocin plays a crucial role in social bonding and regulates the recognition of social stimuli.[23]  This change in the activity of oxytocin in the socio-emotional system of the brain is thought to make adolescents respond differently to social stimuli, affecting their subsequent emotional and behavioral responses.

26.    With the aid of advanced brain imaging technology and well-validated behavioral tasks, researchers are pinpointing the conditions under which adolescents' decision-making differs from adults', and illuminating the neurological developments that may correspond to these age differences.

27.    Synthesizing data from several lines of work, findings suggest that increased risk-taking in adolescence results from asynchrony in the development of one's psychosocial (e.g., self-regulatory system) and cognitive ability (e.g., intellectual ability).  While one's cognitive ability (i.e., the ability to think) reaches adult levels at approximately age 16, the psychosocial/self-regulatory system and higher-order cognition (the ability to plan ahead, accurately weigh risks and rewards, and to evaluate complicated situations) continues to develop at a steady pace from childhood into adulthood.  The maturation of this psychosocial/self-regulatory system, which involves the prefrontal cortex and its connections with subcortical regions, is associated with improved impulse-control, harm-avoidance, and modulation of emotional and behavioral responses.

28.    In fact, research has shown that by age 16, adolescents' general cognitive abilities are essentially indistinguishable from those of adults. Adolescents' psychosocial functioning, however, even at the age of 15, is

_____

[22] Nelson, E. E., Leibenluft, E., McClure, E. B., & Pine, D. S. (2005). The social re-orientation of adolescence: A neuroscience perspective on the process and its relation to psychopathology. *Psychological Medicine*, 35, 163-174.

[23] Insel, T. & Fernald, R. (2004) How the brain processes social information: Searching for the social brain. *Annual Review of Neuroscience*, 27, 697–722.

significantly less mature than that of individuals in their mid-20s.[24]  As such, in situations that elicit impulsivity, which are typically characterized by high levels of emotional arousal or social coercion, or that do not encourage or permit consultation with an expert who is more knowledgeable or experienced, adolescents' decision-making is likely to be less mature than adults'.  This remains the case even in late adolescence and through the mid-20s.

FIGURE 3: Differences in the development of the psychosocial and cognitive (intellectual) systems



Steinberg, Cauffman, Woolard, Graham, & Banich (2009)

29.    Research has shown that under negative emotional arousal (i.e., feeling threatened, stressed, frightened, etc.), teens aged 13-17 and young adults aged 18-

---

[24] *See* Figure 3; Steinberg, L., Cauffman, E., Woolard, J., Graham, S. & Banich, M.  (2009).  Are adolescents less mature than adults?  Minors' access to abortion, the juvenile death penalty, and the alleged APA "flip-flop".  *American Psychologist*, 64, 583-594.

21 perform more impulsively than adults.  For example, in a study of the response

to emotional cues (as shown in Figure 4 below), teens' (ages 13-17—represented in

red), young adults' (ages 18-21— represented in blue), and adults' (ages 22-25—

represented in green) emotional state was manipulated from time to time by leading

them to expect that at any moment they might experience something positive

(winning a prize), something negative (hearing a loud noise), or neither.  The study

found that when young adults (represented in blue) were negatively aroused, they

made as many mistakes as those in the teens group, and significantly more than the

somewhat older adults.  But under conditions of either low or positive arousal, the

young adults performed as well as their older counterparts, and significantly better

than the teens.[25]  Specifically, adults (who outperformed teens and young adults)

showed greater activation of the dorsolateral prefrontal cortex relative to teens and

young adults.  This research suggests that, compared with adults, young adults and

teens show diminished cognitive control under negative emotional arousal.

FIGURE 4 – Negative emotional arousal leads to more impulsive behavior among

teens (13-17) and young adults (18-21)



    [25] *See* Figure 4; Cohen, A., Breiner, K,, Steinberg, L., Bonnie, R., Scott,
E.,……Casey, B.J.  (2016).  When is an adolescent and adult?  Assessing cognitive
control in emotional and nonemotional contexts.  *Psychological Science,* 27, 549-
562.

### III. ADOLESCENTS ARE MORE SUSCEPTIBLE TO SOCIAL INFLUENCE AND THE BRAIN IS ESPECIALLY SENSITIVE TO SOCIAL INFLUENCE DURING ADOLESCENCE

30.    Peers have a particularly strong effect on adolescents.  When in the presence of peers, adolescents tend to value more immediate rewards over long-term benefits.[26]  This bias toward short-term gains while in the presence of peers may lead adolescents to discount the potential consequences of risky decisions and tends to explain, to some degree, adolescents' tendency to engage in risk-taking.

31.    There is substantial psychological research illustrating this social influence during adolescence.  For example, during a computerized driving task, adolescents who were randomly assigned to a condition of peer observation were found to take more risks (i.e., crash the car) than those adolescents who were assigned to perform the task alone.[27]  In contrast, adult participants' risk-taking during the driving task did not significantly vary by condition.[28]  Specifically, as shown in Figure 5 below, exposure to peers doubled the amount of risky behavior among mid-adolescents (with a mean age of 14), increased it by 50 percent among college undergraduates (with a mean age of 19), and had no impact at all among those in their mid-thirties.[29]

---

[26] O'Brien, L., Albert, D., Chein, J., & Steinberg, L. (2011).  A peer influence on the subjective value of monetary offers in young adults. *Journal of Research in Adolescence*, 21, 747-753.

[27] Gardner, M. & Steinberg, L.  (2005).  Peer influence on risk taking, risk preference, and risky decision making in adolescence and adulthood:  An experimental study.  *Developmental Psychology,* 41, 625-635.

[28] *Id*.

[29] *See* Figure 5; Gardner & Steinberg, *supra* note 27.

FIGURE 5: Risky driving as assessed by number of times car crashes with and without peers present



Risky Driving With and Without Peers Present

Gardner & Steinberg, 2005

32.     A follow-up study was conducted using functional magnetic resonance imaging (fMRI) to measure participants' brain activity during the same driving task in both a solo condition and a peer-observation condition.[30]  It is important to note that in the peer-observation condition, the peer was not with the participant during the fMRI but rather watching the participant through the glass while the fMRI was being conducted.  Findings indicated that the mere knowledge of a peer observing—even if the peer was not physically present—increased risk-taking among adolescents but not adults.

33.     Notably, when adolescents performed the task under peer-observation conditions, they demonstrated greater activation of brain regions related to reward during the decision-making component of the task than was seen in the solo trials; in contrast, adults' activation in these brain regions did not vary by social context.[31]

---

[30] Chein, J., Albert, D., O'Brien, L., Uckert, K., & Steinberg, L.  (2011).  Peers increase adolescent risk taking by enhancing activity in the brain's reward circuitry. *Developmental Science*, 14, 1-10.

[31] *Id*.

34.    These and other studies demonstrate that adolescents are more susceptible than adults to peer pressure and to the influence of others who are in positions of authority.[32]  Thus, it is not surprising that adolescents take more risks when they are in groups, or that teenagers are especially susceptible to pressure from somewhat older individuals to engage in antisocial activity.  Indeed, the late teens and early 20s are considered the peak age at which individuals engage in risky decision-making.[33]

35. It is important to note that when adolescents performed this task in the presence of their mother, they engaged in significantly fewer risky driving behaviors compared to when they were alone[34].  Brain scans from the study showed that the presence of the mother also activated the reward centers in the adolescent brain.  Unlike peers, whose presence might encourage risk-taking by heightening the reward value of risky behaviors, the mother's presence shifted the adolescent brain's focus toward valuing safety and caution.  This finding suggests that parental presence influences teens to make safer decisions, perhaps because they feel more accountable or less inclined to take risks.  As such, positive parental engagement can reinforce safe behaviors and decision-making strategies in high-risk contexts.

## IV.    SUBSTANCE USE ALTERS BRAIN DEVELOPMENT AND NORMATIVE DEVELOPMENT

36.    Adolescent substance use is highly prevalent, with recent data reporting that over 40% of high school seniors have tried marijuana and over half

---

[32] Steinberg, L., & Monahan, K. (2007). Age differences in resistance to peer influence. *Developmental Psychology,* 43, 1531-1543.

[33] Braams, B., van Duijvenvoorde, A., Peper, J., & Crone, E. (2015). Longitudinal changes in adolescent risk-taking: A comprehensive study of neural responses to rewards, pubertal development and risk taking behavior. *Journal of Neuroscience, 35,* 7226-7238; Shulman, E., & Cauffman, E. (2014). Deciding in the dark: Age differences in intuitive risk judgment. *Developmental Psychology*, 50, 167-177.

[34] Telzer, E. H., Ichien, N. T., & Qu, Y. (2015). Mothers know best: Redirecting adolescent reward sensitivity toward safe behavior during risk taking. *Social Cognitive and Affective Neuroscience, 10*(10), 1383–1391.

have been drunk.[35]  This behavior is of concern, as research shows that adolescent substance use may impair psychosocial maturity by affecting the development of brain structures that regulate behavioral, emotional, and cognitive processes.[36]

37.    Adolescent substance use has been shown to impair psychosocial maturity by affecting the development of brain structures that regulate behavioral, emotional, and cognitive processes.[37]  Many of the brain regions that undergo developmental change during adolescence are also affected by alcohol and drug use.[38]  For example, fMRI studies suggest that the prefrontal cortex and sub-cortical striatal areas, which are actively engaged in decision-making, are affected by addictive substances.[39]  Substance use may also affect brain circuits involved in the experience of reward and self-regulation.[40]

38.    For example, research has shown that adolescent substance use leads to poorer neurocognitive performance, poorer white matter quality, and changes in brain volume.[41]  Substance use has also been associated with heightened

---

[35] Johnston, L. D., O'Malley, P. M., Bachman, J. G., & Schulenberg, J. E. (2008). Monitoring the Future national results on adolescent drug use: Overview of key findings, 2007 (NIH Publication No. 08-6418).Bethesda, MD: National Institute on Drug Abuse.

[36] Clark, D.B., Thatcher, D.L., & Tapert, S.F. (2008). Alcohol, psychological dysregulation, and adolescent brain development. *Alcoholism: Clinical and Experimental Research,* 32(3), 375-385.

[37] Clark, D.B., Thatcher, D.L., & Tapert, S.F. (2008). Alcohol, psychological dysregulation, and adolescent brain development. *Alcoholism: Clinical and Experimental Research*, 32(3), 375-385.

[38] Volkow, N., & Li, T.-K. (2005). The neuroscience of addiction. Nature *Neuroscience*, 8(11), 1429-1430.

[39] Chambers, R.A., Taylor, J.R., & Potenza, M.N. (2003). Developmental neurocircuitry of motivation in adolescence: A critical period of addiction vulnerability. *American Journal of Psychiatry,* 160, 1041-1052.

[40] *E.g.*, Brown, S., & Tapert, S. F. (2004). Adolescence and the trajectory of alcohol use: Basic to clinical studies. *Annals of the New York Academy of Sciences*, 1021(1), 234–244.

[41] Squeglia, L., Jacobus, J., & Tapert, S. (2009). The influence of substance use on adolescent brain development. *Clinical EEG and Neuroscience*. 40, 31-38.

impulsivity,[42] impaired affect regulation,[43] poor judgment,[44] and less successful decision-making.[45]

39.    In addition, individuals with substance dependence tend to choose small immediate rewards over larger postponed incentives,[46] display a reduced sensitivity to natural reinforcers, and show decreased inhibitory control.[47]  These findings suggest that substance use may suppress age-typical growth in psychosocial maturity from adolescence to young adulthood; however, when youth stop using substances they do regain in psychosocial maturity.[48]

## CONCLUSION

40.    Research shows that important neurobiological development is ongoing throughout the adolescent years and continues into the early 20s.  As a result of neurobiological immaturity, young people, even those over the age of 18, continue to demonstrate difficulties in exercising self-restraint, controlling impulses, considering future consequences, making decisions independently from their peers, and resisting the coercive influence of others.  Many of the same

---

[42] Colder, C.R., & Chassin, L.C. (1997). Affectivity and impulsivity: Temperament risk for adolescent alcohol involvement. *Psychology of Addictive Behaviors*, 11(2), 83-97.

[43] Cooper, M.L., Agocha, V.B., & Sheldon, M.S. (2000). A motivational perspective on risky behaviors: The role of personality and affect regulatory processes. *Journal of Personality*, 68(6), 1059-1088.

[44] Giancola, P.R., Martin, C.S., & Tarter, R.E. (1996). Executive cognitive and aggressive behavior in preadolescent boys at high risk for substance abuse/dependence. *Journal of Studies on Alcohol*, 57, 352-259.

[45] White, H.R. (1990) The drug use-delinquency connection in adolescence. In R. Weisheit (Ed.), *Drugs, crime and the criminal justice system*, (pp. 215-256). Cincinnati, Ohio: Anderson.

[46] Potenza, M.N. (2007). To do or not to do? The complexities of addiction, motivation, self-control and impulsivity. *American Journal of Psychiatry,* 164, 4-6.

[47] Volkow, N.D., Fowler, J.S., & Wang, G.J. (2003). The addicted human brain viewed in the light of imaging studies: brain circuits and treatment strategies. *Neuropharmacology*, 47, 3-13.

[48] Chassin, L., Dmitrieva, J., Modecki, K., Steinberg, L., Cauffman, E., Piquero, A., Knight, G., & Losoya, S. (2010). Does adolescent alcohol and marijuana use predict suppressed growth in psychosocial maturity? *Psychology of Addictive Behaviors*, 4, 48-60.

immaturities that characterize the brains of individuals under age 18 are also characteristic of the brains of individuals between ages 18 and 21, and perhaps even of individuals in their mid-20s, particularly with respect to the exercise of mature self-control. Deficiencies in self-control are likely to interfere with safe firearm usage.

41.    Findings from developmental sciences should guide our response to adolescents in terms of their treatment under the law. In situations that are characterized by "hot cognition" (decisions made under emotional or arousing situations), it is unclear how to draw a meaningful psychological or neurobiological distinction between individuals who are nearly 18 years old and those who are at least 18 but not yet 21. The fact that 18-20-year-olds are still developing and may act with the immaturity of those under age 18 under certain conditions supports using age limitations such as the one at issue in this case to address gun violence perpetrated by this age group.

42.    Based on the scientific evidence reviewed herein, it is my professional opinion that the restrictions on the acquisition and possession of firearms by individuals under 21 under Hawai'i Revised Statutes §§ 134-2, -4, -5, and -7 are both appropriate and necessary to promote public safety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2024 at Irvine, CA

_____

Elizabeth E. Cauffman, Ph.D.

18

## GLOSSARY OF KEY TERMS

| | |
|---|---|
| ***Early adolescence:*** | Ages 10, 11, 12, and 13. |
| ***Middle adolescence:*** | Ages 14, 15, 16, and 17. |
| ***Late adolescence:*** | Ages 18 to 25. |
| ***Neurobiological:*** | Referring to the brain's anatomy or functioning. |
| ***Psychosocial:*** | Referring to emotional and social development (in contrast to cognitive, or intellectual, development). |
| ***Functional Magnetic Resonance Imaging (fMRI):*** | A brain imaging method that permits researchers to identify activity in specific brain regions while the individual whose brain is being imaged is engaged in a task chosen by the researcher, such as one requiring impulse control. |
| ***Self-regulation:*** | Exercising control over one's feelings, impulses, and actions, so as to modulate one's emotions, contain one's thoughts, or restrain one's behavior. |
| ***Higher-order cognition:*** | Sophisticated thinking skills that are used when one is engaged in such things as planning ahead, exercising logical reasoning, weighing the risks and rewards of a potential decision, or systematically evaluating a complicated situation. |
| ***Structural brain development:*** | Physical changes in the brain's anatomy, which mainly occur prenatally and during infancy, childhood, and adolescence, and generally result in improvements in the speed and efficiency of information processing and the more effective coordination of activity across brain regions. |
| ***Functional brain development:*** | Systematic changes in the brain's patterns of activity, which mainly occur prenatally and during infancy, childhood, and adolescence, and that are most commonly identified through functional Magnetic Resonance Imaging (fMRI).

Synaptic pruning: A key aspect of structural brain development, wherein unnecessary connections between brain cells are eliminated, thereby improving the brain's efficiency. Synaptic pruning occurs prenatally and during infancy, childhood, and adolescence, and is largely complete by adulthood. |
| ***Myelination:*** | A key aspect of structural brain development, wherein biological connections between brain cells become sheathed in a white fatty substance called myelin, which improves connectivity between brain regions, thereby increasing the speed of information processing. Myelination begins prenatally and occurs throughout life. |

**TABLE OF EXHIBITS**

| **Exhibit** | **Description** |
|:---:|:---|
| **A** | *Curriculum Vitae* of Elizabeth E. Cauffman, Ph.D. |

# EXHIBIT A

## ELIZABETH E. CAUFFMAN

Department of Psychological Science            (949) 824-4075 – Phone
School of Social Ecology                      (949) 824-3002 – FAX
University of California, Irvine               cauffman@uci.edu
4308 Social & Behavioral Sciences Gateway     http://3dlab.psychology.uci.edu/
Irvine, CA 92697

### *CURRENT POSITION*

2010-present    **Professor,** University of California, Irvine
                Department of Psychological Science
                Department of Criminology Law & Society (courtesy appointment)
                School of Education (courtesy appointment)
                School of Law (courtesy appointment)

### *PREVIOUS POSITIONS*

2006-2010    **Associate Professor,** Departments of Psychological Science, and Education.
             University of California, Irvine.

2004-2006    **Assistant Professor,** Departments of Psychological Science, and Education.
             University of California, Irvine.

1998-2004    **Assistant Professor,** Western Psychiatric Institute & Clinic.
             Department of Psychiatry – Law and Psychiatry Research Program.
             University of Pittsburgh

1995 - 1996  **Adjunct Faculty,** Department of Psychology, The College of New Jersey (formerly
             Trenton State College).

### *EDUCATION*

1998    **Stanford University**
        Postdoctoral Fellow at the Stanford Center on Adolescence.

1996    **Temple University**
        Ph.D. in Developmental Psychology.

1992    **University of California, Davis**
        B.A. in Psychology.  Minor in Human Development.

### *HONORS AND AWARDS*

2024    William G. Steiner Heart of Service Award, Orangewood Foundation, CA.
2022    Mavis Hetherington Award for Excellence in Applied Developmental Science from Division 7
        of the American Psychological Association

| 2020 | Orange County's 100 top influencers, Orange County Register, CA |
|------|------|
| 2019 | Distinguished Faculty Award for Mentorship, University of California, Irvine |
| 2014 | Social Ecology Professor of the Year, University of California, Irvine |
| 2012 | Chancellor's Fellow, University of California, Irvine |
| 2011 | Dean's Award for Excellence in Undergraduate Teaching, University of California, Irvine |
| 2010 | Associated Graduate Students Mentoring Award, University of California, Irvine |
| 2008 | Dan Stokols Interdisciplinary Research Award, University of California, Irvine |
| 2008 | Associated Graduate Students Mentoring Award, University of California, Irvine |
| 2007 | Chancellor's Award for Excellence in Fostering Undergraduate Research, UC, Irvine |
| 2002 | Vice Chancellor's Young Investigator Address for Exceptional Research, Univ. of Pittsburgh |
| 1998 | Summer Scholar at Center for Advanced Study in the Behavioral Sciences, Stanford University |
| 1996 | College of Arts & Sciences Teaching Merit in Psychology, Temple University |
| 1994 | James D. Page Award for Research, Temple University |
| 1994 | Counselor of the Year, Anchor House Shelter, Trenton, NJ |

## PROFESSIONAL ACTIVITIES

| 2022 – 2024 | **President**, Society for Research on Adolescence |
|------|------|
| 2019 – 2021 | **President-elect**, Society for Research on Adolescence |
| 2020 – 2022 | **Member**, National Academies of Sciences, Engineering, and Medicine's Societal Experts Action Network |
| 2018 – 2020 | **Executive Council, Member at Large**, Society for Research on Adolescence |
| 2018 – 2019 | **Member**, National Academies of Sciences, Engineering, and Medicine's Committee on the Neurobiological and Socio-behavioral Science of Adolescent Development and Its Applications |
| 2018 | **Member**, Awards Committee, Society for Research on Adolescence |
| 2017 – present | **Consultant**, Youth Villages: The Force for Families |
| 2015 – 2016 | **Member**, Society for Research on Adolescence Awards Committee. |
| 2007 – 2016 | **Member**, John D. and Catherine T. MacArthur Foundation Models for Change Initiative. |
| 2007 – 2008 | **Member**, Membership Committee, Society for Research on Adolescence. |
| 2005 – 2013 | **Member**, Center for Psychology and Law, University of California, Irvine |
| 2005 – 2010 | **Member**, Office of Juvenile Justice and Delinquency Prevention Girls Study Group. |
| 2005 | **Member**, American Society of Criminology Gene Carte Student Paper Competition. |
| 2003 - 2004 | **Governor Appointee** to the Pennsylvania Commission on Crime and Delinquency, Juvenile Justice and Delinquency Prevention Committee. |
| 2002 | **Ad hoc Committee Member**, American Psychological Association Division 7 ad hoc committee to review Institutional Review Board requirements for research involving children. |
| 2000 - 2002 | **Faculty Member**, National Judicial College.  Reno, NV. |
| 2000 - 2002 | **Member**, Society for Research on Adolescence Awards Committee. |
| 1997 - 2006 | **Network Member,** John D. and Catherine T. MacArthur Foundation Network on Adolescent Development and Juvenile Justice |

## UNIVERSITY PROFESSIONAL SERVICE

| 2021 – present | **Member**, Chancellor's Advisory Committee on Intercollegiate Athletics, University of California, Irvine |
|------|------|
| 2019 – 2020 | **Chair**, Institutional Review Board – Team E, University of California, Irvine |
| 2016 – present | **Director**, Masters of Legal & Forensic Psychology, University of California, Irvine |
| 2013 – present | **Director**, Center for Psychology and Law, University of California, Irvine |

2011 – present  **Chair**, Institutional Review Board, University of California, Irvine.
2016 – 2018  **Co-Director**, UC Consortium for Social Sciences & the Law
2010 – 2013  **Director of Graduate Studies**, Department of Psychological Science, UCI
2010  **Chair**, Academic Program Review Board, University of California, Irvine.
2008 – 2011  **Vice Chair**, Institutional Review Board, University of California, Irvine.
2008 – 2010  **Member**, Academic Program Review Board, University of California, Irvine.
2007 – 2010  **Member**, Council on Education Policy, University of California, Irvine.
2006 – 2010  **Chair**, Curriculum Committee for the Psychological Science, University of California, Irvine.
2006 – 2008  **Member**, Institutional Review Board, University of California, Irvine.
1998 - 2004  **Reviewer**, Western Psychiatric Institute & Clinic internal research review committee.

### *GRANT FUNDING*

*Juvenile Recovery Court*
>Superior Court of Orange County
>>$139,790 (5/6/2024 – 9/30/2025) – Principal Investigator

*The Road to Reentry: A Randomized Control Trial of Young Adults in Custody from the Inside to the Outs*
>National Institute of Justice
>>$1,557,676 (1/1/2021 – 12/31/25) – Principal Investigator

*Young Adult Court: A New Approach to Justice*
>Board of State & Community Corrections – Proposition 47
>>$2,469,922 (10/3/2024 – 6/30/2028) – Principal Investigator
>Health Care Agency of Orange County
>>$10,100,356 (7/1/2022 – 6/30/2027) – Principal Investigator
>County of Orange AB109 Committee
>>$552,915 (7/1/2024 – 6/30/2025) – Principal Investigator
>County of Orange AB109 Committee
>>$299,538.00 (7/1/2022 – 6/30/2023) – Principal Investigator
>Community Action Partnership of Orange County
>>$749,000 (11/1/2020 – 12/31/2021) – Principal Investigator
>National Institute of Justice
>>$783,000 (1/1/2019 – 12/31/21) – Principal Investigator
>University of California – COVID-19 Emergency Funding
>>$22,985 (4/13/2020 – 9/14/2020) – Principal Investigator
>UC Consortium on Adolescent Development
>>$8,682.50 (1/1/19 – 12/31/2020) – Principal Investigator
>John and Jill Manly
>>$70,000 (5/1/2019 – no end date) – Principal Investigator

*Building a Young Adult Court in Orange County*
>UC Consortium on Adolescent Development
>>$3,965 (1/1/2018 – 6/30/2018) – Principal Investigator

*Crossroads: Formal vs. Informal Processing in the Juvenile Justice System*
    National Institute of Justice
        $999,918 (7/1/2020 – 6/30/2023) – Principal Investigator
    William T. Grant Foundation
        $598,937 (7/1/2018 – 6/30/2021) – Principal Investigator
    Fudge Family Foundation
        $75,000 (10/1/2017 – no end date) – Principal Investigator
        $75,000 (10/1/2016 – no end date) – Principal Investigator
    SAMHSA
        $35,000 (8/5/2016 – 9/22/2016) – Principal Investigator
    County of Orange
        $402,714 (7/1/2015 – 12/31/2018) – Principal Investigator
    John D. & Catherine T. MacArthur Foundation Models for Change Initiative
        $352,187 (1/1/2016 – 12/31/2016) – Principal Investigator
        $1,000,000 (7/1/2015 – 12/31/18) – Principal Investigator
        $3,000,000 (10/1/10 – 9/30/17) – Principal Investigator
        $550,000 (7/1/2016 – 12/31/2018) – Principal Investigator
    Office of Juvenile Justice & Delinquency Prevention
        $500,000 (10/1/10 – 9/30/14) – Principal Investigator

*UC Consortium on Social Sciences & the Law*
    UC Multicampus Research Programs and Initiatives
        $298,341 (1/1/2015 – 12/31/2016) – Co Principal Investigator

*Fight Crime: Invest in Kids – Educating Police on Adolescent Development*
    Council for a Strong America
        $22,500 (8/30/2016 – 12/31/2017) – Principal Investigator

*Ending Homelessness for Youth*
    Project Hope Alliance
        $4,000 (10/31/2018 – no end date) – Principal Investigator
        $14,500 (1/1/2018 – no end date) – Principal Investigator
        $14,500 (10/1/2017 – no end date) – Principal Investigator
        $14,500 (1/1/2017 – no end date) – Principal Investigator
        $14,500 (10/1/2016 – no end date) – Principal Investigator
        $13,500 (10/1/2015 – no end date) – Principal Investigator
        $11,500 (8/31/2014 – no end date) – Principal Investigator

*Center for Psychology & Law - Views by Two Speaker Series*
    Fudge Family Foundation
        $8,000 (3/9/2016 – no end date) – Principal Investigator
        $8,000 (2/18/2015 – no end date) – Principal Investigator

*Infrastructure Development: Formal vs. Informal Processing in the Juvenile Justice System*
    John D. & Catherine T. MacArthur Foundation Models for Change Initiative
        $375,000 (2/15/10 – 12/31/11) – Principal Investigator

*Occupying Idle Hands: Out-of-School Time and Successful Navigation of the High School Years*
    Charles Stewart Mott Foundation
        $150,000 (9/1/09 – 8/31/11) – Co-Principal Investigator

*Violation of Probation and Parole: How much DMC is there in Parole/Probation Violations?*
John D. & Catherine T. MacArthur Foundation Models for Change Initiative
$50,000 (10/15/08 – 6/30/10) – Principal Investigator

*Acculturation and Moral Foundations in Adolescence*
UC MEXUS
$1,500 (3/1/08 – 2/28/09) – Principal Investigator

*The Iatrogenic Effects of Incarceration*
UC Irvine Center for Evidence-Based Corrections
$17,366 (2005-2006) – Principal Investigator

*NICHD Study of Early Child Care and Youth Development – Phase IV*
National Institute of Child Health and Human Development
$1,376,990 (2/1/05 – 1/31/07) – Co-Principal Investigator

*Assessing Juvenile Psychopathy: A Longitudinal Follow-up*
William T. Grant Foundation
$404,455 (1/15/04 – 1/14/06) – Principal Investigator
John D. & Catherine T. MacArthur Foundation Network on
Adolescent Development & Juvenile Justice
$80,000 (1/15/04 – 1/14/06) – Principal Investigator

*Improving Services for Mentally Ill Juvenile Offenders*
National Institute of Mental Health – K01
$697,915 (3/15/01 – 6/30/06) – Principal Investigator

*Decision-Making in Everyday Life: How Culpable are Adolescents?*
John D. & Catherine T. MacArthur Foundation Network on
Adolescent Development & Juvenile Justice
$71,160 (9/1/04 – 9/1/05) – Principal Investigator

*Understanding Girls in the Juvenile Justice System*
Juvenile Law Center
$6,500 (7/1/04 – 1/30/05) – Principal Investigator

*Mental Health Screening and Assessment in Juvenile Detention: A Multi-Site Study*
Pennsylvania Department of Public Welfare
$116,000 (4/1/03 – 6/30/05) – Principal Investigator

*Understanding the Female Offender*
National Institute of Justice
$195,655 (12/1/01 – 6/30/04) – Co-Principal Investigator

*Assessing Juvenile Psychopathy: Developmental & Legal Implications*
William T. Grant Foundation
$279,659 (7/01/01 – 12/31/03) – Principal Investigator

John D. & Catherine T. MacArthur Foundation Network on
Adolescent Development & Juvenile Justice
$50,000 (7/01/01 – 12/31/03) – Principal Investigator

*Pathways to Desistance: A Prospective Study of Serious Adolescent Offenders*
Office of Juvenile Justice & Delinquency Prevention
$1,694,404 (2000 – 2001) – Co-Principal Investigator
$2,091,578 (2001 – 2002) – Co-Principal Investigator
$499,999 (2002 – 2003) – Co-Principal Investigator
$1,699,991 (2003 – 2005) – Co-Principal Investigator
$1,499,817 (2005-2006) – Co-Principal Investigator
$1,498,131 (2006-2007) – Co-Principal Investigator
$130,000 (2007-2008) – Co-Principal Investigator
$600,000 (2007-2008) – Co-Principal Investigator
$553,934 (2008-2009) – Co-Principal Investigator
$449,811 (2009-2010) – Co-Principal Investigator
William T. Grant Foundation
$348,391 (2000 – 2002) – Co-Principal Investigator
$350,000 (2002 –2005) – Co-Principal Investigator
Robert Wood Johnson Foundation
$739,486 (2001 – 2005) – Co-Principal Investigator
Pennsylvania Commission on Crime & Delinquency
$149,659 (2001 – 2002) – Co-Principal Investigator
$149,976 (2003 –2003) – Co-Principal Investigator
John D. & Catherine T. MacArthur Foundation Network on
Adolescent Development & Juvenile Justice
$35,364 (4/01/02 – 12/31/02) – Co-Principal Investigator
National Institute on Drug Abuse
$4,423,097 (2005-2010) – Co-Principal Investigator

*Prospective Study of Serious Adolescent Offenders: Pilot*
National Institute of Justice
$368,176 (9/1/99 – 2/28/01) – Co-Principal Investigator

*Site Selection: Prospective Study of Serious Adolescent Offenders*
John D. & Catherine T. MacArthur Foundation Network on
Adolescent Development & Juvenile Justice
$64,935 (5/1/99 – 10/31/00) – Principal Investigator

*Assessing Mental Health Problems among Serious Institutionalized Delinquents*
National Institute of Justice
$4,531 (4/15/99 – 10/15/00) – Consultant

*MacTeen: A Compendium of Measures*
John D. & Catherine T. MacArthur Foundation
$25,500 (4/1/99 – 12/31/99) – Principal Investigator

*Neuropsychological and Psychological Functioning of Incarcerated & Non-incarcerated Youth.*
John D. & Catherine T. MacArthur Foundation Network on
Adolescent Development & Juvenile Justice

$35,000 (11/1/97 – 10/31/98) – Principal Investigator

*Posttraumatic Stress Disorder among Female Juvenile Offenders.*
Stanford Center on Adolescence Small Seed Grant
$5,000 (11/1/96 – 10/31/97) - Principal Investigator

## PUBLICATIONS
*Asterisks denote publications with current or former graduate students or postdoctoral scholars.*

## UNDER REVIEW

Riano, N.S., Beardslee, J., & Cauffman, E. (Under Review). Initial predictors of HIV testing and post-test behavior change among legal-system-impacted young adults. *Health & Justice.*

## JOURNAL ARTICLES – PEER-REVIEWED

**Cauffman, E.,** *Gillespie,M.L., *Beardslee, J., Davis, F., Hernandez, M., & Williams, T. (2024). Adolescent contact, lasting impact? Lessons learned from two longitudinal studies spanning 20 years of developmental science research with justice-involved youth. *Psychological Science in the Public Interest. 24(3)*, 133-161

*Smith IV, C.D., Riano, N.S., Randolph, I., Beardslee, J., & **Cauffman, E.** (2024). The panacea that is love: The influence of romantic relationships on justice-involved young adults' self-reported health. *Couple and Family Psychology: Research and Practice,* In Press.

*Sbeglia, C., *Simmons, C., *Icenogle, G., Levick, M., *Peniche, M., *Beardslee, J., & **Cauffman, E.** (2024). Life after life: Recidivism among individuals formerly sentenced to mandatory juvenile life without parole. *Journal of Research on Adolescence.*

*Sbeglia, C., *Smith, C. D., Frick, P. J., Steinberg, L., & **Cauffman, E.** (2024). Too sensitive or not sensitive enough? Sensitivity to context and justice-involved youths' response to violence exposure. *Journal of Research on Adolescence.*

**Cauffman, E.,** *Beardslee, J., *Sbeglia, C., Frick, P. J., & Steinberg, L. (2024). Trajectories of offending over 9 years after youths' first arrest: What predicts who desists and who continues to offend? *Journal of research on adolescence: the official journal of the Society for Research on Adolescence.*

*Sbeglia, C., *Randolph, I., *Cavanagh, C., & **Cauffman, E.** (2024). Parental legal culpability in youth offending. *Annual Review of Criminology, 7*, 403-416.

*Cavanagh, C., LaBerge, A., Dalzell, E., & **Cauffman, E.** (2024). Attitudes toward police and judges of Latina immigrants with a justice-involved child: Do documentation status and family deportations matter? *Crime & Delinquency, 0* (0).

Kemp, E.C., Ray, J.V., Frick, P.J., Thornton, L.C., Wall Myers, T.D., Robertson, E.L., Steinberg, L., & **Cauffman, E.** (2024). The Inventory of Callous-Unemotional Traits (ICU) Self-Report Version: Factor Structure, Measurement Invariance, and Predictive Validity in Justice-Involved Male Adolescents. *Psychological Assessment*. Epub ahead of print. PMID: 38900518.

Wasserman, A.M., *Kan, E., *Beardslee, J., *Icenogle, G., Frick, P.J., Steinberg, L., & **Cauffman, E.** (2024). Age-dynamic effects of self-regulation and sensation seeking on offending among justice-involved youth. *Journal of Applied Developmental Psychology*, *92*(3).

Speck, J., Frick, P.J., Vaughan, E.P., Walker, T.M., Robertson, E.L., Ray, J.V., Wall Myers, T.D., Thornton, L.C., Steinberg, L., & **Cauffman, E.** (2024). Health service utilization in adolescents following a first arrest: The role of antisocial behavior, callous-unemotional traits, and juvenile justice system processing. *Administration and Policy in Mental Health and Mental Health Services Research*, *51*(3), 1-13.

Goetz, C., Frick, P.J., Thornton, L.C., Ray, J.V., Wall Myers, T.D., Steinberg, L., & Cauffman, E. (2023). Effects of neighborhood disadvantage and peer deviance on adolescent antisocial behavior: Testing potential interactions with age-of-onset. *Development and Psychopathology*, 1-12.

*Simmons, C., *Rodgers, E.L., & **Cauffman, E.** (2023). Examining the relation among callous-unemotional traits and cortisol, alpha-amylase, and testosterone reactivity in legal system involved young men. *Psychneuroendocrinology*, *158*(1).

Lavoie, J., *Fine, A., Thomas, A., Frick, P.J., Steinberg, L., & Cauffman, E. (2023). How important is developmental maturity in assessing whether adolescents will share true or false accounts of a first offense in legal interactions? *Journal of Developmental and Life-Course Criminology*, *9*(1), 1-22.

*Rowan, Z. R., *Fine, A., Steinberg, L., Frick, P. J., & **Cauffman, E.** (2023). Labeling effects of initial juvenile justice system processing decision on youth interpersonal ties. *Criminology*, *61*(4), 731-757.

*Kan, E., *Beardslee, J., Frick, P., Steinberg, L., & **Cauffman, E.** (2023). Impulse control moderates the association between substance use and substance use-related consequences among justice-system-involved youth, *Applied Developmental Science*.

Stover, P., Field, M., Andermann, M., Bailey, R., Batterham, R., **Cauffman, E.,** Fruhbeck, G., Iversen, Per., Starke-Reed, P., Sternson, S., Vinoy, S., Witte, V., Zuker, C., & Angelin, B. (2023). Neurobiology of eating behavior, nutrition, and health. *Journal of Internal Medicine*, *294*(5), 582-604.

Vaughan, E. P., Frick, P. J., Robertson, E. L., Ray, J. V., Thornton, L. C., Wall Myers, T. D., Steinberg, L., & **Cauffman, E.** (2023). Interpersonal relationships and callous-unemotional traits during adolescence and young adulthood: An investigation of bidirectional effects in parent, peer, and romantic relationships. *Clinical Psychological Science*, *11*(3), 391-408.

LaBerge, A., Osuna, A. I., *Cavanagh, C., **Cauffman, E.** (2023). Mothers with justice-involved sons: Socioeconomic impacts of COVID-19 by neighborhood disorder in the United States. *Journal of Social Issues,* 79, 747-772. DOI: 10.1111/josi.12527

Vaughan, E. P., Speck, J. S., Frick, P. J., Walker, T. M., Robertson, E. L., Ray, J. V., Wall Myers, T. D., Thornton, L. C., Steinberg, L., & **Cauffman, E.** (2023). Proactive and reactive aggression: Developmental trajectories and longitudinal associations with callous-unemotional traits, impulsivity, and internalizing emotions. *Development and Psychopathology* 1-9.

Robertson, E.L., Ray, J.V., Frick. P.J., Vaughan, E.P., Thornton, L.C., Wall Myers, T.D., Steinberg, L., & **Cauffman, E.** (2023). The bidirectional effects of antisocial behavior, anxiety, and trauma exposure: Implications for our understanding of the development of callous-unemotional traits. *Journal of Psychopathology and Clinical Science* (formerly *Journal of Abnormal Psychology*), *132*(4), 445-460.

*Cavanagh, C., Kitzmiller, M. K., Henke, M., & **Cauffman, E.** (2023). Examining the experience of women in justice-involved families during the COVID-19 pandemic: The impact of familial incarceration. *Journal of Family Issues,* doi: 10.1177/012513X221150983

*Kan, E., *Riano, N. S., *Beardslee, J., Frick, P. J., Steinberg, L., **Cauffman, E.** (2023). Race differences in the association between binge drinking and treatment among first-time justice-system-impacted youth. *Alcohol and Alcoholism*, *58*(1), 23-30.

LaBerge, A., Osuna, A. I., *Cavanagh, C., & **Cauffman, E.** (2023). Mothers with justice-involved sons: Socioeconomic impacts of COVID-19 by neighborhood disorder in the United States. *Journal of Social Issues*, *79*, 747-772.

Drozdova, A. D., *Thomas, A. G., Volpert-Esmond. H. I., Steinberg, L., Frick, P. J., & **Cauffman, E.** (2022). Drug use homophily in adolescent offenders' close friendship groups. *Journal of Youth and Adolescence*, *51*(1), 2046-2059.

*Brown, C., *Beardslee, J., Frick, P. J., Steinberg, L. D., & **Cauffman, E.** (2022). Perceived sleep quality predicts aggressive offending in adolescence and young adulthood. *Journal of Child Psychology and Psychiatry*.

LaBerge, A., *Cavanagh, C., & **Cauffman, E.** (2022). Juvenile justice- and dual system-involved youth: The role of primary caregiver monitoring habits on juvenile recidivism. *Journal of Research in Crime and Delinquency*, *61*(2).

*Brown, C., *Fine, A., & **Cauffman, E.** (2019). Do positive perceptions of correctional staff mitigate institutional violence among youthful offenders? *Psychology, Public Policy, and Law, 25*(1), 38-45.

Vaughan, E. P., va, J. S., Frick, P. J., Robertson, E. L., Ray, J. V., Thornton, L. C., Wall Myers, T. D., Steinberg, L., & **Cauffman, E.** (*2022*). Longitudinal associations of parental monitoring and delinquent peer affiliation: The potential influence of parental solicitation and monitoring rules. *Journal of Adolescence*, *94*(4), 656-666.

*Cavanagh, C., *Simmons, C., Liggett O'Malley, R., Frick, P., Steinberg, L. & **Cauffman, E.** (2022). The moderating role of maternal CU traits in the stability of justice-involved adolescents' CU traits. *Journal of Clinical Child and Adolescent Psychology, 8*, 1-15.

*Cavanagh, C., Dalzell, E., LaBerge, A., & **Cauffman, E**. (2022). Do Parental Monitoring Habits Change in Response to Juvenile Recidivism? In S. Blair & S. Maxwell (Eds.), *Contemporary Perspectives in Family Research, Vol. 20: The Justice System and the Family*. Bingley, UK: Emerald Publishing Limited, Leeds, pp. 19-38.

*Knowles, A., *Rowan, Z., Frick, P.J., Steinberg, L., & **Cauffman, E.** (*2022).* Examining the relation between estimated life expectancy and delinquency across development: an examination of adolescent males following their first arrest. *Journal of Developmental and Life-Course Criminology*, *8*(1), 1-24.

Dvoskin, J., Golding, . Heilbrun, K., **Cauffman, E.,** DeMatteo, D., Edens, J., Hart, S., Mulvey, E., Skeem, J., Viljoen, J., & Vincent, G.  (2022).  Psychopathic personality in early childhood: A critical comment on Lopez-Romero et al. (2021).  *Journal of Personality Disorders*, *36*, 249-253.

*Rowan, Z., *Kan, E., Frick, P.J., & **Cauffman, E.** (2022). Not (entirely) guilty: The role of co-offenders in diffusing responsibility for crime. *Journal of Research in Crime and Delinquency*, *59*(4), 415-448.

*Fine, A., *Beardslee, J., Mays, R., Frick, P., Steinberg, L., & **Cauffman, E.** (2022). Measuring youths' perceptions of police: Evidence from the Crossroads Study. *Psychology, Public Policy, & Law*, *28*(1), 92-107.

*Beardslee, J., *Kan, E., *Simmons, C., Pardini, D., *Peniche, M., Frick, P., Steinberg, L., & **Cauffman, E**. (2021). A within-individual examination of the predictors of gun carrying during adolescence and young adulthood among young men. *Journal of Youth and Adolescence*, *50*(10), 1952-1969.

Vaughan, E. P., Frick, P. J., Ray, J. V., Robertson, E. L., Thornton, L. C., Wall Myers, T. D., Steinberg, L., & **Cauffman, E.** (2021). The associations of maternal warmth and hostility with prosocial and antisocial outcomes in justice-involved adolescents. *Developmental Psychology*, *57*(12), 2179-2191.

*Fine, A., Moule, R., Trinkner, R., Frick, P., Steinberg, L., & **Cauffman, E**. (2021). Legal socialization and individual belief in the code of the streets: A theoretical integration and longitudinal test. *Justice Quarterly*, *39*(6), 1310-1331.

*Knowles, A., *Rowan, Z., Frick, P.J., Steinberg, L., & **Cauffman, E.**, (2021*).* Evading detection during adolescence: The role of criminal capital and psychosocial factors. *Justice Quarterly*, *38*(2), 2021.

*Cavanagh, C., LaBerge, A., & **Cauffman, E.** (2021). Attitudes toward legal actors among dual system youth. *Journal of Social Issues*, *77*(2), 504-527.

*Fine, A., Amemiya, J., Frick, P., Steinberg, L., & **Cauffman, E.** (2021). Perceptions of police from ages 13 to 22 among justice-involved Black, Latino, and White justice-involved males. *Law & Human Behavior*, *45*(3), 243-255.

*Shulman, E., *Beardslee, J., *Fine, A., Frick, P., Steinberg, L., & **Cauffman, E.** (2021). Exposure to gun violence: Associations with anxiety, depressive symptoms, and aggression among male juvenile offenders. *Journal of Clinical Child and Adolescent Psychology*, *50*(3), 353-366.

Chen, J.M., *Fine, A.D., Norman, J.B., Frick, P.J., & **Cauffman, E.** (2021). Out of the picture: Latinx and White male youths' facial features predict their juvenile justice system processing outcomes. *Crime & Delinquency*, *67*(6-7), 787-807.

*Icenogle, G. & **Cauffman, E.** (2021). Adolescent decision making: A decade in review. *Journal of Research on Adolescence*, *31*(4), 1006-1022.

*Simmons, C., *Kan, E., Simpkins, S., *Donley, S., Steinberg, L., Frick., P.J., & **Cauffman, E.** (2021). Assessing the association between participation in extracurricular activities and delinquent behavior among justice-involved young men. *Journal of Research on Adolescence*, *31*(2), 335-350.

*Kan, E., *Knowles, A., *Peniche, M., Frick, P.J., Steinberg, L., & **Cauffman, E.** (2021). Neighborhood disorder and risk-taking among justice-involved youth – The mediating role of life expectancy. *Journal of Research on Adolescence*, *31*(2), 282-298.

**Cauffman, E.**, *Beardslee, J., *Fine, A., Frick, P. & Steinberg, L. (2021). Crossroads in juvenile justice: The impact of initial processing decision on youth five years after first arrest. *Development & Psychopathology*, *33*(2), 700-713.

*Fine, A., *Rowan, Z., & **Cauffman, E.** (2020). Partners or adversaries? The relation between juvenile diversion supervision and parenting practices. *Law & Human Behavior*, *44*(6), 461-473.

*Cavanagh, C., Dalzell, E., & **Cauffman, E.** (2020). Documentation status, neighborhood disorder, and attitudes toward police and courts among Latina immigrants. *Psychology, public policy, and law*, *26*(1), 121.

*Malloy, L.C., Sutherland, J.E., & **Cauffman, E.** (2021). Sexual abuse disclosure among incarcerated female adolescents and young adults. *Child Abuse and Neglect*, *116*(1).

Kitzmiller, M.K., Cavanagh, C., Frick, P., Steinberg, L., & ***Cauffman, E.** (2021). Parental incarceration and the mental health of juvenile offenders: The moderating role of neighborhood disorder. *Psychology, Public Policy, and Law*, *27*(2), 256-267.

Robertson, E.L., Frick, P.J., Ray, J.V., Thornton, L.C., Wall Myers, T.D., Steinberg, L., & **Cauffman, E.** (2021). Do callous-unemotional traits moderate the effects of the juvenile justice system on later offending behavior? *Journal of Child Psychology and Psychiatry*, *62*(2), 212-222.

*Kan, E., *Beardslee, J., Frick P.J., Steinberg, L., & **Cauffman, E.** (2020). Marijuana use among justice-involved youth after California state-wide legalization, 2015-2018. *American Journal of Public Health*, *110,* 1386-1392.

Robertson, E.L., Frick, P.J., Walker, T.M., Kemp, E.C., Ray, J.V., Thornton, L.C., Wall Myers, T.D. Steinberg, L., & **Cauffman, E.** (2020). Callous-unemotional traits and risk of gun carrying and use during crime. *American Journal of Psychiatry*, *177*(9), 827-833.

*Fine, A., *Simmons, C., *Cavanagh, C., *Rowan, Z., & **Cauffman, E**. (2020). Implications of youths' perceptions of police bias and the code of the street for violent offending. *Psychology of Violence, 10,* 473-482.

Matlasz, T. M., Frick, P. J., Robertson, E. L., Ray, J. V., Thornton, L. C., Wall Myers, T. D., Steinberg, L., & **Cauffman, E**. (2020). Does self-report of aggression after first arrest predict future offending and do the forms and functions of aggression matter? *Psychological Assessment, 32,* 265-276.

\*Fine, A., \*Thomas, A., van Rooij, B., & **Cauffman, E.** (2020). Age-graded differences and parental influences on adolescents' obligation to obey the law. *Journal of Developmental and Life-Course Criminology*, *6*, 25-42.

\*Fine, A., \*Donley, S., \*Cavanagh, C., & **Cauffman, E**. (2020). Youths' perceptions of law enforcement and worry about crime from 1976-2016. *Criminal Justice & Behavior*, *47*, 564-581.

\*Simmons, C., \*Rowan, Z., \*Knowles, A., Steinberg, L., Frick., P.J., & **Cauffman, E.** (2019). A life history approach to understanding juvenile offending and aggression. *Aggression and Violent Behavior*, *49*,

\*Beardslee, J., Miltimore, S., \*Fine, A., Frick, P., Steinberg, L., & **Cauffman, E.** (2019). Under the radar or under arrest: How is adolescent boys' first contact with the juvenile justice system related to future offending and arrests? *Law and Human Behavior, 43,* 342-357.

\*Fine, A., \*Kan, E., & **Cauffman, E.** (2019). Adolescents' confidence in institutions: Do America's youth differentiate between legal and social institutions? *Developmental Psychology, 55,* 1758-1767.

\*Kelly, E., Novaco, R. & **Cauffman, E**. (2019*).* Anger and depression among incarcerated male youth: Predictors of violent and non-violent offending during adjustment to *i*ncarceration*. Journal of Consulting and Clinical Psychology, 87,* 693-705.

Ray, J.V, Frick, P.J., Thornton, L.C., Wall Myers, T.D., Steinberg, L, & **Cauffman, E**. (2019). Estimating and predicting the course of callous-unemotional traits in first-time adolescent offenders. *Developmental Psychology, 55,* 1709-1719*.*

\*Cavanagh, C. & **Cauffman, E.** (2019). The role of re-arrests in juvenile offenders' and their mothers' attitudes toward police. *Law and Human Behavior*, *43*, 220-231.

\*Cavanagh, C., \*Mahler, A., & **Cauffman, E.** (2019). How does juvenile offending relate to mothers' aspirations and expectations for their sons? *Journal of Research on Adolescence, 29,* 493-507*.*

Thornton, L. C., Frick, P. J., Ray, J. V., Wall Myers, T. D., Steinberg, L. & **Cauffman, E**. (2019). Risky sex, drugs, sensation seeking, and callous unemotional traits in justice-involved adolescent males. *Journal of Clinical Child and Adolescent Psychology, 48,* 68-79.

\*Kaasa, S., \*Tatar, J., Dezember, A. & **Cauffman, E.** (2018). The impact of waiver to adult court on youths' perceptions of procedural justice. *Psychology, Public Policy, & Law, 24,* 418-429.

Robertson, E. L., Frick. P. J., Ray, J. V., Thornton, L. C., Wall Myers, T. D., Steinberg, L., & **Cauffman, E**. (2018). The associations among callous-unemotional traits, worry, and aggression in justice involved adolescent boys. *Clinical Psychological Science, 6,* 671-684.

*Fine, A., *Simmons, C., Miltimore, S., **Cauffman, E**., Steinberg, L., & Frick, P. (2018). The school experiences of male adolescent offenders: Implications for academic performance and recidivism. *Crime and Delinquency, 64,* 1326-1350.

Bersani, B., *Fine, A., Piquero, A., Steinberg, L., Frick, P., & **Cauffman, E**. (2018). Investigating the offending histories of undocumented immigrants. *Migration Letters, 15,* 147-166.

*Simmons, C., Steinberg, L., Frick, P.J., & **Cauffman, E**. (2018). The differential influence of absent and harsh fathers on juvenile delinquency. *Journal of Adolescence, 62,* 9-17.

*Fine, A., Wolff, K., Baglivio, M., Piquero, A., Frick, P., Steinberg, L., & **Cauffman, E**. (2018). Does the effect of justice system attitudes on adolescent crime vary based on psychosocial maturity? *Child Development, 89,* 468-479.

*Mahler, A., Fine, A., Frick, P., Steinberg, L. & **Cauffman, E**. (2018). Expecting the unexpected? Expectations for future success among adolescent first-time offenders. *Child Development, 89,* 535-551.

*Thomas, A., *Ozbardakci, N., *Fine, A., Steinberg, L., Frick, P. & **Cauffman, E**. (2018). Effects of physical and emotional hostility on adolescents' depression and reoffending. *Journal of Research on Adolescence, 28,* 427-437.

*Kimonis, E., Graham, N., & **Cauffman, E**. (2018). Aggressive male juvenile offenders with callous-unemotional traits show aberrant attentional orienting to distress cues. *Journal of Abnormal Child Psychology, 46,* 519-527.

Wall Myers, T.D., Salcedo, A., Frick, P.J., Ray, J.V., Thornton, L.C., Steinberg, L., & **Cauffman, E**. (2018). Understanding the link between exposure to violence and aggression in justice-involved adolescents. *Development and Psychopathology, 30,* 593-603.

*Fine, A., *Cavanagh, C., Frick, P., Steinberg, L. & **Cauffman, E.** (2017). Can probation officers identify remorse among male adolescent offenders? *Psychological Assessment, 29,* 754-761.

Broidy, L. & **Cauffman, E.** (2017). The Glueck women: Using the past to assess and extend contemporary understandings of women's desistance from crime. *Journal of Developmental Life Course Criminology, 3,* 102-125.

Haltigan, J.D., Roisman, G., **Cauffman, E**., & Booth-LaForce (2017). Correlates of childhood versus adolescence-onset internalizing symptomatology from infancy to young adulthood. *Journal of Youth & Adolescence, 46,* 197-212.

*Cavanagh, C. & **Cauffman, E.** (2017). The longitudinal association of relationship quality and reoffending among first time juvenile offenders and their mothers. *Journal of Youth and Adolescence, 46,* 1533–1546

*Cavanagh, C. & **Cauffman, E.** (2017). What they don't know can hurt them: Mothers' legal knowledge of youth reoffending. *Psychology, Public Policy, & Law, 23,* 141-153.

*Mahler A., *Simmons, C., Frick, P., Steinberg, L., & **Cauffman, E**. (2017). Aspirations, expectations and delinquency: The moderating effect of impulse control. *Journal of Youth and Adolescence*, *46*, 1503-1514.

*Fine, A., *Donley, S., *Cavanagh, C., Steinberg, L., Frick, P., & **Cauffman, E.** (2017). And justice for all: Determinants and effects of probation officers' processing decisions regarding first-time juvenile offenders. *Psychology, Public Policy, and Law, 23,* 105-117.

*Fine, A., *Cavanagh, C., *Donley, S., Frick, P., Steinberg, L., & **Cauffman, E.** (2017). Is the effect of justice system attitudes on recidivism stable after youths' first arrest? Race and legal socialization among first-time offenders. *Law and Human Behavior, 41,* 146-158.

**Cauffman, E.,** *Donley, S., & *Thomas, A. (2017). Raising the age: Raising the issues. *Criminology & Public Policy*, *16*, 73-81.

Ray, J., Frick, P., Thornton, L., Steinberg, L., & **Cauffman, E.** (2017). Callous-unemotional traits predict self-reported offending in adolescent boys: The mediating role of delinquent peers and the moderating role of parenting practices. *Developmental Psychology, 53*, 319-328.

**Cauffman, E.,** *Fine, A., *Thomas, A. & *Monahan, K. (2017). Trajectories of violent behavior among females and males. *Child Development*, *88*, 41-54.

*Fine, A., *Mahler, A., Steinberg, L., Frick, P., & **Cauffman, E**. (2017). Individual in context: The role of impulse control on the association between the home, school, and neighborhood developmental contexts and adolescent delinquency. *Journal of Youth & Adolescence*, *46*, 1488-1502.

*Fine, A., van Rooij, B., Feldman, Y., Shalvi, S., Scheper, E., Leib, M. & **Cauffman, E.** (2016). Rule orientation and behavior: Development and validation of a scale measuring individual acceptance of rule violation. *Psychology, Public Policy, & Law, 22,* 314-329.

*Shulman, E., *Bechtold, J., *Kelly, E., & **Cauffman, E**. (2016). Mental health screening in juvenile justice settings: Evaluating the utility of the Massachusetts Youth Screening Inventory, Version 2. *Criminal Justice Policy Review*.

*Fine, A., *Mahler, A., *Simmons, C., Chen, C., Moyzis, R., & **Cauffman, E**. (2016). Relations between three dopaminergic system genes, school attachment, and adolescent delinquency. *Developmental Psychology*, *52*, 1893-1903.

Roisman, G., Fraley, R.C., Haltigan, J.D., **Cauffman, E**., & Booth-LaForce, C. (2016). Strategic considerations in the search for transactional processes: Detecting and quantifying transactional signals in longitudinal data. *Development & Psychopathology*, *28,* 791-800.

**Cauffman, E**., Skeem, J., *Dmitrieva, J., & *Cavanagh, C. (2016). Comparing the stability of psychopathy scores in adolescence and adulthood: How often is "fledgling psychopathy" misdiagnosed? *Psychology, Public Policy, and the Law*, *22*(1), 77-91.

*Fine, A., **Cauffman, E**., Steinberg, L. & Frick, P. (2016). Self-control assessments and implications for predicting adolescent offending. *Journal of Youth & Adolescence*, *45,* 701-712.

Amemiya, J., *Monahan, K. & **Cauffman, E**.  (2016).  Leaders and followers in juvenile offending:  Distinguishing correlates and adjustment to incarceration.  *Criminal Justice and Behavior, 43*(7), 899-922.

*Tatar, J., *Cavanagh, C., & **Cauffman, E**.  (2016).  The importance of (anti)social influence in serious juvenile offenders with psychopathic traits.  *Psychology, Public Policy, and Law, 22*(1), 92-104.

*Fine, A., *Cavanagh, C., *Donley, S., Frick, P., Steinberg, L. & **Cauffman, E**.  (2016).  The role of peer arrests on the development of youths' attitudes towards the justice system.  *Law & Human Behavior. 40*(2), 211-218.

Ray, J., Frick, P., Thornton, L., Steinberg, L., & **Cauffman, E.**  (2016).  Positive and negative item wording and its influence on the assessment of callous-unemotional traits.  *Psychological Assessment, 28*(4), 394-404.

*Boessen, A. & **Cauffman, E**.  (2016).  Moving from the neighborhood to the cellblock: The impact of youth's neighborhoods on prison misconduct.  *Crime & Delinquency, 62*(2), 200-228.

Ray, J., Thornton, L., Frick, P., Steinberg, L., & **Cauffman, E**.  (2016).  Impulse control and callous-unemotional traits distinguish patterns of delinquency and substance use in justice involved adolescents: Examining the moderating role of neighborhood context.  *Journal of Abnormal Child Psychology, 44*, 599-611.

*Fine, A. & **Cauffman, E**.  (2015).  Race and justice system attitude formation during the transition to adulthood.  *Journal of Developmental Life Course Criminology, 1*, 325-349.

Racz, S., Saha, D., Trent, M., Hoover, A., Bradshaw, C., *Goldweber, A., & **Cauffman, E**.  (2015).  Polysubstance use among minority adolescent males incarcerated for serious offenses.  *Child and Youth Care Forum, 45*(2), 205-220.

*Cavanagh, C. & **Cauffman, E**.  (2015).  Viewing law and order: Mothers' and sons' justice system legitimacy attitudes and juvenile recidivism.  *Psychology, Public Policy, and Law, 21*(4), 432-441.

*Bechtold, J., *Monahan, K., Wakefield, S. & **Cauffman, E**.  (2015).  The role of race in probation monitoring and responses to probation violations among juvenile offenders in two jurisdictions.  *Psychology, Public Policy, and the Law, 21*, 323-337.

**Cauffman, E.,** *Monahan, K., & *Thomas, A.  (2015).  Pathways to persistence:  Female offending from 14 to 25.  *Journal of Developmental and Life Course Criminology, 1*, 236-268.

Arndorfer, A., *Malloy, L., & **Cauffman, E**.  (2015). Interrogations, confessions, and adolescent offenders' perceptions of the legal system.  *Law & Human Behavior, 39*, 503-513.

Thornton, L. Frick, P., *Shulman, E., Steinberg, L. & **Cauffman, E**.  (2015) Callous-unemotional traits and adolescents' role in group crime.  *Law & Human Behavior, 39*, 368-377.

*Thomas, A., Monahan, K., Lukowski, A., & **Cauffman, E**. (2015). Sleep problems across development: A pathway to adolescent risk taking through working memory. *Journal of Youth & Adolescence*, *44*, 447-464.

*Monahan, K. King, K., *Shulman, E., Chassin, L. & **Cauffman, E**. (2015). The effects of violence exposure on the development of impulse control and future orientation: Time specific and generalized effects. *Development and Psychopathology*, *27*, 1267-1283.

*Cavanagh, C. & **Cauffman, E**. (2015). The land of the free: Undocumented families in the juvenile justice system. *Law & Human Behavior*, *39*, 152-161.

*Monahan, K., VanDerhei, S., *Bechtold, J., & **Cauffman, E**. (2014). From the school yard to the squad car: School discipline, truancy, and arrest. *Journal of Youth & Adolescence*, *43*, 1110-1122.

Tsang, S., Piquero, A., & **Cauffman, E**. (2014). An examination of the Psychopathy Checklist: Youth Version among male adolescent offenders: An item response theory analysis. *Psychological Assessment*, *26*, 1333-1346.

*Thomas, A. & **Cauffman, E**. (2014). Youth sexting as child pornography: Developmental science supports less harsh sanctions for juvenile sexters. *New Criminal Law Review*, *17*, 631-651.

*Bechtold, J., *Cavanagh, C., *Shulman, E. & **Cauffman, E**. (2014). Does mother know best?: Adolescent and mother report of impulsivity and subsequent delinquency. *Journal of Youth & Adolescence*, *43*, 1903-1913.

*Kimonis, E., Fanti, K., *Goldweber, A., Marsee, M., Frick, P., & **Cauffman, E**. (2014). Callous-unemotional traits in incarcerated adolescents. *Psychological Assessment*, *26*, 227-237.

*Goldweber, A., **Cauffman, E.**, & Cillessen, T. (2014). Peer status among incarcerated female offenders: Associations with social behavior and adjustment. *Journal of Research on Adolescence*, *24*, 720-733.

*Malloy, L., *Shulman, E., & **Cauffman, E**. (2014). Interrogations, confessions, and guilty pleas among serious adolescent offenders. *Law & Human Behavior*, *38*, 181-193.

*Bechtold, J. & **Cauffman, E**. (2014). Tried as an adult, housed as a juvenile: A tale of youth from two courts incarcerated together. *Law & Human Behavior*, *38*, 126-138.

*Shulman, E. & **Cauffman, E**. (2014). Deciding in the dark: Age differences in intuitive risk judgment. *Developmental Psychology*, *50*, 167-177.

*Monahan, K., *Dmitrieva, J. & **Cauffman, E**. (2014). Bad romance: Gender differences in the longitudinal association between romantic relationships and deviant behavior. *Journal of Research on Adolescence*, *24*, 12-26.

*Kaasa, S., **Cauffman, E.**, Clarke-Stewart, A., & Loftus, E. (2013). False accusations in an investigative context: Differences between suggestible and non-suggestible witnesses. *Behavioral Sciences & the Law*, *31*, 574-592.

\*Shulman, E. & **Cauffman, E**.  (2013).  Reward based risk appraisal and its relation to juvenile versus adult crime.  *Law & Human Behavior*, 412-423.

\*Monahan, K.  Steinberg, L., **Cauffman, E.**, & Mulvey, E.  (2013).  Psychosocial (im)maturity from adolescence to early adulthood:  Distinguishing between adolescence-limited and persisting antisocial behavior.  *Development & Psychopathology*, *25*, 1093-1105.

\*Monahan, K., Steinberg, L. & **Cauffman, E**.  (2013).  Age differences in the impact of employment on antisocial behavior.  *Child Development, 84,* 791-801.

**Cauffman, E**.  (2012).  Aligning justice system processing with developmental science.  *Criminology & Public Policy*, 11, 751-758.

\*Dmitrieva, J., \*Monahan, K., **Cauffman, E.**, & Steinberg, L.  (2012).  Arrested development: The effects of incarceration on adolescents' development of psychosocial maturity.  *Development & Psychopathology*, *24*, 1073-1090.

**Cauffman, E**. & Steinberg, L.  (2012).  Emerging findings from adolescent development and juvenile justice.  *Victims & Offenders*, *7*, 428-449.

\*Kimonis, E., \*Tatar, J. & **Cauffman, E**.  (2012).  Substance related disorders among juvenile offenders: What role do psychopathic traits play?  *Psychology of Addictive Behaviors*, *26*, 212-225.

\*Goldweber, A. & **Cauffman, E**.  (2012).  Relational aggression and the DSM-V: What can clinicians tell us?  *Journal of Forensic Psychology Practice, 12,* 35-47.

\*Kimonis, E., Frick, P., **Cauffman, E.**, \*Goldweber, A., & Skeem, J.  (2012).  Primary and secondary variants of juvenile psychopathy differ in emotional processing.  *Development & Psychopathology, 24,* 1091-1103.

Spieker, S., Pierce, K., Campbell, S., **Cauffman, E.**, Susman, E., Vandergrift, N., Roisman, G. & the NICHD Network. (2012).  Relational aggression in middle childhood: Predictors and adolescent outcomes.  *Social Development*, *21*, 354-375.

\*Monahan, K., \*Meyer, K., \*Goldweber, A., & **Cauffman, E.**  (2012).  Anxiety and antisocial behavior: The moderating role of the peer group in adolescence and early adulthood.  *Youth and Society*, *44*, 76-94.

\*Tatar, J., \*Kaasa, S., & **Cauffman, E**.  (2012).  Perceptions of procedural justice among female offenders:  Time does not heal all wounds.  *Psychology, Public Policy, & Law*, *18*, 268-296.

\*Tatar, J., **Cauffman, E.,** \*Kimonis, E., & Skeem, J.  (2012). Victimization history and Post-Traumatic Stress: An analysis of psychopathy variants in male juvenile offenders.  *Journal of Child & Adolescent Trauma*, *5*, 102-113.

\*Shulman, E. & **Cauffman, E**.  (2011).  Coping while incarcerated:  A study of male juvenile offenders?  *Journal of Research on Adolescence, 21,* 818-826.

Maslowsky, J., Buvinger, E., Keating, D., Steinberg, L., & **Cauffman**, E. (2011). Cost-benefit analysis mediation of the relationship between sensation seeking and risk behavior. *Personality and Individual Differences*, *51*, 802-806.

*Kimonis, E., Ray, J., Branch, J., & **Cauffman, E**. (2011). Anger mediates the relation between violence exposure and violence perpetration in male juvenile offenders. *Child & Youth Care Forum*: *Special Issue on Trauma Exposure and PTSD in Justice-Involved Youth, 40,* 381-400*.

*Shulman, E., **Cauffman, E**., Fagan, J. & Piquero, A. (2011). Moral disengagement among serious juvenile offenders: A longitudinal study of the relations between moral cognition and offending. *Developmental Psychology*, *47*, 1619-1632.

*Monahan, K. C., *Goldweber, A., & **Cauffman, E**. (2011). The effects of visitation on incarcerated juvenile offenders: How contact with the outside impacts adjustment on the inside. *Law & Human Behavior, 35,* 143-151.

*Goldweber, A., **Cauffman, E**., *Dmitrieva, J., Piquero, A., & Steinberg, L. (2011). The development of criminal style in adolescence: Separating the lemmings from the loners. *Journal of Youth & Adolescence*, *40*, 332-346.

*Kimonis, E., Skeem, J., & **Cauffman, E**., Dmitrieva, J. (2011). Are secondary variants of juvenile psychopathy more reactively violent and less psychosocially mature than primary variants? *Law & Human Behavior*, *35*, 381-391.

Schubert, C., Mulvey, E., Loughran, T., Fagan, J., Chassin, L., Piquero, A., Losoya, S. Steinberg, L., & **Cauffman, E**. (2010). Predicting outcomes for youth transferred to adult court. *Law & Human Behavior*, *34*, 460-475

Loughran, T., Mulvey, E., Schubert, C., Chassin, L., Steinberg, L., Piquero, A., Fagan, J., Cota-Robles, S., **Cauffman, E**., & Losoya, S. (2010). Differential effects of adult court transfer on juvenile offender recidivism. *Law & Human Behavior*, *34*, 476-488

Schubert, C., Mulvey, E., Loughran, T., Fagan, J., Chassin, L., Piquero, A., Losoya, S. Steinberg, L., & **Cauffman, E**. (2010). Predicting outcomes for youth transferred to adult court. *Law & Human Behavior*, *34*, 460-475

Roisman, G. I., *Monahan, K. C., Campbell, S., B., Steinberg, L., **Cauffman, E.,** & the NICHD Early Child Care Research Network (2010). Is adolescence-onset antisocial behavior developmentally normative? *Development & Psychopathology, 22,* 295-311*.

Chassin, L., *Dmitrieva, J., Modecki, K., Steinberg, L., **Cauffman, E**., Piquero, A., Knight, G., & Losoya, S. (2010). Does adolescent alcohol and marijuana use predict suppressed growth in psychosocial maturity? *Psychology of Addictive Behaviors, 4,* 48-60.

**Cauffman, E**., *Shulman, E., Steinberg, L., Claus, E., Banich, M., Woolard, J., & Graham, S. (2010). Age differences in sensitivity to the rewards and costs of a risky decision as indexed by performance on the Iowa gambling task. *Developmental Psychology*, *46*, 193-207.

Mulvey, E., Steinberg, L., Piquero, A., Besana, M., Fagan, J., Schubert, C., & **Cauffman, E**. (2010). Trajectories of desistance and continuity in antisocial behavior following court adjudication among serious adolescent offenders. *Development & Psychopathology, 22,* 453-475.

Susman, L., Houts, R., Steinberg, L., Belsky, J., **Cauffman, E.**, DeHart, G., Friedman, S., Roisman, G., Halpern-Felsher, B., & the NICHD Early Child Care Research Network. (2010). Development of secondary sex characteristics in girls and boys ages 9 ½ to 15 ½. *Archives of Pediatrics & Adolescent Medicine, 164,* 166-173.

*Monahan, K., Steinberg, L. & **Cauffman, E. (**2009**).** Affiliation with antisocial peers, susceptibility to peer influence, and desistance from antisocial behavior during the transition to adulthood*.* *Developmental Psychology, 45,* 1520-1530*.*

Steinberg, L., Graham, S., O'Brien, L., Woolard, J., **Cauffman, E.** & Banich, M. (2009). Age differences in future orientation and delay discounting. *Child Development, 80,* 28-44.

Roisman, G., Booth-LaForce, C., **Cauffman, E.**, & Spieker, S. & the NICHD Network. (2009). The developmental significance of adolescent romantic relationships: Parent and peer predictors of quality and engagement at age 15. *Journal of Youth and Adolescence*, *38*, 1294-1303.

Steinberg, L., **Cauffman, E.,** Woolard, J., Graham, S. & Banich, M. (2009). Are adolescents less mature than adults? Minors' access to abortion, the juvenile death penalty, and the alleged APA "flip-flop". *American Psychologist*, *64*, 583-594.

**Cauffman, E**., *Kimonis, E., *Dmitrieva, J., *Monahan, K. (2009). A multi-method assessment of juvenile psychopathy: Comparing the predictive utility of the PCL:YV, YPI, and NEO-PRI. *Psychological Assessment, 21*, 528-542.

Steinberg, L., **Cauffman, E.**, Woolard, J., Graham, S. & Banich, M. (2009). Reconciling the complexity of human development with the reality of legal policy: Reply to Fischer, Stein, & Heikkinen 2009. *American Psychologist, 64*, 601-604.

*Monahan, K., Steinberg, L., **Cauffman, E.**, & Mulvey, E. (2009). Trajectories of antisocial behavior and psychosocial maturity from adolescence to young adulthood. *Developmental Psychology, 45,* 1654-1668.

**Cauffman, E**. (2008). Understanding the female offender. *Future of Children, 18*, 119-142.

Steinberg, L., Albert, D., **Cauffman, E.**, Banich, M., Graham, S., & Woolard, J. (2008). Age differences in sensation seeking and impulsivity as indexed by behavior and self-report: Evidence for a dual systems model. *Developmental Psychology, 44*, 1764-1778.

**Cauffman, E.**, *Farruggia, S. & *Goldweber, A. (2008). Bad boys or poor parents: Influences on female juvenile delinquency. *Journal of Research on Adolescence*, *18*, 699-712.

*Jones, S. & **Cauffman, E**. (2008). Juvenile psychopathy and judicial decision-making: An empirical analysis of an ethical dilemma. *Behavioral Sciences & the Law*, *26*, 151-165.

**Cauffman, E**., Piquero, A., *Kimonis, E., Steinberg, L., Chassin, L., & Fagan, J. (2007). Legal, individual, and contextual predictors of court disposition in a sample of serious adolescent offenders. *Law & Human Behavior*, *31*, 519-535.

*Jones, S., **Cauffman, E.,** & Piquero, A. (2007). The influence of parental support among incarcerated adolescent offenders. *Criminal Justice and Behavior*, *34*, 229-245.

**Cauffman, E**., Lexcen, F., *Goldweber, A., *Shulman, E. & Grisso, T. (2007). Gender differences in mental health symptoms among delinquent and community youths. *Youth Violence and Juvenile Justice*, *5*, 287-307.

Belsky, J., Steinberg, L., Houts, R., Friedman, S., de Hart, G., **Cauffman, E**., Roisman, G., Halpern-Flesher, B. & Susman, L. (2007). Family and child care experiences and pubertal timing: Testing two evolutionary hypotheses. *Child Development*, *78*, 1302-1321.

Steinberg, L, Blatt-Eisengart, I. & **Cauffman, E**. (2006). Patterns of competence and adjustment among adolescents from authoritative, authoritarian, indulgent, and neglectful homes: A replication in a sample of serious juvenile offenders. *Journal of Research on Adolescence*, *16*, 47-58.

**Cauffman, E**. & MacIntosh, R. (2006). The measurement validity of the Massachusetts Youth Screening Instrument (MAYSI~2): An assessment of race and gender item bias among juvenile offenders. *Educational & Psychological Measurement*, *66*, 502-521.

*Jones, S., **Cauffman, E**., Miller, J. & Mulvey, E. (2006). Investigating different factor structures of the Psychopathy Checklist – Youth Version: Confirmatory factor analytic findings. *Psychological Assessment, 18*, 33-48.

**Cauffman, E**., Steinberg, L., & Piquero, A. (2005). Psychological, neuropsychological, and psychophysiological correlates of serious antisocial behavior in adolescence. *Criminology*, *43*, 133-176.

**Cauffman, E.,** Scholle, S., Mulvey, E., & Kelleher, K. (2005). Predicting first time involvement in the juvenile justice system among emotionally disturbed youths receiving mental health services. *Psychological Services*, *2*, 28-38.

**Cauffman, E.,** Piquero, A., Broidy, L., Espelage, D. & Mazerolle, P. (2004). Heterogeneity in the association between social-emotional adjustment profiles and deviant behavior among male and female serious juvenile offenders. *International Journal of Offender Therapy and Comparative Criminology*, *48*, 235-252.

Schubert, C., Mulvey, E., Steinberg, L., **Cauffman, E**., Losoya, S., Hecker, T., Chassin, L. & Knight, G. (2004). Operational lessons from the pathways to desistance project. *Journal of Youth Violence and Juvenile Justice, 2*, 237-255.

Mulvey, E., Steinberg, L., Fagan, J., **Cauffman, E**., Piquero, A., Chassin, L., Knight, G., Brame, R., Schubert, C., Hecker, T., & Losoya, S. (2004). Theory and research on desistance from antisocial activity among adolescent serious offenders. *Journal of Youth Violence and Juvenile Justice, 2*, 213-236.

Jensen Arnett, L., Arnett Jensen, J., Feldman, S.S., & **Cauffman, E.** (2004). The right to do wrong: Lying to parents among adolescents and emerging adults. *Journal of Adolescent Research, 33,* 101-112.

**Cauffman, E.** (2004). A statewide assessment of mental health symptoms among juvenile offenders in detention. *Journal of the American Academy of Child & Adolescent Psychiatry, 43,* 430-439.

Wasserman, G., McReynolds, L., Ko, S., Katz, L., **Cauffman, E.,** Haxton, W., & Lucas, C. (2004). Screening for emergent risk and psychiatric disorder among incarcerated youth: Comparing MAYSI-2 and Voice DISC-IV. *Journal of the American Academy of Child & Adolescent Psychiatry, 43,* 629-639.

Grisso, T., Steinberg, L., Woolard, J., **Cauffman, E.,** Scott, E., Graham, S., Lexcen, F., Reppucci, N., & Schwartz, R. (2003). Juveniles' competence to stand trial: A comparison of adolescents' and adults' capacities as trial defendants. *Law & Human Behavior*, *27*, 333-363.

Espelage, D., **Cauffman, E.,** Broidy, L., Mazerolle, P., Piquero, A., & Steiner, H. (2003). A cluster-analytic investigation of MMPI profiles of serious male and female juvenile offenders. *Journal of the American Academy of Child & Adolescent Psychiatry*, *42*, 770-777.

Wasserman, G., Jensen, P., Ko, S., Cocozza, J., Trupin, E., Angold, A., **Cauffman, E.,** Grisso, T., Arroyo, W., Bigley, M., Burrell, J., Faison, L., Fisher, P., Fricchione, G., Greenhill, L., Haxton, W., Hoagwood, K., Kelly, R., Koyanagi, C., Loughran, E., McReynolds, L., Mufson, L., Quintana, D., Shapiro, L., Snyder, H., Stokes, T., Underwood, L., Wahl, R., & Waslick, B. (2003). Mental health assessments in juvenile justice: Report on the consensus conference. *Journal of the American Academy of Child & Adolescent Psychiatry, 42,* 752-761.

Skeem, J. & **Cauffman. E.** (2003). Views of the downward extension: Comparing the youth version of the Psychopathy Checklist with the Youth Psychopathic traits Inventory. *Behavioral Sciences & the Law*, *21*, 737-770.

Broidy, L., **Cauffman, E.,** Espelage, D., Mazerolle, P., & Piquero, A. (2003). Sex differences in empathy and its relation to juvenile offending. *Violence & Victims*, *18*, 503-516.

Jensen Arnett, L., Arnett Jensen, J., Feldman, S.S., & **Cauffman, E.** (2002). It's wrong, but everybody does it: Academic dishonesty among high school and college students. *Contemporary Educational Psychology*, *27*, 209-228.

Edens, J., Skeem, J., Cruise, K., & **Cauffman, E.** (2001). The assessment of juvenile psychopathy and its association with violence: A critical review. *Behavioral Sciences & the Law*, 19, 53-80.

Halpern-Felsher, B. & **Cauffman, E.** (2001). Costs and benefits of a decision: Decision-making competence in adolescents and adults. *Journal of Applied Developmental Psychology*, *22*, 257-273.

Grisso, T., Barnum, R., Fletcher, K., **Cauffman, E.,** & Peuschold, D. (2001). Massachusetts Youth Screening Instrument for mental health needs of juvenile justice youths. *Journal of the American Academy of Child & Adolescent Psychiatry, 40,* 541-548.

Bushway, S., Piquero, A., Broidy, L., **Cauffman, E.** & Mazerolle, P. (2001). An empirical framework for studying desistance as a process. *Criminology, 39,* 491-513.

Mulvey, E. & **Cauffman, E.** (2001). The inherent limits of predicting school violence. *American Psychologist*, *56*, 797-802. (Reprinted in: Roesch, R., & McLachlan, K. (Eds.) (2007). *Clinical forensic psychology and law.* Hampshire, UK: Ashgate.)

Feldman, S., **Cauffman, E.,** Jensen, L., & Arnett, J. (2000). The (un)acceptability of betrayal: A study of late adolescents' evaluations of sexual betrayal by a romantic partner and betrayal of a friend's confidence. *Journal of Youth & Adolescence, 29,* 499-523.

**Cauffman, E.,** Feldman, S., Jensen, L. & Arnett, J. (2000). The (un)acceptability of violence against peers and dates. *Journal of Adolescent Research*, *15*, 652-673.

**Cauffman, E.** & Steinberg, L. (2000). (Im)maturity of judgment in adolescence: Why adolescents may be less culpable than adults. *Behavioral Sciences & the Law*, *18*, 741-760.

Steiner, H., **Cauffman, E.,** & Duxbury, E. (1999). Personality traits in juvenile delinquents: The relation to criminal behavior and recidivism. *Journal of the American Academy of Child & Adolescent Psychiatry*, *38*, 256-262.

Feldman, S. & **Cauffman, E.** (1999). Your cheatin' heart: Attitudes, behaviors, and correlates of sexual betrayal in late adolescents. *Journal of Research on Adolescence, 9,* 227-252.

Feldman, S. S., & **Cauffman, E.** (1999). Sexual betrayal among late adolescents: Perspectives of the perpetrator and the aggrieved. *Journal of Youth and Adolescence, 28,* 235-258.

**Cauffman, E.,** Feldman, S., *Waterman, J. & Steiner, H. (1998). Posttraumatic stress disorder among incarcerated females. *Journal of the American Academy of Child & Adolescent Psychiatry*, *37*, 1209-1216.

Steiner, H. & **Cauffman, E.** (1998). Juvenile justice, delinquency, and psychiatry. *Child & Adolescent Psychiatric Clinics of North America, 7,* 653-672.

Steinberg, L. & **Cauffman, E.** (1996). Maturity of judgment in adolescence: Psychosocial factors in adolescent decision making. *Law & Human Behavior, 20,* 249-272.

**Cauffman, E.** & Steinberg, L. (1996). Interactive effects of puberty and dating on dieting and disordered eating among adolescent girls. *Developmental Psychology, 32,* 631-635. (Reprinted in: R. Muuss (Ed.), (1998). Adolescent behavior and society: A book of readings (5th edition). New York: McGraw-Hill.)

Steinberg, L. & **Cauffman, E.** (1995). The impact of employment on adolescent development. *Annals of Child Development, 11,* 131-166.

*LAW REVIEW ARTICLES – PEER-REVIEWED*

**LR1 Cauffman, E.,** *Fine, A., *Mahler, A., & *Simmons, C. (2018). How developmental science influences juvenile justice reform. *University of California, Irvine Law Review*, 8, 101-120.

Steinberg, L. & **Cauffman, E.** (1999). The elephant in the courtroom: Developmental perspectives on the adjudication of youthful offenders. *Virginia Journal of Social Policy & Law, 6,* 389-417.

**Cauffman, E**., Woolard, J., & Reppucci, N. D. (1999). Justice for juveniles: New perspectives on adolescents' competence and culpability. *Quinnipiac Law Review, 18,* 403-419.

**Cauffman, E.** & Steinberg, L. (1995). The cognitive and affective influences on adolescent decision-making. *Temple Law Review, 68,* 1763-1789.

*POLICY REPORTS – PEER-REVIEWED*

*Cavanagh, C. & **Cauffman, E.** (in press). *Contribution to cognitive development. Developing adolescents: A reference for professionals*. Washington, DC: American Psychological Association.

Steinberg, L., **Cauffman, E.,** & *Monahan, K. (March, 2015). Psychosocial maturity and desistance from crime in a sample of serious juvenile offenders. *Juvenile Justice Bulletin - Office of Juvenile Justice and Delinquency Prevention*.

Steinberg, L., Grisso, T., Woolard, J., **Cauffman, E.,** Scott, E., Graham, S., Lexcen, F., Reppucci, N., & Schwartz, R. (2003). Juveniles' competence to stand trial as adults. *Society for Research in Child Development Policy Report*, *17* (4).

Steinberg, L. & **Cauffman, E.** (2001). Adolescents as adults in court: A developmental perspective on the transfer of juveniles to the criminal court. *Society for Research in Child Development Policy Report*, *15*, 3-13.

Steinberg, L., & **Cauffman, E.** (1999). Juvenile offenders: Judging their competence to stand trial. *Criminal Justice Journal*, *Winter*, 24-29.

Steinberg, L. & **Cauffman, E.** (1999). A developmental perspective on serious juvenile crime: When should juveniles be treated as adults? *Federal Probation*, *63*, 52-57.

*ENCYCLOPEDIA ENTRIES*

*Gillespie, M., *Goldweber, A. & **Cauffman, E.** (2022). Co-offending. In: Levesque, R.J. (eds) *Encyclopedia of Adolescence*. Springer, Cham. https://doi.org/10.1007/978-3-319-32132-5_401-2

*Goldweber, A., & **Cauffman, E.** (2012). The nature of co-offending during adolescence. *Encyclopedia of Adolescence*. Springer, Inc.

**Cauffman, E.** (2008). Juvenile offenders: Risk factors. In B. Cutler (Ed.). *Encyclopedia of Psychology and Law*. Sage Publications, Inc

Steinberg, L., & **Cauffman, E**. (2006). Juvenile justice. In L. Sherrod, C. Flanagan, R. Kassimir, & A. Syvertsen (Eds.). *Youth activism: An international encyclopedia* (Vol 1.) pp. 369-374. Westport, CT: Greenwood

*CONFERENCE PROCEEDINGS PAPERS – PEER- REVIEWED*

**Cauffman, E**. (2004).  The adolescent brain: Excuse versus explanation.  *Annals of the New York Academy of Sciences, 1021,* 160-161.

*BOOKS*

\*Bechtold, J. & **Cauffman, E.** (2010).  *Adolescence:  An instructor's manual to accompany Steinberg's Adolescence*, 9th ed.  McGraw-Hill, Inc.: New York.

\*Davis, E. & **Cauffman, E.** (2008).  *Adolescence:  An instructor's manual to accompany Steinberg's Adolescence*, 8th ed.  McGraw-Hill, Inc.: New York.

**Cauffman, E.** (1998).  *Adolescence:  An instructor's manual to accompany Steinberg's Adolescence*, 5th ed.  McGraw-Hill, Inc.: New York.

*BOOK CHAPTERS*

\*Sbeglia, C., \*Beardslee, J., & **Cauffman, E.** (2023). Adolescent Development and Justice; Bridging Science with Practice: How should the legal system respond to juveniles charged with homicide? A developmental perspective. In *The Routledge International Handbook of Juvenile Homicide* (pp. 519-531): Routledge.

\*Gillespie, M.L., \*Riano, N., & **Cauffman, E.** (2023). Transitioning to Adulthood in the Legal System: The Creation of Young Adult Courts. In *The Oxford Handbook of Developmental Psychology and the Law* (pp. 423-448). Oxford University Press.

\*Brown, C., \*Fine, A., & **Cauffman, E.** (2023). Youth and the justice system. *In L. J. Crockett, G. Carlo, & J. E. Schulenberg (Eds.), APA handbook of adolescent and young adult development.*, 665–676. American Psychological Association.

\*Cavanagh, C. & **Cauffman, E.** (2019).  Parenting and the law.  In. M. Bortstein (Ed.), *Handbook of Parenting* (3rd Edition, pages 465-490).  Hoboken, NJ: Wiley.

**Cauffman, E.,** \*Cavanagh, C., \*Donley, S., & \*Thomas, A.  (2016).  A developmental perspective on adolescent risk-taking and criminal behavior.  In A. Piquero (Ed.), *Handbook of Criminological Theory* (pp. 100-120). Hoboken, NJ: Wiley.   (Authors are listed alphabetically as all authors contributed equally.)

**Cauffman, E.,** \*Shulman, E. P, \*Bechtold, J., & Steinberg, L. (2015). Children and the law. In M. Bornstein, T. Leventhal, & R. Lerner (Eds.), *Handbook of child psychology and developmental science* (7th ed., Vol. 4). Hoboken, NJ: Wiley.

\*Goldweber, A., Broidy, L. & **Cauffman, E.**  (2009).  Interdisciplinary perspectives on persistent female offending: A review of theory and research.  In J. Savage (Ed.), *Persistent Criminals* (pp. 205-231).  Oxford Press.

**Cauffman, E.** & Woolard, J.  (2005).  Crime, competence, and culpability: Adolescent judgment in the justice system.  In J. Jacobs and P. Klaczynski (Eds.), *The development of judgment and decision making in children and adolescents* (pp. 279-301).  Chicago, Lawrence Erlbaum, Inc.

**Cauffman, E.** & Grisso, T. (2005). Mental health issues among minority offenders in the juvenile justice system. In D. Hawkins and K. Leonard (Eds.), Our *children, their children: Confronting race and ethnic differences in American criminal justice*. Chicago: University of Chicago Press.

**Cauffman, E.** & Steinberg, L. (2000). Researching adolescents' judgment and culpability (pp. 325-343). In T. Grisso and R. Schwartz (Eds.), Youth *on trial*. Chicago: University of Chicago Press.

Steinberg, L. & **Cauffman, E.** (2000). Developmental perspectives on jurisdictional boundary. In J. Fagan and F. Zimring (Eds.), The *changing borders of juvenile justice: Transfer of adolescents to the criminal court*. Chicago: University of Chicago Press.


*INVITED ADDRESSES*

Cauffman, E. (October, 2024). *Insights on adolescent development for compassionate care.* Presentation to the Orange County Prevention Network, Santa Ana, CA.

Cauffman, E. (September, 2024). *Adolescent brain development in juvenile justice involved youth*. Keynote Address to Project Kinship. Anaheim, CA.

Cauffman, E. (September, 2024). *Adolescent brain development in juvenile justice involved youth*. Keynote Address to Court Appointed Special Advocates (CASA). Santa Ana, CA.

Cauffman, E. (August, 2024). *The Young Adult Court*. Presentation to the Orange County Bar Association. Santa Ana, CA.

Cauffman, E. (June, 2024). *Adolescent development and substance use.* Presentation to the Orange County Juvenile Recovery Court. Orange County, CA.

Cauffman, E. (June, 2024). *Adolescent development and juvenile justice*. Presentation to the National Council of Juvenile Court Judges. Salem, OR.

Cauffman, E. (April, 2024). *Reimagining justice: Using developmental science to inform legal policy and practice*. Presidential address to the Society for Research on Adolescence. Chicago, IL.

Cauffman, E. (February, 2024). *Guidance on sentencing juveniles*. United States Sentencing Commission. Washington, DC.

Cauffman, E. (January, 2024). *Understanding your adolescent*. Presentation to the Parent-Teacher Association, University High School. Irvine, CA.

Cauffman, E. (November, 2023). *Adolescent development and juvenile justice*. Presentation to the National Council of Juvenile Court Judges. Albuquerque, NM.

Cauffman, E. (November, 2023). *Adolescent development and juvenile justice*. Training Presentation to the Center for Judicial Education and Research, Judicial Council of California.

Cauffman, E. (November, 2023). *Adolescent development and juvenile justice*. Presentation to CCJA.

Cauffman, E.  (October, 2023).  *Adolescent development and juvenile justice.*  Presentation to Georgetown.

Cauffman, E.  (August, 2023).  *Adolescent development and juvenile justice.*  Presentation to the Society for Research on Adolescence Summer School.  Finland.

Cauffman, E.  (August, 2023).  *Adolescent development and juvenile justice.*  Presentation to the National Council of State Legislators.  Indianapolis, IN.

Cauffman, E.  (July, 2023).  *Are adolescents wired for addiction?  Adolescent development and substance use*.  Safe Schools Conference.  Orange County, CA.

Cauffman, E.  (June, 2023).  *Juvenile brain development and marijuana*.  Orange County Judges.  Orange County, CA.

Cauffman, E.  (June, 2023).  *Immigration law and the child migrant:  Adolescent development and judicial decision-making*.  Orange County Lawyers Association.  Orange County, CA.

Cauffman, E.  (June, 2023).  *Adolescent development and juvenile justice.*  Training Presentation to the Center for Judicial Education and Research, Judicial Council of California.

Cauffman, E.  (May, 2023).  *Standing at a crossroads*.  Presentation at the National Institute of Justice.  Washington, DC.

Cauffman, E.  (April, 2023).  *Adolescent development and juvenile justice.*  Presentation to Justice Professionals, Sioux Falls, South Dakota.

Cauffman, E.  (April, 2023).  *Road to re-entry*.  Presentation to the National Institute of Justice National Webinar.

Cauffman, E.  (March, 2023).  *Adolescent development and juvenile justice.*  Training Presentation to the Center for Judicial Education and Research, Judicial Council of California.

Cauffman, E. (January, 2023).  *Adolescent development and juvenile justice.*  Presentation to the California Public Defenders Association Youth Defense Conference.

Cauffman, E.  (June, 2022).  *Adolescent development and juvenile justice.*  Presentation to the California Association of Youth Courts.

Cauffman, E. (June, 2022).  *The Promise of Adolescence: Summary of the National Academies Report*.  Presentation to the Spencer Foundation and the Stuart Foundation.

Cauffman, E. (November, 2020).  *Pathways to persistence: Female offending from ages 14 to 25*.  Presentation to the International Symposium on Girls in Conflict with the Law.  Hosted by Dui Hua and the San Francisco Public Defender's Office.

Cauffman, E. (November, 2020).  *Adolescent development and juvenile justice.*  Training Presentation to the Center for Judicial Education and Research, Judicial Council of California.

Cauffman, E.  (October, 2020).  *Adolescent development and juvenile justice.*  Webinar presentation to the Pennsylvania Juvenile Justice Task Force.  Hosted by Pew Charitable Trusts.

Cauffman, E. (September, 2020).  *Ask the expert: What adolescents need from education right now.*  Society for Research on Adolescence Webinar.

Cauffman, E. (May, 2020).  *The promise of adolescence.*  National Academy of Sciences webinar presentation.

Cauffman, E.  (March, 2020).  *Adolescent development and juvenile justice.*  Presentation at the University of Pennsylvania, Philadelphia, PA.

Cauffman, E. (January, 2020).  *The promise of adolescence.*  National Academy of Sciences webinar presentation.

Cauffman, E. (December, 2019).  *Adolescent development and juvenile justice.*  Training Presentation to the Center for Judicial Education and Research, Judicial Council of California, Sacramento, CA

Cauffman, E. (November, 2019).  *Arrested development: Adolescent development and juvenile justice.*  Keynote and Inaugural Isaac Ray Address to Grand Rounds at Northwestern University, Chicago, IL

Cauffman, E. (November, 2019).  *Arrested development: Adolescent development and juvenile justice.*  Invited Address to Youth Villages Conference, Memphis, TN

Cauffman, E.  (October, 2019).  *Emerging practices: Young Adult Court - Transitional age youth (ages 18-25) in the justice system.*  Invited address to UCI Interdisciplinary Research Showcase & Workshop, Irvine, CA

Cauffman, E.  (October, 2019).  *Developmental psychology goes to court: The creation of a Young Adult Court.*  Invited address to the California Association of Collaborative Courts Annual Conference, Sacramento, CA

Cauffman, E.  (October, 2019).  *Arrested development: Adolescent development and juvenile justice.*  Invited Address to the MST Network Partner Conference, Atlanta, GA

Cauffman, E. (September, 2019).  *Arrested development: Adolescent development and juvenile justice.*  Invited Address to the National Council of State Legislators, Tahoe, CA

Cauffman, E. (August, 2019).  *The promise of adolescence.*  Invited Address to the UC Consortium on Adolescence, Los Angeles, CA

Cauffman, E. (June, 2019).  *Arrested development: Adolescent development and juvenile justice.*  Invited Address to the Kentucky Legal Council, Owensboro, KY

Cauffman, E. (June, 2019).  *The promise of adolescence.*  Invited Address to the Great City Schools Organization, San Diego, CA

Cauffman, E. (May, 2019).  *Young Adult Court.*  Invited Address to UC Center Sacramento, Sacramento, CA

Cauffman, E. (May, 2019).  *Developing a Young Adult Court in Orange County.*  Invited Address to Families and Communities Together, Garden Grove, CA.

Cauffman, E. (May, 2019).  *Arrested development: Adolescent development and juvenile justice.*  Invited

Address to the Promising Youth Conference, Snowbird, UT

Cauffman, E. (May, 2019). *Arrested development: Adolescent development and juvenile justice.* Invited Address to the Santa Fe Boys Educational Foundation, Santa Fe, NM

Cauffman, E. (February, 2019). *Adolescent development and juvenile justice.* Training Presentation to the Center for Judicial Education and Research, Judicial Council of California, San Francisco, CA

Cauffman, E. (June, 2018). *Young adults and the justice system.* Keynote address to the Intergovernmental Policy Agency, San Francisco, CA.

Cauffman, E. (May, 2018). *Adolescent development and juvenile justice.* Keynote address to the Undergraduate Research Opportunities Program at the University of California, Irvine. Irvine, CA.

Cauffman, E. (November, 2017). *Adolescent development and juvenile justice.* Invited address to Youth Villages, Memphis, TN.

Cauffman, E. (October, 2017). *Adolescent development and juvenile justice.* Training Presentation to the Center for Judicial Education and Research, Judicial Council of California, San Francisco, CA

Cauffman, E. (June, 2017). *Adolescent development and juvenile justice.* Invited Address to the National Council of State Legislators, Newport Beach, CA

Cauffman, E. (May, 2017). *What was she thinking?: The adolescent brain, incentives, and implications for program development.* Keynote to the World Bank. Washington, DC.

Cauffman, E. (April, 2017). *Current trends in justice system policy and practice.* Invited Address to the MacArthur Foundation at the Boundary of Adolescence and Adulthood Conference, Washington, DC.

Cauffman, E. (April, 2017). *Science to guide policy and practice.* Invited Address to the Center for Juvenile Justice Reform LEAD Conference, Georgetown University, Georgetown, DC.

Cauffman, E. (February, 2017). *Adolescent development and juvenile justice.* Training Presentation to the Center for Judicial Education and Research, Judicial Council of California, Sacramento, CA

Cauffman, E. (September, 2016). *Hard lives, bright futures: Why brain science matters when working with vulnerable older youth.* Keynote Address to the John T. Gorman Foundation. Portland, ME.

Cauffman, E. (August, 2016). *What science suggests about how changing arrest and jailing of young adults could benefit cities.* Invited Address to the National League of Cities: Leadership Academy to Reduce the Overuse of Jails for Young Adults. Denver, CO.

Cauffman, E. (June, 2016). *Adolescent development & juvenile justice.* Invited Address to the Center on Youth Violence and Juvenile Justice, Rutgers University, Newark, NJ.

Cauffman, E. (May, 2016). *Arrested development: Adolescent development and juvenile justice.* Invited address at the Colorado Collaborative Justice Conference, Westminster, CO.

Cauffman, E. (May, 2016). *California corrections: Reform, recidivism, and crime.* Robert Presley Center for Crime and Justice Studies, University of California, Riverside, CA.

Cauffman, E. (April, 2016).  *Inside the adolescent brain: Connecting providers with researchers*.  Keynote address to the Sacramento County Probation Department, Sacramento, CA.

Cauffman, E.  (April, 2016).  *Adolescent brain science & juvenile justice*.  Keynote address to the Reclaiming Futures Conference, Miami, FL.

Cauffman, E. (March, 2016).  *Developmental psychology goes to court*.  Presentation to the Judicial Council of California, San Francisco, CA.

Cauffman, E.  (February, 2016).  *Arrested development:  Adolescent development & juvenile justice*.  Presentation to Anne E. Casey Foundation, Baltimore, MD.

Cauffman, E.  (February, 2016).  *Raising the age for juvenile justice*.  Presentation to Connecticut State Legislatures Meeting, Hartford, CT.

Cauffman, E.  (February, 2016).  *A developmental perspective:  "What works" to reduce recidivism and improve outcomes for youth*.  MacArthur Foundation 50-State Forum, Austin, TX.

Cauffman, E.  (January, 2016).  *Juvenile court basics training for educators*.  Orange County Department of Education, Santa Ana, CA.

Cauffman, E.  (January, 2016).  *Applying adolescent development to juvenile justice settings*.  Training for CASA, Santa Ana, CA.

Cauffman, E. (December, 2015).  *The rise of trauma-informed approaches*.  10th Annual Models for Change National Conference, Washington, DC.

Cauffman, E.  (December, 2015).  *A tale of two systems:  Education and juvenile justice*.  Annual Meeting on Conditions of Children in Orange County.  Irvine, CA.

Cauffman, E.  (December, 2015).  *Arrested development: Adolescent development and juvenile justice*.  Beyond the Bench – State of California, Anaheim, CA.

Cauffman, E.  (November, 2015).  *Who are our youth?:  Acting out*.  Orange County Juvenile Justice Summit. Orange County Sheriff's Regional Training Center, Tustin, CA.

Cauffman, E.  (November, 2015).  *"What works" to reduce recidivism and improve outcomes for youth.*  Juvenile Justice 50-state Forum, Austin, TX.

Cauffman, E. (October, 2015).  *Arrested development:  Adolescent development & juvenile justice*.  UC Consortium on Social Sciences and the Law.  University of California, Irvine, CA.

Cauffman, E. (October, 2015).  *Adolescent development and the law*.  TEDxUCI – UCI's Festival of Discovery.  University of California, Irvine, CA

Cauffman, E. (September, 2015).  *Brain science and kids: New policy approaches*.  National Council of State Legislators Meeting, San Francisco, CA.

Cauffman, E.  (September, 2015).  *Youth and the system*.  Orange County Alliance, Santa Ana, CA.

Cauffman, E.  (September, 2015).  *Adolescent brain development and the juvenile justice system*.  Sierra Health Foundation, Sacramento, CA.

Cauffman, E. (April, 2015).  *Adolescent development and system-involved youth*.  Orange County Blue Ribbon Commission on Children in Foster Care, Orange County, CA.

Cauffman, E. (May, 2014).  *Not guilty by reason of adolescence*.  Presentation at the UCI CEO Roundtable.  Napa, CA.

Cauffman. E. (April, 2014).  *Arrested development*.  Presentation at the Los Angeles Public Defenders Conference.  Los Angeles, CA.

Cauffman, E. (August, 2013).  *Brain Science & Kids*.  Presentation at the National Conference of State Legislatures.  Atlanta, GA.

Cauffman, E.  (March, 2013).  *Adolescents as adults in court.*  Presentation to the Washington State Criminal Justice and Corrections Committee and the Juvenile Justice and Family Law Committee.  Seattle, WA.

Cauffman, E.  (December, 2012).  *A new paradigm: The United States Supreme Court, adolescent development, and neuroscience*.  Invited panelist for the John D. & Catherine T. MacArthur Foundation Models for Change Initiative.  Washington, D.C.

Cauffman, E.  (November, 2012).  *Arrested development:  Adolescent development and juvenile justice*.  Presentation to the Department of Criminology at the University of Pennsylvania.  Philadelphia, PA.

Cauffman, E.  (October, 2012).  *Family law & adolescents:  How neuroscience and developmental psychology inform best interests*.  Keynote address to the Massachusetts Association of Guardians ad Litem.  Boston, MA.

Cauffman, E.  (April, 2012).  *Arrested development: Adolescent development and juvenile justice*.  Presentation for the Knudson Endowed Chair.  Oregon State University, OR.

Cauffman, E.  (January, 2012).  *The impact of transfer to criminal court for juvenile offenders*.  Invited briefing to Washington State's Senate Committee on Early Learning & Human Services.  Olympia, WA.

Cauffman, E.  (October, 2011).  *Pathways to Desistance: A Study of Serious Juvenile Offenders*.  Presentation at the Association for Criminal Justice Research.  Huntington Beach, CA

Cauffman, E.  (May, 2011).  *Adolescent brain development and juvenile justice*.  Presentation at the Sandra Day O'Connor U.S. Courthouse.  Phoenix, AZ.

Cauffman, E.  (February, 2011).  *Arrested Development*.  Presentation at Claremont McKenna College Athenaeum.  Claremont, CA.

Cauffman, E.  (October, 2010).  *Adolescent development & juvenile justice*.  Presentation at RAND.  Los Angeles, CA.

Cauffman, E. (September, 2010). *Pathways to female delinquency*. Presentation at the John D. & Catherine T. MacArthur Foundation research meeting on Girls and Juvenile Justice. Chicago, IL.

Cauffman, E. (August, 2010). *The effects of visitation on incarcerated juvenile offenders*. Presentation at the American Psychological Association. San Diego, CA.

Cauffman, E. (August, 2010). *Adolescent development as a mitigating factor*. Presentation to the Orange County Public Defender's Office. Orange County, CA.

Cauffman, E. (July, 2010). *Adolescent development as a mitigating factor*. Presentation for the Office of Public Advocacy. Anchorage, Alaska.

Cauffman, E. (June, 2010). *Arrested development*. Presentation at the NICHD Cognition, Brain Function, and Learning in Incarcerated Youth. Washington, DC.

Cauffman, E. (April, 2010). *Adolescent development and juvenile justice*. Presentation at Beijing Normal University. Beijing, China.

Cauffman, E. (February, 2009). *Adolescents as adults in court*. Presentation to the Washington State Criminal Justice and Corrections Committee and the Juvenile Justice and Family Law Committee. Seattle, WA.

Cauffman, E. (January, 2009). *Adolescents as adults in court*. American Academy of Forensic Psychology Workshop. Albuquerque, NM.

Cauffman, E. (August, 2007). *Adolescent development*. Presentation to Santa Ana Unified School District - Lathrop Intermediate. Santa Ana, CA.

Cauffman, E. (June, 2007). *Assessing mental health using the MAYSI~2*. Presentation to the San Bernardino Probation Department. Monterey County, CA.

Cauffman, E. (June, 2007). *Mental health and juvenile justice*. Invited briefing to the United States Senate Judiciary Committee. Washington, DC.

Cauffman, E. (June, 2007). *Understanding the serious female offender*. Presentation to the Coalition for Juvenile Justice Annual Conference. Washington, DC.

Cauffman, E. (April, 2007). *Life without the possibility of parole: Developmental considerations*. Invited briefing to the California Senate's Public Safety Committee on the Juvenile Life Without Parole Reform Act (Senate Bill 999). Sacramento, CA.

Cauffman, E. (April, 2007). *Are adolescents different from adults? Biological, social, and cognitive considerations*. Presentation to the Los Angeles Public Defenders Office – Juvenile Justice Conference. Los Angeles, CA.

Cauffman, E. (March, 2007). *Developmental psychology goes to court*. Psychology Department at the University of California, Santa Barbara. Santa Barbara, CA.

Cauffman, E. (February, 2007). *Adolescents as adults in court*. American Academy of Forensic Psychology Workshop. Albuquerque, NM.

Cauffman, E. (February, 2007). *Assessing mental health using the MAYSI~2.* Presentation to the San Bernardino Probation Department. San Bernardino, CA.

Cauffman, E. (December, 2006). *Adolescents as adults in court.* Presentation to the Washington State Criminal Justice and Corrections Committee and the Juvenile Justice and Family Law Committee. Seattle, WA.

Cauffman, E. & Skeem, J. (September, 2006). *Juvenile psychopathy: Is there such a thing as an adolescent superpredator?* Presentation at the John D. and Catherine T. MacArthur Foundation Research Network Conference on Adolescent Development and Juvenile Justice. Washington, DC.

Cauffman, E. (September, 2006). *Pathways to desistance: Who is the female offender*? Presentation at the John D. and Catherine T. MacArthur Foundation Research Network Conference on Adolescent Development and Juvenile Justice. Washington, DC.

Cauffman, E. (June, 2006). *Adolescents as adults in court.* American Academy of Forensic Psychology Workshop. San Juan, Puerto Rico.

Cauffman, E. & Shulman, L. (May, 2006). *The MAYSI~2: California statewide screening*. Presentation to the County Alcohol and Drug Program Administrators Association of California, Sacramento, CA.

Cauffman, E. & Skeem, J. (March, 2006). *The downward extension of juvenile psychopathy*. Psychology Department at the University of California, Riverside. Riverside, CA.

Cauffman, E. (January, 2006). *Juvenile adjudicative competence: A minor misunderstanding*. Grand Rounds for the Division of Child & Adolescent Psychiatry in the Department of Psychiatry at the University of California, Los Angeles. Los Angeles, CA.

Cauffman, E. & Skeem, J. (May, 2005). *Assessing juvenile psychopathy: Developmental and legal implications*. Center on Adolescence at Stanford University. Stanford, CA.

Cauffman, E. & Skeem, J. (January, 2005). *The adolescent psychopath: Fact or fiction?* Psychology Department at the University of California, Los Angeles. Los Angeles, CA.

Cauffman, E. (November, 2004). *Juvenile Justice and Adult Corrections*. Chapin Hall Conference on Adolescence and the Transition to Adulthood. University of Chicago, Chicago, IL.

Cauffman, E. (July, 2004). *Sentencing juveniles as adults: Developmental implications and psychological evaluations*. Superior Court Judges of Georgia. St. Simons Island, GA.

Cauffman, E. (July, 2004). *Pathways to Desistance: Preliminary findings from a longitudinal study on serious adolescent offenders*. Juvenile Court Judges Commission. Harrisburg, PA.

Cauffman, E. (September, 2003). *The adolescent brain: Excuse versus explanation*. Annals of the New York Academy of Sciences. New York, NY.

Cauffman, E. (March, 2003). *Juveniles' competence to stand trial: a comparison of adolescents and adults capacities as trial defendants*. Social and Decision Sciences Department at Carnegie Mellon University, Pittsburgh, PA.

Cauffman, E. (November, 2002). *A statewide assessment of mental health symptoms among juvenile offenders in detention.* Prevention Research Center at Penn State University, State College, PA.

Cauffman, E. (September, 2002). *Assessing mental health problems among youth in the juvenile justice system.* Senior Vice Chancellor's Research Seminar Series, University of Pittsburgh Medical Center, Pittsburgh, PA.

Cauffman, E. (June, 2002). *Adolescent development and juvenile justice.* Philadelphia Juvenile Court, Philadelphia, PA.

Cauffman, E. (June, 2002). *(Im)maturity of judgment: Psychosocial development and decision-making during adolescence.* Youth Tobacco Research Meeting sponsored by the National Cancer Institute, Tampa, FL.

Cauffman, E. (April 2002). *What are the components of a good psychiatric assessment*? Columbia University Consensus Conference on Implementing and Utilizing Mental Health Assessments in the Juvenile Justice System, New York, NY.

Cauffman, E. (December, 2001). *Mental health issues among juvenile offenders: Definition, Assessment & Treatment.* Mental Health Training Initiative sponsored by the Bureau of State Children & Youth Programs, Pittsburgh, PA.

Cauffman, E. (November, 2001). *Adolescent development and juvenile justice.* Journalism Fellowships Conference in Child & Family Policy, Washington, DC.

Cauffman, E. (November, 2001). *Kids are different: Adolescent development and the juvenile justice system.* Annual Meeting of the Juvenile Court Judges Commission, Harrisburg, PA.

Cauffman, E. (October, 2001). *Assessing mental health symptoms via the MAYSI~2.* Annual Meeting of the National Detention Centers Association, Pittsburgh, PA.

Cauffman, E. (October, 2001). *Kids in court: Developmental considerations.* Annual Meeting of the American Judges Association, Reno, NV.

Cauffman, E. (July, 2001). *How to use knowledge of adolescent development and mental health assessments in court decision-making.* Annual Meeting of the Pennsylvania Conference of State Trial Judges, Hershey, PA.

Cauffman, E. (July, 2001). *Mental health issues among adolescents.* Inter-Agency Council on Violence, Alcohol, & Weapons in the School: Pittsburgh Board of Education, Pittsburgh, PA.

Cauffman, E. (February, 2001). *When does adolescence end?: Adolescents as adults in court.* Depaul Law School Symposium, Chicago, IL.

Cauffman, E. (January, 2001). *Children as adults in court.* Resource Committee Meeting for the National Judicial College, Orlando, FL.

Cauffman, E. (July, 2000). *Youth on trial: Developmental perspectives on juvenile justice.* Criminal Justice Section of the American Bar Association, New York, NY.

Cauffman, E.  (January, 2000).  *The elephant in the courtroom: Developmental and mental health issues among juvenile offenders*.  1999-2000 Lecture Series Sponsored by Western Psychiatric Institute and Clinic, Pittsburgh, PA.

Cauffman, E.  (April, 1999).  *Children as adults in court*.  Resource Committee Meeting for the National Judicial College, Reno, NV.

Cauffman, E.  (February, 1999). *Gender and violence*.  Keynote Address to the Safe Schools and Communities Coalition, Hartford, CT.

Cauffman, E.  (June, 1998).  *Understanding the female offender:  Developmental and mental health considerations*.  Department of Juvenile Justice, Tallahassee, FL.

Cauffman, E.  (June, 1998).  *Adolescent development and the juvenile justice system*.  Juvenile Court Personnel Training Project.  Sponsored by the MacArthur Foundation, Oakland, CA.

Cauffman, E.  (May, 1998).  *Gender considerations for violent youth tried as adults*.  National Workshop on Violent Youth Tried as Adults.  Department of Justice, Houston, TX.

Cauffman, E.  (January, 1998).  *Understanding adolescents as decision-makers: What are the cognitive capacities of adolescents?*  Workshop on Adolescent Decision-Making: National Research Council's Board on Children, Youth, and Families, Washington, DC.

Cauffman, E.  (November, 1997).  *Criminal accountability among adolescents: A developmental perspective*.   Developmental Colloquium: University of California, Santa Cruz, CA.

Cauffman, E.  (November, 1997).  *Do you have an at-risk kid?*  Parent Talk: Community Cable Television, Palo Alto, CA.

Cauffman, E.  (April, 1997).  *Legal implications of maturity and mental health in adolescence*.  Los Angeles Public Defenders Conference, Los Angeles, CA.

Cauffman, E.  (December, 1996).  *Breaking the cycle of violence: A developmental approach*.  Rotary Club of Woodside, Portola Valley, CA.

Cauffman, E.  (July, 1996).  *Adolescent development and its impact on the law: What do lawyers need to know?*  Youth Law Center, San Francisco, CA.


### PROFESSIONAL PRESENTATIONS

Briones, A., Beardslee, J., & Cauffman, E. (March, 2024). *The association between exposure to violence and substance use: The mediating role of depression.* Poster presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Cauffman, E., Davis, F., Williams, T., & Hernandez, M. (March, 2024). *The creation of a Young Adult Court: A new approach to justice.* Presentation given at the annual meeting of the American-Psychology Law Society, Philadelphia, PA.

Cauffman, E., Gillespie, M.L., Davis, F., Hernandez, M., & Williams, T. (January, 2024). *PSPI Live: Developmental Science Research Informs Juvenile Justice Reform.* Live Webinar hosted by the Association for Psychological Science.

Cho, S., & Cauffman, E. (April, 2024). *The predictive utility of adolescent psychopathic traits on subsequent offending.* Poster presented at the annual meeting of the Society for Research on Adolescence, Chicago, IL.

Cho, S., & Cauffman, E. (March, 2024). *The predictive utility of youth psychopathic traits on adult psychopathy and offending.* Paper presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Elhaj, D., Hernandez, E. Fessinger, M., Beardslee, J. & Cauffman, E. (March, 2024). *The moderating effect of psychopathic traits on the relationship between exposure to violence and aggressive offending.* Poster presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Elhaj, D., Hernandez, J., Rojas, C., Ibraheam, M., Rodgers, E., & Cauffman, E. (April, 2024). *Early life adversity, psychopathic traits, and suicidal ideation in justice involved youth.* Poster presented at the annual meeting of the Western Psychological Association, in San Francisco, CA.

Fessinger, M., & Cauffman, E. (April, 2024). *Pleas help: Who is giving advice and what advice are they giving when juveniles plead to their first offense?* Poster presented at the annual meeting of the Society for Research on Adolescence, Chicago, IL.

Gillespie, M.L., Beardslee, J., Kan, E., Wasserman, A., Riano, N., & Cauffman, E. (April, 2024). *Under the Influence of Maternal Hostility: Examining the Interplay of Substance Use, Mental Health Problems, and Parenting in Justice-Involved Youth Over Five Years.* Paper presented at the Society for Research on Adolescence Meeting, Chicago, IL.

Gillespie, M., Beardslee, J., Kan, E., Wasserman, A., Riano, N., & Cauffman, E. (March, 2024). *Under the influence of maternal hostility: Examining the interplay of substance use, mental health problems, and parenting in justice-involved youth over five years.* Paper symposium presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Guevara, B., Dawood, M., Hernandez, E., Vermeersch, E., Randolph, I., & Cauffman, E. (April, 2024). *Examining the impact of arrests on somatizing symptoms for justice involved youth.* Poster presented at the annual meeting of the Western Psychological Association, in San Francisco, CA.

Healey, L., Fessinger, M., Gillespie, M., Beardslee, J., Schiffman, J., & Cauffman, E. (June, 2024). *Attenuated Psychosis in Incarcerated Young Men: Presentation, Prevalence and Implications for the Mental Health and Justice Systems.* Paper presented at the International Association of Forensic Mental Health Services Annual Conference, San Francisco, CA.

Hellgren, J., Randolph, I., Fine, A., Beardslee, J., & Cauffman, E. (March, 2024). *The role of perceptions of police on youths' emotional distress.* Paper presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Hernandez, J., & Cauffman, E. (April, 2024). *The influence of social support and institutional climate on mental health after release: Discovering how perception shapes our reality.* Poster presented at the annual meeting of the Western Psychological Association, in San Francisco, CA.

Hernandez, J., Randolph, R., Beardslee, J., & Cauffman, E. (March, 2024). *The association of youth connections to detention staff with depression and anxiety outcomes post-release.* Poster presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Longino, G., Smith IV, C., & Cauffman, E. (March, 2024). *The aggressive consequences of not caring enough: Patterns of aggression in youth with callous-unemotional traits.* Poster presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Martinez, L., Sodkomkum, T., Vallelunga, D. Verduzco-Villa, T., Cho, S., & Cauffman, E. (April, 2024). *Callous-unemotional trait predict external blame attribution for a crime in male youth offenders.* Poster presented at the annual meeting of the Western Psychological Association, in San Francisco, CA.

McGoldrick, N., Sbeglia, C., Wyckoff, L., & Cauffman, E. (March, 2024). *Predictors of teenage fatherhood among justice-involved adolescents.* Paper presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Randolph, I., Hellgren, J., Beardslee, J., & Cauffman, E. (March, 2024). *Racial and ethnic differences in associations between legal cynicism and mental health.* Paper presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Riano, N., Rodgers, E., Smith IV, C., Beardslee, J., & Cauffman, E. (April, 2024). *Peers, parents, and perceptions: The impact of parental alcoholism on peer influenced alcohol use among justice-impacted adolescents.* Poster presented at the annual meeting of the Western Psychological Association, in San Francisco, CA.

Riano, N., Rodgers, E., Smith IV, C., Beardslee, J., & Cauffman, E. (March, 2024). *Peers, parents, and perceptions: The impact of parental alcoholism on peer influenced alcohol usen among justice-impacted adolescents.* Poster presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Rodgers, E., & Cauffman, E. (April, 2024). *Associations between adverse childhood experiences (ACEs) and two measures of psychopathic traits in justice involved adolescents.* Poster presented at the annual meeting of the Society for Research on Adolescence, Chicago, IL.

Rodgers, E., Gillespie, M.L., Cho, S., & Cauffman, E. (May, 2024). *Early Life Adversity Predicts Behavioral and Social Components of Psychopathy in Justice-Involved Adolescents.* Poster presented at the Society for the Scientific Study of Psychopathy Biennial Meeting, Paphos, Cyprus.

Sbeglia, C., & Cauffman, E. (April, 2024). *Settling down or acting up? How becoming a father impacts offending behavior among justice-involved youth.* Paper symposium presented at the annual meeting of the Society for Research on Adolescence, Chicago, IL.

Smith IV, C., & Cauffman, E. (April, 2024). *Realizing or internalizing? The aspiration-expectation's gap's association with depression and anxiety.* Poster presented at the annual meeting of the Society for Research on Adolescence, Chicago, IL.

Smith IV, C., Beardslee, J., & Cauffman, E. (March, 2024). *Realizing and externalizing: The aspiration-expectation gap and overt aggression in justice-involved youth.* Paper presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Smith IV, C., Riano, N., Randolph, I., Beardslee, J., & Cauffman, E. (March, 2024). *The health benefits of romantic partnerships for justice-involved young adults.* Paper presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Sodkomkum, T., Smith IV, C., Beardslee, J., & Cauffman, E. (March, 2024). *Negatively perceived police encounters predict callous-unemotional traits in adolescents.* Poster presented at the annual meeting of the American Psychology-Law Society, Los Angeles, CA.

Briones, A., Coronado, K., Fulton, L., Beardslee, J., & Cauffman, E. (April, 2023). *Predictors of teenage fatherhood among justice involved youth.* Poster presented at the annual meeting of the Western Psychological Association, in Riverside, CA.

Cauffman, E., Frick, P.J., & Steinberg, L. (November, 2023). *Delinquency and crime from adolescence through young adulthood: The Crossroads Study.* Presentation given at the annual meeting of the American Society of Criminology, in Philadelphia, PA.

Cauffman, E., Beardslee, J., & Gillespie, M. (November, 2023). *A new approach to justice: The creation of a Young Adult Court.* Presentation given at the annual meeting of the American Society of Criminology, in Philadelphia, PA.

Cho, S., Sbeglia, C., & Cauffman, E. (March, 2023). *Who's to blame when youth violently offend?* Paper presented at the annual meeting of the American Psychology-Law Society, Philadelphia, PA.

Gillespie, M.L. & Cauffman, E. (April, 2023). *Programming Targeting Adolescent Development in a Jail Setting: The Road to Reentry Study.* Paper presented as a Flash Talk at the Society for Research on Adolescence Biennial Meeting, San Diego, CA.

Gillespie, M., & Cauffman, E. (March, 2023). *Transitional aged-youth transitioning out: Developmental and trauma-informed jail programming from year one of the Road to Reentry Study.* Paper presented at the annual meeting of the American Psychology-Law Society, Philadelphia, PA.

Goetz, C., Frick, P.J., Thornton, L.C., Ray, J.V., Robertson, E.L., Myers, T.W., Steinberg, S., & Cauffman, E. (March, 2023). *Effects of neighborhood disadvantage and peer deviance on conduct problems: Interactions with age-of-onset.* Paper presented at the annual meeting of the American Psychology-Law Society, Philadelphia, PA.

Hong Dinh, N.C., McGrath, F., Dawood, M., Brown, C., & Cauffman, E. (April, 2023). *Depression and future offending in juveniles: search for the missing link.* Poster presented at the annual meeting of the Western Psychological Association, in Riverside, CA.

Kemp, E.C., Ray, J.V., Frick. P.J., Speck, J.S., Thornton, L.C., Steinberg, L., & Cauffman, E. (March 2023). *The inventory of callous-unemotional traits (ICU): Factor structure and measurement*

*invariance in a sample of justice-involved male adolescents.* Paper presented at the annual meeting of the American Psychology-Law Society, Philadelphia, PA.

McGrath, F., Randolph, I., Cauffman, E., & Beardslee, J. (April, 2023). *Police, trauma, and mental health: The tale of two encounters.* Poster presented at the annual meeting of the Western Psychological Association, in Riverside, CA.

Randolph, I., Beardslee, J., Steinberg, L., Frick, P.J., & Cauffman, E. (March, 2023). *Impact of familial arret on procedural justice perspectives of justice involved adolescents.* Paper presented at the annual meeting of the American Psychology-Law Society, Philadelphia, PA.

Rodgers, E., Beardslee, J., & Cauffman, E. (March, 2023). *Untangling factors influencing adolescent callousness: Justice system involvement and parental relationship quality.* Paper presented at the annual meeting of the American Psychology-Law Society, Philadelphia, PA.

Sbeglia, C., Beardslee, J., Frick, P.J., Steinberg, L.S., & Cauffman, E. (March, 2023). *Perceived sleep quality predicts aggressive offending in adolescence and young adulthood.* Paper presented at the annual meeting of the American Psychology-Law Society, Philadelphia, PA.

Sbeglia, C., Smith IV., C. & Cauffman, E. (March, 2023). *Environmental sensitivity may buffer the effects of violence exposure for justice-involved youth.* Paper presented at the annual meeting of the American Psychology-Law Society, Philadelphia, PA.

Smith IV, C., Simmons, C., Rodgers, E., & Cauffman, E. (March, 2023). *Examining associations between perceived thrill of crime and temperamental, behavioral, and environmental risk factors.* Paper presented at the annual meeting of the American Psychology-Law Society, Philadelphia, PA.

Sodkomkum, T., Alvarez, V., Morris, M., Rodgers, E., & Cauffman, E. (April, 2023). *Dimensions of callous-unemotional traits and their differential influences no romantic relationships.* Poster presented at the annual meeting of the Western Psychological Association, in Riverside, CA.

Speck, J.S., Frick, P.J., Kemp, E.C., Vaughan, E., Walker, T., Robertson, E., Ray, J.V., & Cauffman, E. (March, 2023). *Health service utilization and conduct problems: The role of callous-unemotional traits and juvenile justice system processing.* Paper presented at the annual meeting of the American Psychology-Law Society, Philadelphia, PA.

Suh, E., Houser, J., Longino, G., Perez, M., Cho, S., Beardslee, J., & Cauffman, E. (April, 2023). *An examination of the association between head injuries and subsequent psychopathic traits and offending during adolescence and early young adulthood.* Poster presented at the annual meeting of the Western Psychological Association, in Riverside, CA.

Vaughan, E., Frick, P.J., Speck, J.S., Walker, T., Robertson, E., Myers, T.W., Ray., J.V., & Cauffman, E. (March, 2023). *Callous-unemotional traits and adult antisocial outcomes: The predictive utility of growth models of callous-unemotional traits during adolescence.* Paper presented at the annual meeting of the American Psychology-Law Society, Philadelphia, PA.

Walker, T., Robertson, E., Frick, P.J., Ray, J.V., Thornton, L.C., Myers, T.W., & Cauffman, E. (March, 2023). *Exploring the influence of potential moderators on the relationship between discrimination and criminal behavior.* Paper presented at the annual meeting of the American Psychology-Law Society, Philadelphia, PA.

Wong, T., Rolf, A., Advincula, H., Kirkland, Z., Randolph, I., Riano, N., & Cauffman, E. (April, 2023). *Differential outcomes of substance use treatment referrals based on levels of police contact.* Poster presented at the annual meeting of the Western Psychological Association, in Riverside, CA.

Wyckoff, L., McGoldrick, N., Brown, C., & Cauffman, E. (April, 2023). *Predictors of teenage fatherhood among justice involved youth.* Poster presented at the annual meeting of the Western Psychological Association, in Riverside, CA.

Cauffman, E. (June, 2022). *Young adult courts as an innovative approach to justice.* Presentation to the Center for Evidence-Based Crime Policy, Washington, DC.

Cauffman, E. (November, 2019). *Young adult offenders: A call for research.* Roundtable presentation at the annual meeting of the American Society of Criminology, San Francisco, CA

Cauffman, E. (May, 2019). *The promise of adolescence.* Paper symposium presented at the annual meeting of the Society for Prevention Research, San Francisco, CA

Kemp, E.C., Robertson, E.L., Walker, T.M., Frick, P.J., Ray, J.V., Thornton, L.C., Myers, T.D.W., Steinberg, L., & Cauffman, E. (May, 2019). *Associations between Callous-Unemotional Traits and Gun Use in a Longitudinal Study of Justice-Involved Youth.* Poster presented at the biennial conference of the Society for the Scientific Study of Psychopathy (SSSP)*,* Las Vegas, NV.

Brown, C., Fine, A., & Cauffman, E. (March, 2019). *Can the cycle be broken? The protective role of correctional staff on youth violence.* Paper symposium presented to the American Psychology-Law Conference, Portland, OR.

Donley, S., Fine, A., Simmons, C., & Cauffman, E. (April, 2017). *Environmental sensitivity among juvenile offenders: Do some offenders benefit from a positive home environment more than others*? Paper presented at the biannual meeting of the Society for Research in Child Development, Austin, TX.

Cavanagh, C. & Cauffman, E. (April, 2017). *Changes in the mother-son relationship and youth offending trajectories.* Paper presented at the biannual meeting of the Society for Research in Child Development, Austin, TX.

Fine, A., Mahler, A., Steinberg, L., Frick, P., & Cauffman, E. (April, 2017). *The role of individual differences on the association between contexts and adolescent delinquency.* Paper presented at the biannual meeting of the Society for Research in Child Development, Austin, TX.

Mahler, A., Rinehart, J., Frick, P., Steinberg, L., & Cauffman, E. (April, 2017). *Sexual health behaviors among juvenile delinquents: Social factors predicting condom use status.* Poster presented at the biannual meeting of the Society for Research in Child Development, Austin, TX.

Simmons, C., Frick, P., Steinberg, L. & Cauffman, E. (April, 2017). *Bidirectional effects of callous-unemotional traits and negative parenting.* Poster presented at the biannual meeting of the Society for Research in Child Development, Austin, TX.

Fine, A. & Cauffman, E. (March, 2017). *Justice system attitudes, self-regulation, and adolescent offenders*. Paper presented at the annual meeting of the American Psychology – Law Society. Seattle, WA.

Beyer, A., Robertson, E., Frick, P., Myers, T., Ray, J., Thornton, L., Steinberg, L., & Cauffman, E. (March, 2017). *Primary and secondary variants of callous-unemotional traits: Relations with type and severity of aggression*. Poster presented at the annual meeting of the American Psychology – Law Society. Seattle, WA.

Fine, A., Cavanagh, C., Donley, S., Frick, P., Steinberg, L. & Cauffman, E. (March, 2017). *Youths' justice system attitudes, race, and recidivism*. Paper presented at the annual meeting of the American Psychology – Law Society. Seattle, WA.

Cavanagh, C. & Cauffman, E. (March, 2017). *Family justice system attitudes following a first arrest*. Paper presented at the annual meeting of the American Psychology – Law Society. Seattle, WA.

Cauffman. E. Fine, A., Cavanagh, C., Steinberg, L., & Frick, P. (April, 2016). *Justice system processing and substance use among first time juvenile offenders*. Paper presented at the biennial meeting of the Society for Research on Adolescence. Baltimore, MD.

Mahler, A., Cauffman, E., Frick, P., & Steinberg, L. (April, 2016). *Expectations for future success among adolescent first time offenders*. Paper presented at the biennial meeting of the Society for Research on Adolescence. Baltimore, MD.

Cavanagh, C. & Cauffman, E. (April, 2016). *Mothers' and sons' expectations for the future*. Paper presented at the biennial meeting of the Society for Research on Adolescence. Baltimore, MD.

Cauffman, E., Fine, A., Thomas, A., & Monahan, K. (April, 2016). *Trajectories of violent behavior among females*. Paper presented at the biennial meeting of the Society for Research on Adolescence. Baltimore, MD.

Kan, E., Elias, H., Donley, S., & Cauffman, E. (March, 2016). *Extracurricular activities on probation violation among juvenile first time offenders*. Poster presented at the annual meeting of the American Psychology – Law Society. Atlanta, GA..

Cauffman. E., Fine, A., Cavanagh, C., Donley, S., Frick, P., & Steinberg, L. (March, 2016). *The role of peer arrests on the development of youths' attitudes towards the justice system*. Paper presented at the annual meeting of the American Psychology – Law Society. Atlanta, GA.

Bechtold, J. & Cauffman, E. (March, 2015). *Under the radar or under arrest: How does contact with the justice system affect subsequent arrest?* Paper presented at the annual meeting of the American Psychology – Law Society. San Diego, CA.

Cauffman, E., Bechtold, J., Frick, P. & Steinberg, L. (March, 2015). *Crossroads: Formal vs. informal processing of juvenile offenders*. Paper presented at the annual meeting of the American Psychology – Law Society. San Diego, CA.

Thomas, A. & Cauffman, E. (March, 2015). *Depression and reoffending among serious delinquents across seven years*. Paper presented at the biennial meeting of the Society for Research in Child Development. Philadelphia, PA.

Fine, A. & Cauffman, E. (March, 2015). *Schools, impulsivity, and implications for adolescent offending*. Poster presented at the biennial meeting of the Society for Research in Child Development. Philadelphia, PA.

Fine, A., Cauffman, E., Steinberg, L. & Frick, P. (March, 2015). *Impulsivity assessments and implications for predicting adolescent offending*. Paper presented at the biennial meeting of the Society for Research in Child Development. Philadelphia, PA.

Cavanagh, C. & Cauffman, E. (November, 2014). *The transition to adulthood among youth tried as adults*: *Findings from the Pathways to Desistance study*. Paper presented at the annual meeting of the American Society of Criminology. San Francisco, CA.

Cauffman, E., Donley, S., Bechtold, J., & Steinberg, L. (November, 2014). *Sensation seeking among at-risk adolescents: Findings from the Crossroads study*. Paper presented at the annual meeting of the American Society of Criminology. San Francisco, CA.

Cavanagh, C. & Cauffman, E. (March, 2014). *Undocumented families in the juvenile justice system*. Paper presented at the biannual meeting of the Society for Research on Adolescence. Austin, TX.

Thomas, A., Monahan, K., Lukowski, A., & Cauffman, E. (March, 2014). *Sleep problems across development. A pathways to adolescent risk-taking through executive function*. Paper presented at the biannual meeting of the Society for Research on Adolescence. Austin, TX.

Cauffman, E., Monahan, K., & Thomas, A. (March, 2014). *Juvenile justice girls*. Paper presented at the biannual meeting of the Society for Research on Adolescence. Austin, TX.

Cavanagh, C. & Cauffman, E. (March, 2014). *Familial arrests and relationships: Implications for serious youth offenders*. Paper presented at the biannual meeting of the Society for Research on Adolescence. Austin, TX.

Thornton, L., Ray, J., Frick, P., Steinberg, L., Cauffman, E. (March, 2014). *Neighborhood disorganization moderates the association between self-reported offending and two dispositional risk factors: Callous-unemotional traits and impulse control*. Paper presented at the annual meeting of the American Psychology – Law Society. New Orleans, LA.

Cauffman, E., Monahan, K., & Thomas, A. (March, 2014). *Pathways to persistence: Female offending from 14 to 25*. Paper presented at the annual meeting of the American Psychology – Law Society. New Orleans, LA.

Thomas, A., Cauffman, E., Steinberg, L. & Frick, P. (March, 2014). *"I didn't do It": Examining first-time juvenile offenders' false guilty pleas*. Paper presented at the annual meeting of the American Psychology – Law Society. New Orleans, LA.

Donley, S;., Bechtold, J., & Cauffman, E. (March, 2014). *Pathways to sensation seeking among first-time juvenile offenders*. Paper presented at the annual meeting of the American Psychology – Law Society. New Orleans, LA.

Wall, T., Frick, P., Thornton, L., Ray, J., Cauffman, E., & Steinberg, L. (March, 2014). *Impulse control moderates the association between CU traits and delinquency and aggression in a sample of first-*

*time offending boys*.  Paper presented at the annual meeting of the American Psychology – Law Society.  New Orleans, LA.

Tatar, J., Skeem, J. & Cauffman, E.  (March, 2014).  *Psychopathic trait instability in the transition to adulthood: Impact of psychopathology and adversity*.  Paper presented at the annual meeting of the American Psychology – Law Society.  New Orleans, LA.

Ray, J., Frick, P., Thornton, L., Steinberg, L., & Cauffman, E.  (March, 2014).  *An item response theory analysis of the Inventory of Callous-Unemotional traits*.  Paper presented at the annual meeting of the American Psychology – Law Society.  New Orleans, LA.

Shulman, E. & Cauffman, E.  (April, 2013).  *Deciding in the dark:  Age differences in intuitive risk judgment*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Seattle, Washington.

Cauffman, E., Frick, P., & Steinberg, L.  (April, 2013).  *Family matters: Taking stock of school discipline and arrest*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Seattle, Washington.

Cavanagh, C. & Cauffman, E. (April, 2013).  *Mothers' and sons' attitudes toward the justice system and implications for delinquency*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Seattle, Washington.

Thomas, A. & Cauffman, E.  (April, 2013).  *A gene-by-environment approach to adolescent substance use: Examining the D4 dopamine gene (DRD4)*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Seattle, Washington.

Monahan, K. & Cauffman, E.  (April, 2013).  *Familial and peer influences on self-control and psychopathology*.  Paper presented at the biannual meeting of the Society for Research in Child Development.  Seattle, Washington.

Tsang, S., Cauffman, E., & Piquero, A.  (March, 2013).  *An item response theory analysis of the Psychopathy Checklist: Youth Version among male adolescent offenders*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Thornton, L., Frick, P., Ray, J., Cauffman, E., & Steinberg, L.  (March, 2013).  *Adolescents with callous unemotional traits and their roles in group crime and non-detected offending*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Ray, J., Frick, P., Thornton, L. Cauffman, E., & Steinberg, L.  (March, 2013).  *Callous-unemotional traits distinguish subgroups of offenders among a sample of justice involved males: A latent class analysis*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Arndorfer, A., Malloy, L., & Cauffman, E.  (March, 2013).  *False confession and interrogation experiences influence adolescent offenders' perceptions of procedural justice*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Malloy, L., Shulman, E., & Cauffman, E., (March, 2013).  *True and false confessions to police:  Self-reported experiences of serious adolescent offenders*.  Paper presented at the annual meeting of the American Psychology – Law Society.  Portland, Oregon.

Donley, S., Boessen, A., & Cauffman, E. (March, 2013). *When do parents matter? Parental practices and neighborhood conditions as predictors of juvenile offenders' attitudes*. Paper presented at the annual meeting of the American Psychology – Law Society. Portland, Oregon.

Thomas, A., Cauffman, E., Frick, P. & Steinberg, L. (March, 2013). *Effects of probation officer monitoring on juvenile reoffending: Influence of justice system attitudes*. Paper presented at the annual meeting of the American Psychology – Law Society. Portland, Oregon.

Cavanagh, C., Cauffman, E., Frick, P. & Steinberg, L. (March, 2013). *Like mother, like son: Attitudes and antisocial behavior*. Paper presented at the annual meeting of the American Psychology – Law Society. Portland, Oregon.

Kimonis, E.R., Lougran, T., Fanti, K., & Cauffman, E. (February, 2012). *Trajectories of violent offending among variants of juvenile psychopathy*. Paper presented at the SRCD Themed Meeting on Developmental Methodology, Tampa, FL.

Spieker, S., Campbell, S., Vandergrift, N., Pierce, K., Cauffman, E., Susman, E., Roisman, G. & the NICHD Early Child Care Research Network. (April, 2011). *Relational aggression in middle childhood: Early childhood antecedents and adolescent sequelae*. Poster presented at the biannual meeting of the Society for Research in Child Development. Montreal, Canada.

Bechtold, J. & Cauffman, E. (April, 2011). *The behaviors of young offenders on probation*. Paper presented at the biannual meeting of the Society for Research in Child Development. Montreal, Canada.

Monahan, K., Cauffman, E., & Steinberg, L. (April, 2011). *Developmental differences in impulse control and antisocial behavior from adolescence to early adulthood*. Paper presented at the biannual meeting of the Society for Research in Child Development. Montreal, Canada.

Cauffman, E., Houts, R., Monahan, K. & Cox, M. (April, 2011). *Cascading towards adolescence: The development of psychosocial maturity and risk behavior*. Paper presented at the biannual meeting of the Society for Research in Child Development. Montreal, Canada.

Goldweber, A., Monahan, K., & Cauffman, E. (March, 2011). *Investigating the impact of developmental and neurological factors on adolescent offenders' future orientation and delinquency*. Paper presented at the annual meeting of the American Psychology – Law Society Conference. Miami, FL.

Ray, J., Kimonis, E., Branch, J., & Cauffman, E. (March, 2011). *Anger mediates the relation between violence exposure and violence perpetration in incarcerated boys*. Paper presented at the annual meeting of the American Psychology – Law Society Conference. Miami, FL.

Tatar, J., Malnove, A., Hadinata, N., Velasquez, E., & Cauffman, E. (March, 2011). *The effect of psychopathy on the relation between social context and offending*. Paper presented at the annual meeting of the American Psychology – Law Society Conference. Miami, FL.

Goldweber, A. & Cauffman, E. (March, 2011). *The social networks of female offenders*. Paper presented at the annual meeting of the American Psychology – Law Society Conference. Miami, FL.

Becthold, J. & Cauffman, E. (March, 2011). *The behaviors of young offenders on probation*. Paper

presented at the annual meeting of the American Psychology – Law Society Conference.  Miami, FL.

Shulman, E., Kalder, A., & Cauffman, E.  (August, 2010).  *The significance of school bonding in scholastic and non-scholastic settings*.  Paper presented at the annual meeting of the American Psychological Association.  San Diego, CA (Recipient of best graduate student symposium award)

Ho, A., Shiley, D., Rich, J., Kalder, A., & Cauffman, E.  (August, 2010).  *Maltreatment among juvenile offenders*.  Poster presented at the annual meeting of the American Psychological Association.  San Diego, CA.

Ryan, J., Araujo, V., Martinez, J., Boessen, A., & Cauffman, E.  (August, 2010).  *Assessing neighborhood effects on educational outcomes*.  Poster presented at the annual meeting of the American Psychological Association.  San Diego, CA

Hadinata, N., Malnove, A., Valasquez, E., Tatar, J. & Cauffman, E.  (August, 2010).  *Social influences mediating effect between psychopathy and offending behavior*.  Poster presented at the annual meeting of the American Psychological Association.  San Diego, CA

Kalder, A., Bechtold, J., Shulman, E. & Cauffman, E.  (March, 2010). *For their own good: Perceived coerciveness of treatment for juvenile offenders.*  Paper presented at the annual meeting of the American Psychology – Law Society, Vancouver, Canada.

Kelly, E. & Cauffman, E.  (March, 2010). *When research and clinical assessments disagree: Prospectively predicting juveniles' adjustment to incarceration*.  Paper presented at the annual meeting of the American Psychology – Law Society, Vancouver, Canada.

Goldeweber, A. & Cauffman, E.  (March, 2010).  *Unique aggression profiles and their relation to maladjustment in a secure facility*.  Paper presented at the annual meeting of the American Psychology – Law Society, Vancouver, Canada.

Bechtold, J. & Cauffman, E.  (March, 2010).  *Juvenile court youths and adult court youths incarcerated together: Who offends more?*  Paper presented at the annual meeting of the American Psychology – Law Society, Vancouver, Canada.

Goldeweber, A. & Cauffman, E.  (March, 2010). *Relational aggression and anxiety among incarcerated, serious female offenders: What can staff/clinicians tell us?*  Paper presented at the annual meeting of the American Psychology – Law Society, Vancouver, Canada.

Shulman, E. & Cauffman, E.  (March, 2010).  *Adolescents' resistance to peer influence: Does it modulate family-based effects on externalizing behavior*?  Paper presented at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

Kelly, E. & Cauffman, E.  (March, 2010).  *Perceptions of stigma among incarcerated youth*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

Dmitreiva, J., Cauffman, E., Waugh, M., & Espel, E.  (March, 2010). *Anxiety and delinquency: Exploring high comorbidity*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

Cauffman, E., Boessen, A., Hipp, J., Fagan, J. & Steinberg, L. (March, 2010). *The impact of residential instability on juvenile offending.* Paper presented at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

Shulman, E. & Cauffman, E. (March, 2010). *The maturity disparity between offenders and non-offenders--Does it change with age.* Paper presented at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

Bechtold, J. & Cauffmna, E. (March, 2010). *Youth- and parent-report of maturity and future delinquency.* Paper presented at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

Boessen, A., Hipp, J., Cauffman, E., Fagan, J. & Steinberg, L. (November, 2009). *Youth transition and neighborhood effects: Residential instability among serious adolescent offenders.* Paper presented at the annual meeting of the American Society of Criminology, Philadelphia, PA.

Kimonis, E.R., Cauffman, E., & Goldweber, A. (April, 2009). *Emotional deficits in youth with callous-unemotional traits: Consistency across ethnicity and gender?* Paper presented at the Society for the Scientific Study of Psychopathy, New Orleans, LA.

Monahan, K., Goldweber, A., & Cauffman, A. (April, 2009). *The impact of visitation on incarcerated youths' behavior and mental health.* Paper presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Malloy, L., Kaasa, S., & Cauffman, E. (April, 2009). *Sexual abuse disclosure among incarcerated female adolescents.* Paper presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Monahan, K., Meyer, K., Goldweber, A., & Cauffman, E. (April, 2009). *Anxiety and antisocial behavior: the moderating role of the peer group in adolescence and early adulthood.* Paper presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Cauffman, E. & Wakefield, S. (April, 2009). *The transition to parenthood for juvenile offenders.* Paper presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Shulman, E., Cauffman, E., Fagan, J. & Piquero, A. (April, 2009). *Callous-unemotional traits and moral disengagement: pathways out of offending.* Paper presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Bechtold, J., Goldweber, A., Boessen, A., & Cauffman, E. (April, 2009). *Are youths tried as adults more violent than youths tried as juveniles?* Poster presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Meyer, K., Monahan, K., & Cauffman, E. (April, 2009). *The role of callous-unemotional traits in differentiating among serious female offenders.* Poster presented at the biennial meeting of the Society for Research in Child Development, Denver, CO.

Cauffman, E., Kimonis, E., Dmitrieva, J. & Monahan, K. (March, 2009). *A multi-method assessment of juvenile psychopathy: comparing the predictive utility of the PCL:YV, YPI, and NEO-PRI.* Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Tatar, J., Kimonis, E., Kennealy, P., Skeem, J., & Cauffman, E.  (March, 2009).  *Victimization history and PTSD: An analysis of psychopathic subtypes.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Kimonis, E., Cauffman, E., & Goldweber, A.  (March, 2009).  *Emotional processing in primary and secondary subtypes of psychopathy.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Shulman, E., Boessen, A., Bechtold, J., & Cauffman, E.  (March, 2009).  *The iatrogenic effects of incarceration for first-time juvenile offenders.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Kaasa, S., Tatar, J., & Cauffman, E.  (March, 2009).  *The impact of waiver to adult court on youths' perceptions of procedural justice.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Monahan, K. & Cauffman, E.  (March, 2009).  *Sex differences in mental health and antisocial behavior.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Monahan, K., Steinberg, L., & Cauffman, E.  (March, 2009).  *Age differences in peer selection, peer socialization, and offending: the role of resistance to peer influence.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Chung, H., Leistico, A., & Cauffman, E.  (March, 2009).  *Trajectories of expectations for success and incarceration among serious juvenile offenders*.  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Kaasa, S., Tatar, J., & Cauffman, E.  (March, 2009).  *Perceptions of procedural justice among female offenders: time does not heal all wounds.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Goldweber, A., Kelly, E., Monahan, K. & Cauffman, E.  (March, 2009).  *The impact of perceived facility safety and staff support on adjustment to incarceration.*  Paper presented at the annual meeting of the American Psychology – Law Society, San Antonio, TX.

Wakefield, S. & Cauffman, E. (November, 2008).  *The transition to parenthood for juvenile criminal offenders.*  Paper presented at the annual meeting of the American Society of Criminology, St. Louis, MO.

Goldweber, A. & Cauffman, E.  (November, 2008).  *The social networks of girls.*  Paper presented at the annual meeting of the American Society of Criminology, St. Louis, MO.

Chassin, L., Dmitrieva, J., Knight, G., Modecki, K., Cauffman, E., Steinberg, L., & Losoya, S. (July, 2008). *Does adolescent alcohol and marijuana use suppress growth in psychosocial maturity?*  Presented at the annual meeting of the Research Society on Alcoholism, Washington, DC.

Jones, S. & Cauffman, E. (March, 2008).  *Juvenile psychopathy and judicial decision-making.*  Paper presented at the annual meeting of the American Psychology – Law Society, Jacksonville, FL.

Malloy, L., Kaasa, S., & Cauffman, E.  (March, 2008).  *False confessions among serious juvenile offenders*.  Paper presented at the annual meeting of the American Psychology – Law Society, Jacksonville, FL.

Kaasa, S., Malloy, L., & Cauffman, E.  (March, 2008).  *Procedural justice and the adolescent offender*.  Paper presented at the annual meeting of the American Psychology – Law Society, Jacksonville, FL.

Maslowsky, J., Keating, D., Banich, M., Cauffman, E., Steinberg, L., & Woolard, J. (March, 2008).  *Reasoned versus reactive risk taking: Unique contributions of impulsivity and risk assessment to adolescent risk behavior.*  Poster presented at the Society for Research on Adolescence, Chicago, IL.

Monahan, K., Steinberg, L., Mulvey, E., & Cauffman, E.  (March, 2008).  *Trajectories of offending among serious adolescent offenders*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Meyer, K., Goldweber, A., & Cauffman, E. (March, 2008).  *Female offenders' interpersonal relationships: Friends or foes while incarcerated*.  Poster presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Goldweber, A., Shulman, E., & Cauffman, E.  (March, 2008).  *Adjustment to incarceration: Changes in mental health in a sample of serious adolescent offenders*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Dmitrieva, J., Steinberg, L., & Cauffman, E. (March, 2008).  *Arrested development: The effects of incarceration experiences on adolescents' development of psychosocial maturity*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Shulman, E., Cauffman, E., Piquero, A., Fagan, J. (March, 2008).  *Rationalization of wrong-doing: Developmental trajectories of moral thinking and their correlates in adolescent offenders*.  Poster presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Dmitrieva, J., Farruggia, S., Cauffman, E., & Steinberg, L.  (March, 2008).  *A VIP in need is a VIP indeed: The role of very important caring adults in adjustment of juvenile offenders*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Cauffman, E., Shulman, E., Claus, E., Banich, M., Graham, S., Woolard, J., & Steinberg, L.  (March, 2008).  *Responding to reward versus punishment:  How adolescents differ from adults in performance on the Iowa Gambling Task*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Kimonis, E.  & Cauffman, E.  (April, 2007).  *Contextual and emotional risk factors for primary and secondary variants*.  Paper presented at the Society for the Scientific Study of Psychopathy, St. Pete, FL.

Belsky, J. Steinberg, L.D., Houts, R., Friedman, S.L., de Hart, G., Kaufmann, B., Roisman, G., Halpern-Felsher, B, Sussman, E. & The NICHD Early Child Care Research and Youth Development Research Network.  (March, 2007).  *Rearing antecedents of pubertal timing*.  Paper presented at the biennial meeting of the Society for Research on Child Development, Boston, MA.

Malloy, L. & Cauffman, E. (March, 2007). *The influence of peers on adjustment to incarceration*. Paper presented at the biennial meeting of the Society for Research on Child Development, Boston, MA.

Goldweber, A., Cauffman, E., Steinberg, L. & Piquero, A. (March, 2007). *Peer relationships and offending: What distinguishes group from solo offenders?* Paper presented at the biennial meeting of the Society for Research on Child Development, Boston, MA.

Monahan, K., Steinberg, L. & Cauffman, E. (March, 2007). *Peer groups and deviant behavior: The role of friendship quality and resistance to peer influence.* Paper presented at the biennial meeting of the Society for Research on Child Development, Boston, MA.

Cohen, A. & Cauffman, E. (March, 2007). *Incarceration during adolescence: The influence of anger and depression on institutional adjustment.* Poster presented at the biennial meeting of the Society for Research on Child Development, Boston, MA.

Shulman, E. & Cauffman, E. (March, 2007). *The experience of incarceration: How do juvenile offenders cope?* Poster presented at the biennial meeting of the Society for Research on Child Development, Boston, MA.

Cauffman, E., Goldweber, A., Dmitrieva, J., Kaasa, S., Kelly, E., Malloy, L., & Shulman, E. (November, 2006). *Improving services for mentally ill juvenile offenders*. Paper presented at the annual meeting of the American Society of Criminology, Los Angeles, CA.

Goldweber, A., Broidy, L. & Cauffman, E. (November, 2006). *Interdisciplinary perspectives on persistent female offending: A review of theory and research*. Paper presented at the annual meeting of the American Society of Criminology, Los Angeles, CA.

Cauffman, E. & Skeem, J. (March, 2006). *Psychopathy*. Paper presented at the annual meeting of the American Psychology – Law Society, St. Petersburg, FL.

Goldweber, A. & Cauffman, E. (March, 2006). *Criminal style: What distinguishes group offenders from youths who commit crimes alone?* Paper presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

Cauffman, E. & Woolard, J. (March, 2006). *Age differences in risk preference and risk evaluation*. Paper presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

Skeem, J. & Cauffman, E. (March, 2006). *Primary and secondary variants of psychopathy-like juvenile offenders*. Paper presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

Dmitrieva, J. & Cauffman, E. (March, 2006). *Stability and predictive validity of the Youth Psychopathic Traits Inventory*. Paper presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

Cauffman, E. & Skeem, J. (March, 2006). *The downward extension of psychopathy*. Paper presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

Cauffman, E. & Odgers, C.  (April, 2005).  *The unintended consequences of social policy on youth development.*  Paper presented at the biennial meeting of the Society for Research in Child Development, Atlanta, GA.

Cauffman, E. & Odgers, C.  (March, 2005).  *Arrested development: Findings from the Pathways to Desistance study.*  Paper presented at the biennial meeting of the American Psychology-Law Society, La Jolla, CA.

Broidy, L. & Cauffman. E.  (November, 2004).  *The Glueck girls: Contextual and personal pathways to change.*  Paper presented at the annual meeting of the American Society of Criminology, Nashville, TN.

Jones, S., Cauffman, E., & Piquero, A.  (November, 2004).  *Parenting behavior among an incarcerated juvenile sample: The conditioning effects of self-control and consideration of others.*  Paper presented at the annual meeting of the American Society of Criminology, Nashville, TN.

Cauffman, E.  (March, 2004).  *Psychosocial maturity and recidivism among adolescent offenders.*  Paper presented at the biennial meeting of the Society for Research on Adolescence, Baltimore, MD.

Cauffman, E. & Skeem, J.  (March, 2004).  *Assessing juvenile psychopathy.*  Paper presented at the biennial meeting of the Society for Research on Adolescence, Baltimore, MD.

Cauffman, E., Schubert, C., & Steinberg, L.  (March, 2004).  *Romantic relationships among serious adolescent offenders: Gender similarities and differences.*  Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, AZ.

Dickman, J., Cauffman, E., & Broidy, L.  (March, 2004).  *"The girl problem": Female sexuality as a social disease in the early 20th century.*  Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, AZ.

Cauffman, E., Piquero, A., Mulvey, E., Steinberg, L.  (March, 2004).  *Predicting disposition among serious juvenile offenders: Who gets locked up?*  Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, AZ.

Cauffman, E. & Skeem, J.  (March, 2004).  *The developmental (in)appropriateness of assessing juvenile psychopathy.*  Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, AZ.

Damon, N., Broidy, L. & Cauffman, E.  (November, 2003).  *"The social evil": Female prostitution during the Progressive Era.*  Paper presented at the annual meeting of the American Society of Criminology, Denver, CO.

Broidy, L. & Cauffman, E.  (November, 2003).  *The Glueck girls: The importance of historical context for specifying the influence of social capital, social control, and individual agency on female offending trajectories.*  Paper presented at the annual meeting of the American Society of Criminology, Denver, CO.

Cauffman, E.  (April, 2003).  *The psychological development of serious juvenile offenders: The MacArthur study of Pathways to Desistance.*  Paper presented at the biennial meeting of the Society for Research in Child Development, Tampa, FL.

Cauffman, E.  (November, 2002).  *Developmental characteristics of serious adolescent offenders*.  Paper presented at the annual meeting of the American Society of Criminology, Chicago, IL.

Spahr, L., Cauffman, E., & Skeem, J.  (November, 2002).  *Treatment and services usage among juvenile and adult offenders.*  Paper presented at the annual meeting of the American Society of Criminology, Chicago, IL.

Skeem, J. & Cauffman, E.  (November, 2002).  *The psychometric characteristics and short-term stability of the PCL:YV and its relation to the Youth Psychopathic Inventory*.  Paper presented at the annual meeting of the American Society of Criminology, Chicago, IL.

Cauffman, E. & Skeem, J.  (November, 2002).  *The relation between developmental maturity and measures of psychopathy:  Initial findings from a cross-sequential study*.  Paper presented at the annual meeting of the American Society of Criminology, Chicago, IL.

Cauffman, E.  (October, 2002).  *Development & diagnosis:  Developmental considerations for mentally ill juvenile offenders*.  Paper presented as part of an Institute at the annual meeting of the American Academy of Child & Adolescent Psychiatry, San Francisco, CA.

Cauffman, E.  (April, 2002).  *Understanding the female offender*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, New Orleans, LA.

Cauffman, E.  (April, 2002).  *Psychosocial underpinnings of competence to stand trial*.  Paper presented at the biennial meeting of the Society for Research on Adolescence, New Orleans, LA.

Cauffman, E.  (March, 2002).  *The relation between developmental maturity and measures of psychopathy:  Initial findings from a cross-sequential study*.  Paper presented at the biennial meeting of the American Psychology-Law Society, Austin, TX.

Cauffman, E.  (March, 2002).  *Mental health issues among female offenders.*  Paper presented at the biennial meeting of the American Psychology-Law Society, Austin, TX.

Cauffman, E.  (November, 2001).  *Delinquent girls: Developmental considerations and public policy implications*.  Paper presented at the annual meeting of the American Society of Criminology, Atlanta, GA.

Cauffman, E.  (November, 2000).  *Detained vs. deep end juvenile offenders: Do they differ in mental health needs?*  Paper presented at the annual meeting of the American Society of Criminology, San Francisco, CA.

Cauffman, E.  (October, 2000).  *Identifying youth at risk:  The mental health of juvenile offenders*.  Paper presented at the annual meeting of American Academy of Child & Adolescent Psychiatry, New York, NY.

Espelage, D. L., Cauffman, E., Broidy, L., Mazerolle, P., & Piquero, A.  (May, 2000).  *A cluster-analytic investigation of MMPI profiles of serious male and female juvenile offenders*.  Paper presented at the MMPI-2 Symposium, Minneapolis, MN.

Cauffman, E., Haapanen, R., Ingram, W. & Steiner, H.  (April, 2000).  *Mental health and juvenile justice*.

Paper presented at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Cauffman, E. (March, 2000). *The predictive validity of the MAYSI among serious adolescent offenders*. Paper presented at the biennial meeting of the American Psychology-Law Society, New Orleans, LA.

Broidy, L., Cauffman, E., Espelage, D., Mazerolle, P. & Piquero, A. (November, 1999). *Empathy and sex differences in offending*. Paper presented at the annual meeting of the American Society of Criminology, Toronto, Canada.

Cauffman, E., Happanen, R., Ingram, W., & Steiner, H. (November, 1999). *Mental health and behavioral problems among serious juvenile offenders*. Paper presented at the annual meeting of the American Society of Criminology, Toronto, Canada.

Cauffman, E. (July, 1999). *Justice for juveniles: New perspectives on adolescents' competence and culpability*. Paper presented as a part of an invited symposium entitled "Youth on Trial" at the annual meeting of the European Psychology – Law Society, Dublin, Ireland.

Cauffman, E. (April, 1999). *The costs and benefits of a decision: Similarities and differences between adolescents and adults in their decision-making ability*. Paper presented at the biennial meeting of the Society for Research in Child Development, Albuquerque, NM.

Mazerolle, P., Cauffman, E., Piquero, A., Broidy, L., & Espelage, D. (March, 1999). *Exposure to stress and conflict among high school aged youth: Do coping responses vary for males and females?* Paper presented at the Academy of Criminal Justice Sciences, Orlando, FL.

Jensen, L. A., Arnett, J. J., Feldman, S. S., & Cauffman, E. (November, 1998). *Academic dishonesty and lying to parents: Adolescent moral reasoning and behavior*. Poster presented at the Conference for the Association for Moral Education, Hanover, NH.

Cauffman, E. (September, 1998). *Adolescent decision making in legal contexts: Toward an expanded definition of adolescent competency*. Paper presented at the Quinnipiac College School of Law, Hamden, CT.

Cauffman, E. (August, 1998). *Developmental Psychology goes to court*. Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Cauffman, E. (June, 1998*). (Im)maturity of judgment: Adolescent development and juvenile culpability*. Paper presented at the biennial meeting of the Law and Society Association, Aspen, CO.

Cauffman, E. (March, 1998). *Competence and culpability: Juveniles in the justice system*. Paper presented at the biennial meeting of the American Psychology-Law Society, San Diego, CA.

Cauffman, E. (February, 1998). *Maturity of judgment and mental health differences between incarcerated and non-incarcerated youth*. Paper presented at the biennial meeting of the Society for Research on Adolescence, San Diego, CA.

Cauffman, E. (November, 1997). *An interdisciplinary approach to understanding juvenile delinquency; A developmental view*. Paper presented at the annual meeting of the American Society of Criminology, San Diego, CA.

Cauffman, E., Waterman, J., Feldman, S. S., Behshid, S., & Steiner, H. (October, 1997). *Posttraumatic Stress Disorder in incarcerated youth*. Poster presented at the annual meeting of the American Academy of Child & Adolescent Psychiatry, Toronto, Canada.

Cauffman, E. (April, 1997). *Maturity of judgment: Psychosocial factors in adolescent decision making*. Paper presented at the biennial meeting of the Society for Research in Child Development, Washington, DC.

Steinberg, L. & Cauffman, E. (September, 1995). *Finding the balance: What should autonomy rights mean for children and youth?* Paper presented at the Juvenile Law Center, Temple University, Philadelphia, PA.

Cauffman, E. (March, 1995). *Sibling similarity in peer crowd membership and perceived parenting practices in adolescence*. Poster presented at the biennial meeting of the Society for Research in Child Development, Indianapolis, IN.

Cauffman, E. & Steinberg, L. (March, 1995). *Moderating effects of neighborhood parenting on family socialization processes*. Paper presented at the biennial meeting of the Society for Research in Child Development, Indianapolis, IN.

Cauffman, E. (February, 1994). *The effects of puberty, dating, and physical intimacy on dieting and disordered eating in young adolescent girls*. Poster presented at the fifth biennial meeting of the Society for Research on Adolescence, San Diego, CA.

Eder, R., Harkins, K., Cauffman, E., & Patel, A. (August, 1992). *Self-presentation, self-control, and young children's spontaneous and deliberate expressive behaviors*. Poster presented at the annual meeting of the American Psychological Association, Washington, D.C.


## *TEACHING EXPERIENCE*

| | |
|---|---|
| Adolescent Development | Children & the Law |
| Legal & Forensic Psychology | Psychological Assessment |
| Statistics | Developmental Psychology |
| Research Methods | Child Psychopathology |

## *PROFESSIONAL MEMBERSHIPS*

American Psychological Association
American Psychology – Law Society
American Society of Criminology
Association for Psychological Science (Elected Fellow in 2015)
Society for Research on Adolescence

## *PROFESSIONAL MEETING REVIEWS*

2016    **Review Panel Member**, Society for Research in Child Development.
2012    **Panel Chair**, Review Panel on Adolescence: Emotional Processes & Personality. Society for Research in Child Development.
2011    **Review Panel Member**, Society for Research on Adolescence.
2010    **Review Panel Member**, Society for Research in Child Development.

2009    **Review Panel Member**, Society for Research on Adolescence.
2008    **Review Panel Member**, Society for Research in Child Development.
2007    **Review Panel Member**, Society for Research on Adolescence.
2006    **Review Panel Member**, Society for Research in Child Development.
2005    **Panel Chair**, Review Panel on Applied Research, Program Evaluation, and Public Policy.
        Society for Research on Adolescence.
2001    **Panel Chair**, Review Panel on Emerging Issues, Society for Research on Adolescence.

### *AD HOC REVIEWER*

Behavioral Sciences & the Law (*Editorial Board: 2017 – present*)
Child Development
Criminology
Developmental Psychology
Journal of the American Academy of Child & Adolescent Psychiatry
Journal of Consulting and Clinical Psychology
Journal of Developmental and Life Course Criminology *(Editorial Board: 2014-present)*
Journal of Early Adolescence
Journal of Research on Adolescence
Journal of Youth and Adolescence *(Editorial Board: 2004-present)*
Law & Human Behavior
Psychological Assessment
Psychology, Public Policy, and Law (*Editorial Board: 2012 – present*)
Research in Crime & Delinquency