IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,<br><br>　　　　　Defendant. | Civil No. 24-00496 JAO-WRP<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or conventionally by mailing copies via US Mail, postage prepaid, upon the following:

　　KEVIN GERARD O'GRADY
　　Law Office of Kevin O'Grady, LLC
　　1164 Bishop Street, Suite 1605
　　Honolulu, Hawaiʻi 96813
　　Tel: (808) 521-3367
　　E-mail: kevin@kevinogradylaw.com

　　and

ALAN ALEXANDER BECK
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, California 92123
Tel: (619) 905-9105
E-mail: alan.alexander.beck@gmail.com

Attorneys for Plaintiffs ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION

DATED: Honolulu, Hawaiʻi, December 23, 2024.

/s/ Aimee M. Lum

KALIKOʻONĀLANI D. FERNANDES
EWAN C. RAYNER
THOMAS J. HUGHES
DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS
SHIRA LAUREN FELDMAN [*Pro Hac Vice*]
TESS M. FARDON [*Pro Hac Vice*]
MARK S. DAVIS
AIMEE M. LUM

Attorneys for Defendant ANNE E. LOPEZ in her official capacity as the Attorney General of the State of Hawaiʻi