ANNE E. LOPEZ            7609
Attorney General of Hawai'i

KALIKO'ONĀLANI          9964
D. FERNANDES
Solicitor General

EWAN C. RAYNER          10222
THOMAS J. HUGHES        11059
Deputy Solicitors General
Department of the Attorney General,
  State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Tel:  (808) 586-1360
E-mail:  ewan.rayner@hawaii.gov
         thomas.j.hughes@hawaii.gov

DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS           9292
SHIRA LAUREN FELDMAN  [*Pro Hac Vice*]
TESS M. FARDON        [*Pro Hac Vice*]
Special Deputy Attorneys General
Brady Center to Prevent Gun Violence
840 First Street NE, Suite 400
Washington, D.C. 20002
Tel:  (202) 370-8100
E-mail:  dletter@bradyunited.org
         edavis@bradyunited.org
         sfeldman@bradyunited.org
         tfardon@bradyunited.org

MARK S. DAVIS           1442
AIMEE M. LUM            8364
Special Deputy Attorneys General
DAVIS LEVIN LIVINGSTON
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Tel.: (808) 524-7500

Fax: (808) 356-0418
Email:  mdavis@davislevin.com
        alum@davislevin.com

Attorneys for ANNE E. LOPEZ,
in her official capacity as the Attorney General
of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>            Plaintiffs,<br><br>   v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,<br><br>            Defendant. | Civil No. 24-00496 JAO-WRP |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7.6, Defendant Anne E. Lopez files this Notice of Supplemental Authority. In their Memorandum in Support of Motion for a Preliminary Injunction, Plaintiffs expressly conceded that their argument "is in tension with *Wolford v. Lopez*," 116 F.4th 959 (9th Cir. 2024), but noted that there was a pending petition for rehearing *en banc* in that case. ECF No. 2-1 at 16 n.9. Defendant alerts the Court that the Ninth Circuit denied that rehearing petition on January 15, 2025. The Order is attached as Exhibit 1 to this Notice.

DATED: Washington, D.C., January 16, 2025.

/s/ Douglas N. Letter

KALIKOʻONĀLANI D. FERNANDES
EWAN C. RAYNER
THOMAS J. HUGHES
DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS
SHIRA LAUREN FELDMAN [*Pro Hac Vice*]
TESS M. FARDON [*Pro Hac Vice*]
MARK S. DAVIS
AIMEE M. LUM

Attorneys for Defendant ANNE E. LOPEZ in her official capacity as the Attorney General of the State of Hawaiʻi