# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-cv-00496 JAO-WRP |
| CASE NAME: | Elijah Pinales, et al. v. Anne E. Lopez, *In Her Official Capacity as the Attorney General of the State of Hawaii* |
| ATTYS FOR PLA: | *Kevin O'Grady |
| ATTYS FOR DEFT: | *Douglas Letter<br>Ewan Rayner<br>Thomas Hughes<br>Mark Davis<br>Aimee Lum |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Cynthia Fazio |
| DATE: | 01/31/2025 | TIME: | 9:00am-10:20am |

COURT ACTION: EP:  Hearing on [2] Plaintiffs' Motion for Preliminary Injunction was held.

Oral arguments heard.

[2] Plaintiffs' Motion for Preliminary Injunction - TAKEN UNDER ADVISEMENT.

Court to issue a written order.

Submitted by: Shelli Mizukami, Courtroom Manager