ANNE E. LOPEZ          7609
Attorney General of Hawaiʻi

KALIKOʻONĀLANI          9964
D. FERNANDES
Solicitor General

EWAN C. RAYNER          10222
THOMAS J. HUGHES        11059
Deputy Solicitors General
Department of the Attorney General,
   State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel:  (808) 586-1360
E-mail:  ewan.rayner@hawaii.gov
            thomas.j.hughes@hawaii.gov


DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS          9292
SHIRA LAUREN FELDMAN  [*Pro Hac Vice*]
TESS M. FARDON          [*Pro Hac Vice*]
Special Deputy Attorneys General
Brady Center to Prevent Gun Violence
840 First Street NE, Suite 400
Washington, D.C. 20002
Tel:  (202) 370-8100
E-mail:  dletter@bradyunited.org
            edavis@bradyunited.org
            sfeldman@bradyunited.org
            tfardon@bradyunited.org


MARK S. DAVIS          1442
AIMEE M. LUM          8364
Special Deputy Attorneys General
DAVIS LEVIN LIVINGSTON
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Tel.: (808) 524-7500

Fax: (808) 356-0418
Email:  mdavis@davislevin.com
            alum@davislevin.com

Attorneys for ANNE E. LOPEZ,
in her official capacity as the Attorney General
of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION, | Civil No. 24-00496 JAO-WRP |
| Plaintiffs, | |
| v. | **SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAIʻI, | |
| Defendant. | |

**SECOND STIPULATION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiffs ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION ("**Plaintiffs**") and Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi ("**Defendant**" and, together with Plaintiffs, the "**Parties**"), through counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on November 20, 2024 (ECF No. 1), and;

WHEREAS, Defendant was served on November 22, 2024, and;

WHEREAS, the Court approved the Parties' First Stipulation to Extend Time to Respond to Complaint (ECF No. 25) on December 11, 2024, and;

WHEREAS, the Court entered its Order Denying Motion for Preliminary Injunction on February 7, 2025 (ECF No. 45);

WHEREAS, the deadline for Defendant's response to Plaintiffs' Complaint is currently February 18, 2025; and

WHEREAS, the Parties agree that it would not be necessary for Defendant to respond to the Complaint by the current deadline if Plaintiffs decide to appeal from the Court's Order Denying Motion for Preliminary Injunction;

NOW, THEREFORE, the Parties stipulate that the deadline for Defendant's response to the Complaint shall be 10 days following the expiration of the March

10, 2025 deadline to file a Notice of Appeal from the Court's Order Denying

Motion for Preliminary Injunction.

      This is the second stipulation to extend the time to respond to the Complaint

submitted in connection with this litigation.


DATED:   Honolulu, Hawaiʻi, February 13, 2025



*/s/ Alan A. Beck*
ALAN ALEXANDER BECK
KEVIN GERARD O'GRADY

Attorneys for Plaintiffs ELIJAH
PINALES, JUDA ROACHE,
ALOHA STRATEGICS LLC DBA
DANGER CLOSE TACTICAL, JGB
ARMS LLC, SECOND
AMENDMENT FOUNDATION

/s/ *Ewan C. Rayner*

KALIKOʻONĀLANI D. FERNANDES
EWAN C. RAYNER
THOMAS J. HUGHES
DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS
SHIRA LAUREN FELDMAN [*Pro Hac Vice*]
TESS M. FARDON [*Pro Hac Vice*]
MARK S. DAVIS
AIMEE M. LUM

Attorneys for Defendant ANNE E. LOPEZ
in her official capacity as the Attorney
General of the State of Hawaiʻi


**IT IS SO APPROVED AND SO ORDERED:**

**DATED: HONOLULU, HAWAII, FEBRUARY 14, 2025.**



Wes Reber Porter
United States Magistrate Judge


*Pinales v. Lopez*; Civil No. 1:24-cv-00496-JAO-WRP; United States District Court
for the District of Hawaii; SECOND STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT