# Exhibit 5

## DECLARATION OF SOLEIL ROACHE

COMES NOW, Soleil Roache and states as follows:

1. I am a natural person, an adult female, U.S. citizen, resident of the State of Hawaii and County of Honolulu. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. My son, Juda Roache, is a plaintiff in this lawsuit.

3. I legally own firearms and ammunition in the State of Hawaii.

4. I am aware that under Hawaii law it is illegal to transfer firearms and ammunition to my son for him to permanently own even when he turns 18 on December 15, 2024.

5. But for Hawaii law, upon my son Juda Roache turning 18, I would immediately transfer him a firearm and ammunition to permanently own.

6. If Hawaii law is changed to allow for it, I will immediately transfer a firearm and ammunition to Juda Roache for him to permanently own.

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury that the foregoing is true and correct.

　　　Executed on November 19, 2024.

　　　　　　　　　　　　　　　　　　　　　*Soleil Roache*
　　　　　　　　　　　　　　　　　　　　　Soleil Roache

2