IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC, DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ANNE E. LOPEZ,<br><br>    Defendant. | 1:24-CV-00496-JAO-WRP<br><br>RULE 16 SCHEDULING ORDER |

**RULE 16 SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16 and LR 16.2, a scheduling conference was held on April 21, 2025, before the Honorable Wes Reber Porter, United States Magistrate Judge. Appearing telephonically at the conference were Kevin Gerard O'Grady, Alan A. Beck, Ewan C. Rayner, Thomas J. Hughes, Aimee Lum, and Shira Lauren Feldman.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this scheduling conference order:

**TRIAL DATE:**

**1.** **NON-JURY** trial in this matter will commence before the Honorable Jill A. Otake, United States District Judge on July 20, 2026, at 9:00 AM.

**AMENDING PLEADINGS:**

**2.** All motions to join additional parties or to amend the pleadings shall be filed by September 23, 2025.

**EXPERT WITNESSES:**

3.      Each party shall make the disclosures regarding expert witnesses or other witnesses with specialized knowledge as required by Fed. R. Civ. P. 26(a)(2) according to the following schedule:

        **a.**      All plaintiffs shall comply by November 10, 2025.

        **b.**      All defendants shall comply by January 9, 2026.

Rebuttal disclosures to a witness identified by another party pursuant to subparagraphs a and b hereinabove shall occur within thirty (30) days after the disclosure by the other party.

**DISCOVERY:**

4.      Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

**5a.**      Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery deadline shall be February 20, 2026. Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive must be completed by the discovery deadline.

  **b.**      Unless otherwise permitted by the Court, all discovery motions and conferences made or requested pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive of LR 26.1, 26.2, and 37.1 shall be filed no later than January 21, 2026.

**MOTIONS:**

6.      Dispositive motions shall be filed by February 20, 2026.

7.      All other non-dispositive motions including any motion requiring an evidentiary hearing (including *Daubert* motions) shall be filed by April 21, 2026. This deadline does not include motions in limine or discovery motions.

**8.** Motions in limine shall be filed by June 22, 2026.

Any opposition memorandum to a motion in limine shall be filed by June 29, 2026.

**SETTLEMENT:**

**9.** A settlement conference shall be held on March 24, 2026, at 1:00 PM by Video Conference (VTC) before the Honorable Wes Reber Porter, United States Magistrate Judge.

**10.** Each party shall deliver to the presiding Magistrate Judge a confidential settlement conference statement by March 17, 2026. The parties are directed to LR l 6.5(b) for the requirements of the confidential settlement conference statement.

**11.** The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

**TRIAL AND FINAL PRETRIAL:**

**12.** A Telephonic final pretrial conference shall be held on June 8, 2026, at 10:00 AM before the Honorable Wes Reber Porter, United States Magistrate Judge.

**13.** Pursuant to LR 16.4, each party herein shall serve and file a separate final pretrial statement by June 1, 2026.

**14.** By June 22, 2026, the parties shall pre-mark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

**15.** By June 29, 2026, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

16.    The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

17.    The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

18.    The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by June 29, 2026.

19a.   By June 29, 2026, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

  b.   Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by July 6, 2026.

20.    By June 29, 2026, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

21.    By July 6, 2026 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

22a.   The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court by July 13, 2026.

  b.   A thumb drive of all exhibits shall be submitted to the Court by July 13, 2026.

23.    (RESERVED)

24.    (RESERVED)

25.    (RESERVED)

26. (RESERVED)

27. (RESERVED)

28. A final pretrial conference shall be held on July 6, 2026, at 10:00 AM in Aha Kanawai before the Honorable Jill A. Otake, United States District Judge.

**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

29. Each party shall serve and file proposed findings of fact and conclusions of law by July 13, 2026.

**OTHER MATTERS:**

The parties are directed to consult Magistrate Judge Wes Reber Porter's Standing Order Regarding Settlement Conferences, available on the Court's public website, regarding the format of the confidential settlement conference statement and settlement conference procedures.

Telephonic hearings before Magistrate Judge Wes Reber Porter, will be held via Zoom Dial: **1-833-568-8864** / Meeting ID: **161 0084 2470**. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

The parties are directed to review the *General Civil Case Procedures Before Judge Otake* available on the court's website.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 21, 2025.



Wes Reber Porter
United States Magistrate Judge

Elijah Pinales, et al. vs. Anne E. Lopez; 1:24-CV-00496-JAO-WRP; <u>Rule 16 Scheduling Order</u>