ANNE E. LOPEZ          7609
Attorney General of Hawaiʻi

KALIKOʻONĀLANI        9964
D. FERNANDES
Solicitor General

EWAN C. RAYNER        10222
THOMAS J. HUGHES      11059
Deputy Solicitors General
Department of the Attorney General,
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: ewan.rayner@hawaii.gov
        thomas.j.hughes@hawaii.gov

DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS         9292
SHIRA LAUREN FELDMAN  [*Pro Hac Vice*]
TESS M. FARDON        [*Pro Hac Vice*]
Special Deputy Attorneys General
Brady Center to Prevent Gun Violence
840 First Street NE, Suite 400
Washington, D.C. 20002
Tel: (202) 370-8100
E-mail: dletter@bradyunited.org
        edavis@bradyunited.org
        sfeldman@bradyunited.org
        tfardon@bradyunited.org

MARK S. DAVIS         1442
AIMEE M. LUM          8364
Special Deputy Attorneys General
DAVIS LEVIN LIVINGSTON
851 Fort Street, Suite 400
Honolulu, Hawaiʻi 96813
Tel.: (808) 524-7500

Fax: (808) 356-0418
Email:  mdavis@davislevin.com
        alum@davislevin.com

Attorneys for ANNE E. LOPEZ,
in her official capacity as the Attorney General
of the State of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAI'I,<br><br>Defendant. | Civil No. 24-00496 JAO-WRP<br><br>**STIPULATION RE SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER**<br><br><br><br>Non-Jury Trial:  July 20, 2026<br>Judge:  Hon. Jill A. Otake |

# STIPULATION RE SUMMARY JUDGMENT
# BRIEFING SCHEDULE AND ORDER

Plaintiffs ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, and SECOND AMENDMENT FOUNDATION (collectively "Plaintiffs"), and Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawai'i ("Defendant" and, together with the Plaintiffs, "the Parties"), hereby stipulate and agree as follows:

1. The Parties agree to the following briefing deadlines for the filing of their motions for summary judgment, pursuant to Local Rule 7.7:

    a. **October 1, 2025**: Plaintiffs' motion for summary judgment;

    b. **November 3, 2025**: Defendant's response/counter motion for summary judgment;

    c. **December 1, 2025**: Plaintiffs' reply/response to counter motion for summary judgment;

    d. **December 22, 2025**: Defendant's reply in support of counter motion for summary judgment;

2. A hearing on the Parties' motions for summary judgment to be scheduled at the Court's convenience.

Respectfully submitted August 26, 2025

1

/s/ *Ewan C. Rayner*
KALIKOʻONĀLANI D. FERNANDES
EWAN C. RAYNER
THOMAS J. HUGHES
DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS
SHIRA LAUREN FELDMAN [*Pro Hac Vice*]
TESS M. FARDON [*Pro Hac Vice*]
MARK S. DAVIS
AIMEE M. LUM

Attorneys for Defendant ANNE E. LOPEZ in her official capacity as the Attorney General of the State of Hawaiʻi


/s/ *Alan A. Beck*
ALAN ALEXANDER BECK
KEVIN GERARD O'GRADY

Attorneys for Plaintiffs ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION

APPROVED AND SO ORDERED:



Jill A. Otake
United States District Judge

Pinales, et al. v. Lopez; Civil No. 24-00496 JAO-WRP; United States District Court for the District of Hawaiʻi; STIPULATION RE SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER

2