Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Kevin Gerard O'Grady
The Law Office of Kevin O'Grady
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES et. al.  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ANNE E. LOPEZ, in her Official )<br>Capacity as the Attorney General )<br>of the State of Hawaii  )<br>)<br>Defendant.  )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 24-00496 JAO-WRP<br><br>PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT; MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, EXHIBITS 1-8, CERTIFICATE OF SERVICE;<br><br>TRIAL: July 20, 2026<br>JUDGE: Hon. J. Jill A. Otake<br>HEARING DATE: N/A |

## Plaintiffs' Motion for Summary Judgment

Plaintiffs Elijah Pinales, Juda Roache, Aloha Strategics LLC DBA Danger Close Tactical, JGB Arms LLC and Second Amendment Foundation by and through counsel, move this Court for an order granting summary judgment in their favor on all counts as contained in Plaintiffs' First Amended Verified Complaint against Defendant Anne E. Lopez, in her Official Capacity as the Attorney General of the State of Hawaii.

Plaintiffs bring this Motion under Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1. Plaintiffs base this Motion upon the attached Memorandum in Support of Motion (and its attached exhibits), the Separate Concise Statement of Facts filed contemporaneously herewith the record, and oral argument presented by counsel at the hearing.

Pursuant to LR7.8, this motion is made following the conference of counsel which took place on August 22, 2024.

Respectfully submitted,

Dated: October 1, 2025.

/s/ Alan Alexander Beck
Alan Alexander Beck

/s/Kevin Gerard O'Grady
Kevin Gerard O'Grady

Attorneys for Plaintiffs