Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Kevin Gerard O'Grady
The Law Office of Kevin O'Grady
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES et. al.<br><br>Plaintiffs,<br><br>v.<br><br>ANNE LOPEZ, in her official Capacity as the Attorney General of the State of Hawaii,<br><br>Defendant. | Civil Action No. 24-00496 JAO-WRP<br><br>PLAINTIFFS' SEPARATE CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE;<br><br>TRIAL: July 20, 2026<br>JUDGE: Hon. J. Jill A. Otake<br>HEARING DATE: N/A |

# PLAINTIFFS' SEPARATE CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

In accordance with Rule 56.1 of the Local Rules for the United States District Court for the District of Hawaii, Plaintiffs Elijah Pinales, Juda Roache, Aloha Strategics, LLC, d/b/a Danger Close Tactical, JGB Arms, LLC and the Second Amendment Foundation submit their concise statement of undisputed facts in support of their concurrently-filed Motion for Summary Judgment.

| FACT | EVIDENTIARY SUPPORT |
| --- | --- |
| 1. Elijah Pinales is between the ages of 18 and 21. | *See* ECF #49 Verified Amended Complaint ("VAC") at ¶1. |
| 2. Pinales intends to and would apply for a permit to acquire firearms and ammunition. | *See* VAC at ¶1. |
| 3. Pinales is a member of the Second Amendment Foundation ("SAF"). | *See* VAC at ¶1. |
| 4. Pinales lives in Honolulu, Hawaii. | *See* VAC at ¶1. |
| 5. Pinales is unable to acquire firearms or ammunition due to his age. | *See* VAC at ¶1. |
| 6. Pinales does not own any firearms or ammunition. | *See* VAC at ¶68. |
| 7. Pinales is not disqualified under Hawaii law, apart from the challenged statutes, from owning or possessing firearms or ammunition. | *See* VAC at ¶ 69. |
| 8. Pinales is not disqualified under federal law from owning or possessing firearms or ammunition. | *See* VAC at ¶69. |

| | |
|---|---|
| 9. Pinales does not have a hunter's permit, is not a member of law enforcement, and is not a member of the armed services. | *See* VAC at ¶ 72-74. |
| 10. Pinales mother would give and or gift a firearm and ammunition to Pinales but for Hawaii's laws prohibiting her from doing so. | *See* VAC at ¶75; VAC at Exhibit 4. |
| 11. Pinales has no criminal history and no disqualifying mental health history. | *See* VAC at ¶78. |
| 12. Judah Roache is between the ages of 18 and 21. | *See* VAC at ¶2. |
| 13. Roache intends to and would apply for a permit to acquire firearms and ammunition. | *See* VAC at ¶2. |
| 14. Roache intends to and would accept a firearm and ammunition from his mother. | *See* VAC at ¶2. |
| 15. Roache is a member of the Second Amendment Foundation. | *See* VAC at ¶2. |
| 16. Roache lives in Honolulu, Hawaii. | *See* VAC at ¶2. |
| 17. Roache does not own any firearms or ammunition. | *See* VAC at ¶83. |
| 18. Roache is not disqualified under Hawaii law, apart from the challenged statutes, from owning or possessing firearms or ammunition. | *See* VAC at ¶84. |
| 19. Roache is not disqualified under federal law from owning or possessing firearms or ammunition. | *See* VAC at ¶84. |
| 20. Roache does not have a hunter's permit, is not a member of law enforcement, and is not a member of the armed services. | *See* VAC at ¶87-89. |

| | |
|---|---|
| 21. Roache has no criminal history and no disqualifying mental health history. | *See* VAC at ¶91-92 |
| 22. Aloha Strategics LLC, d/b/a Danger Close Tactical ("DCT") is a federally licensed firearms dealer ("FFL") in Hawaii. | *See* VAC at ¶3, 98. |
| 23. DCT has customers who are at least 18 years old but under 21 years old. | *See* VAC at ¶3. |
| 24. DCT cannot sell firearms or ammunition to those customers pursuant to Hawaii law. | *See* VAC at ¶3, 99. |
| 25. DCT was forced to prohibit 18 to 20 year olds from attending firearms classes and prohibited from engaging in firearm rentals to those aged 18 to 20. | *See* VAC at ¶99. |
| 26. DCT is located in Honolulu. | *See* VAC at ¶3. |
| 27. JGB Arms, LLC ("JGB") is a federally licensed firearms dealer in Hawaii. | *See* VAC at ¶4. |
| 28. JGB has customers who are at least 18 years old but under 21 years old. | *See* VAC at ¶4. |
| 29. JGB cannot sell firearms or ammunition to those customers pursuant to Hawaii law. | *See* VAC at ¶4, 104. |
| 30. JGB was forced to prohibit 18 to 20 year olds from attending firearms classes and prohibited from engaging in firearm rentals to those aged 18 to 20. | *See* VAC at ¶104. |
| 31. JGB is located in Kuai. | *See* VAC at ¶4. |
| 32. Second Amendment Foundation ("SAF") has over 720,000 members and supporters nationwide, including members in Hawaii. | *See* VAC at ¶5. |

| | |
|---|---|
| 33. SAF's purpose includes education, research, publishing, and legal action focusing on the Second Amendment. | *See* VAC at ¶5. |
| 34. SAF has members who live in Hawaii and are between the ages of 18 to 20. | *See* VAC at ¶5, 105. |

Respectfully submitted,

Dated: <u>October 1, 2025</u>.

<u>/s/Kevin Gerard O'Grady</u>
Kevin Gerard O'Grady

<u>/s/ Alan Alexander Beck</u>
Alan Alexander Beck


Attorneys for Plaintiffs