ANNE E. LOPEZ          7609
Attorney General of Hawai'i

KALIKO'ONĀLANI        9964
D. FERNANDES
Solicitor General

EWAN C. RAYNER        10222
THOMAS J. HUGHES      11059
Deputy Solicitors General
Department of the Attorney General,
  State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Tel: (808) 586-1360
E-mail: ewan.rayner@hawaii.gov
        thomas.j.hughes@hawaii.gov

DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS          9292
SHIRA LAUREN FELDMAN  [*Pro Hac Vice*]
TESS M. FARDON        [*Pro Hac Vice*]
Special Deputy Attorneys General
Brady Center to Prevent Gun Violence
840 First Street NE, Suite 400
Washington, D.C. 20002
Tel: (202) 370-8100
E-mail: dletter@bradyunited.org
        edavis@bradyunited.org
        sfeldman@bradyunited.org
        tfardon@bradyunited.org

MARK S. DAVIS          1442
AIMEE M. LUM           8364
Special Deputy Attorneys General
DAVIS LEVIN LIVINGSTON
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Tel.: (808) 524-7500

Fax: (808) 356-0418
Email:  mdavis@davislevin.com
        alum@davislevin.com

Attorneys for ANNE E. LOPEZ,
in her official capacity as the Attorney General
of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,<br><br>　　　　　Defendant. | Civil No. 24-00496 JAO-WRP<br><br>**DEFENDANT ANNE E. LOPEZ'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN LOCAL RULE 56.1(c); MEMORANDUM IN SUPPORT OF MOTION; [PROPOSED] ORDER GRANTING MOTION; CERTIFICATE OF SERVICE**<br><br>Non-Jury Trial:  July 20, 2026<br>Judge:  Hon. Jill A. Otake |

# DEFENDANT ANNE E. LOPEZ'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN LOCAL RULE 56.1(c)

Defendant Anne E. Lopez moves for leave to exceed the five-page limit for the concise statement of facts supporting a summary judgment motion required under Local Rule 56.1(c) by two pages, for a total of seven pages.  This Motion is made in connection with Defendant's Counter Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, ECF No. 65, which is due on November 3, 2025.  Defendant seeks relief due to the specific requirements of the legal framework applicable to this case under *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), and the complex constitutional issues at stake.

In accordance with Local Rule 7.8, Ewan Rayner, Esq., and Alan Beck, Esq. conferred by telephone on October 9, 2025, regarding this Motion.  Plaintiffs do not object to the requested page enlargement but ask that Defendant agree to a corresponding two-page extension for Plaintiffs' responsive concise statement.  Defendant is agreeable to such an extension.

Defendant has filed this Motion before the expiration of the seven-day period set forth in Local Rule 7.8 to present the issue to the Court sufficiently in advance of the November 3, 2025 deadline.  Plaintiffs do not object to the expedited filing of this Motion.

DATED: Honolulu, Hawaiʻi, October 15, 2025.

/s/ *Aimee M. Lum*
_____

KALIKOʻONĀLANI D. FERNANDES
EWAN C. RAYNER
THOMAS J. HUGHES
DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS
SHIRA LAUREN FELDMAN [*Pro Hac Vice*]
TESS M. FARDON [*Pro Hac Vice*]
MARK S. DAVIS
AIMEE M. LUM

Attorneys for Defendant ANNE E. LOPEZ in her official capacity as the Attorney General of the State of Hawaiʻi

2