IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,<br><br>Defendant. | Civil No. 24-00496 JAO-WRP<br><br>[*PROPOSED*] ORDER GRANTING DEFENDANT ANNE E. LOPEZ'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN LOCAL RULE 56.1(c) |

**ORDER GRANTING DEFENDANT ANNE E. LOPEZ'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN LOCAL RULE 56.1(c)**

After consideration of Defendant Anne E. Lopez's Motion for Leave to Exceed Page Limit in Local Rule 56.1(c), filed October 15, 2025, there being no objection from Plaintiffs, and good cause appearing therefor, the Court HEREBY GRANTS the Motion and enlarges the page limit for Defendant's concise statement by two pages, for a total of seven pages. The Court correspondingly extends Plaintiffs' responsive concise statement page limit by two pages.

IT IS SO ORDERED.

DATED:     Honolulu, Hawai'i, _____.