ANNE E. LOPEZ            7609
Attorney General of Hawaiʻi

KALIKOʻONĀLANI          9964
D. FERNANDES
Solicitor General

EWAN C. RAYNER          10222
THOMAS J. HUGHES        11059
Deputy Solicitors General
Department of the Attorney General,
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel:  (808) 586-1360
E-mail:  ewan.rayner@hawaii.gov
         thomas.j.hughes@hawaii.gov

DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS           9292
SHIRA LAUREN FELDMAN  [*Pro Hac Vice*]
TESS M. FARDON          [*Pro Hac Vice*]
Special Deputy Attorneys General
Brady Center to Prevent Gun Violence
840 First Street NE, Suite 400
Washington, D.C. 20002
Tel:  (202) 370-8100
E-mail:  dletter@bradyunited.org
         edavis@bradyunited.org
         sfeldman@bradyunited.org
         tfardon@bradyunited.org

MARK S. DAVIS           1442
AIMEE M. LUM            8364
Special Deputy Attorneys General
DAVIS LEVIN LIVINGSTON
851 Fort Street, Suite 400
Honolulu, Hawaiʻi 96813
Tel.: (808) 524-7500

Fax: (808) 356-0418
Email:  mdavis@davislevin.com
        alum@davislevin.com

Attorneys for ANNE E. LOPEZ,
in her official capacity as the Attorney General
of the State of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAI'I,<br><br>Defendant. | Civil No. 24-00496 JAO-WRP<br><br>**DEFENDANT'S ERRATA RE: ROBERT SPITZER EXPERT REPORT (ECF NO. 72-6)**<br><br><br><br><br><br>Hearing Date:  February 13, 2026 at 9:00 a.m.<br>Non-Jury Trial:  July 20, 2026<br>Judge:  Hon. Jill A. Otake |

**DEFENDANT'S ERRATA RE:  ROBERT SPITZER
EXPERT REPORT (ECF NO. 72-6)**

Attached to Defendant Anne E. Lopez's Concise Statement of Facts in Opposition to Plaintiffs' Separate Concise Statement of Facts in Support of Motion for Summary Judgment and in Support and Counter Motion for Summary Judgment, ECF No. 72, is a document titled "Exhibit 1 – SPITZER EXPERT REPORT."  ECF

No. 72-6.  The curriculum vitae for another defense expert was inadvertently included in ECF No. 72-6 as Exhibit A.  To correct the record, Defendant submits the attached **Exhibit 1** to replace ECF No. 72-6.[1]

DATED:  Honolulu, Hawaiʻi, November 4, 2025.

/s/ Aimee M. Lum

KALIKOʻONĀLANI D. FERNANDES
EWAN C. RAYNER
THOMAS J. HUGHES
DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS
SHIRA LAUREN FELDMAN [*Pro Hac Vice*]
TESS M. FARDON [*Pro Hac Vice*]
MARK S. DAVIS
AIMEE M. LUM

Attorneys for Defendant ANNE E. LOPEZ in her official capacity as the Attorney General of the State of Hawaiʻi

---

[1] The mandatory chambers copies will include the corrected version of the Spitzer Report.