ANNE E. LOPEZ            7609
Attorney General of Hawaiʻi

KALIKOʻONĀLANI          9964
D. FERNANDES
Solicitor General

EWAN C. RAYNER          10222
THOMAS J. HUGHES        11059
Deputy Solicitors General
Department of the Attorney General,
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: ewan.rayner@hawaii.gov
        thomas.j.hughes@hawaii.gov

DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS            9292
SHIRA LAUREN FELDMAN [*Pro Hac Vice*]
TESS M. FARDON         [*Pro Hac Vice*]
Special Deputy Attorneys General
Brady Center to Prevent Gun Violence
840 First Street NE, Suite 400
Washington, D.C. 20002
Tel: (202) 370-8100
E-mail: dletter@bradyunited.org
        edavis@bradyunited.org
        sfeldman@bradyunited.org
        tfardon@bradyunited.org

MARK S. DAVIS            1442
AIMEE M. LUM             8364
Special Deputy Attorneys General
DAVIS LEVIN LIVINGSTON
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Tel.: (808) 524-7500

Fax: (808) 356-0418
Email: mdavis@davislevin.com
        alum@davislevin.com

Attorneys for ANNE E. LOPEZ,
in her official capacity as the Attorney General
of the State of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAI'I,<br><br>Defendant. | Civil No. 24-00496 JAO-WRP<br><br>ORDER GRANTING DEFENDANT ANNE E. LOPEZ'S MOTION TO STRIKE ECF NOS. 74, 74-1 THROUGH 74-22, AND 75 (ECF No. 76) |

<u>ORDER GRANTING DEFENDANT ANNE E. LOPEZ'S MOTION TO STRIKE ECF NOS. 74, 74-1 THROUGH 74-22, AND 75</u> (ECF No. 76)

On December 5, 2025, Defendant Anne E. Lopez ("Defendant") filed a Motion to Strike ECF Nos. 74, 74-1 Through 74-22, and 75, and/or for Alternative Relief. ECF No. 76. Plaintiffs Elijah Pinales, Juda Roache, Aloha Strategics LLC dba Danger Close Tactical, JGB Arms LLC, and Second Amendment Foundation

(collectively, "Plaintiffs") filed a Response on December 8, 2025.  ECF No. 77.

After reviewing Plaintiffs' referenced filings and considering the parties' positions, the Court GRANTS the Motion and HEREBY STRIKES Plaintiffs' (1) Reply and Opposition to Defendant's Cross-Motion for Summary Judgment (ECF No. 74); (2) the exhibits attached thereto (ECF Nos. 74-1 through 74-22); and (3) Response to Defendant's Statement of Material Facts (ECF No. 75).  By December 15, 2025, Plaintiffs shall refile their Reply/Opposition and Response to Defendant's Statement of Material Facts in conformance with the Local Rules and this Court's General Civil Case Procedures.  Defendant's deadline to file a Reply to her Counter Motion for Summary Judgment is extended from December 22, 2025 to January 16, 2026.

If Plaintiffs would like to exceed the page/word count limit established by Local Rule 7.4, they must file a motion seeking such leave.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, December 8, 2025.



Jill A. Otake
United States District Judge

Civil No. 24-00496 JAO-WRP, *Pinales v. Lopez*; ORDER GRANTING DEFENDANT ANNE E. LOPEZ'S MOTION TO STRIKE ECF NOS. 74, 74-1 THROUGH 74-22, AND 75 (ECF No. 76)