ANNE E. LOPEZ            7609
Attorney General of Hawai'i

KALIKO'ONĀLANI          9964
D. FERNANDES
Solicitor General

EWAN C. RAYNER          10222
THOMAS J. HUGHES        11059
Deputy Solicitors General
Department of the Attorney General,
  State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Tel:  (808) 586-1360
E-mail:  ewan.rayner@hawaii.gov
         thomas.j.hughes@hawaii.gov

DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS           9292
SHIRA LAUREN FELDMAN  [*Pro Hac Vice*]
TESS M. FARDON          [*Pro Hac Vice*]
Special Deputy Attorneys General
Brady Center to Prevent Gun Violence
840 First Street NE, Suite 400
Washington, D.C. 20002
Tel:  (202) 370-8100
E-mail:  dletter@bradyunited.org
         edavis@bradyunited.org
         sfeldman@bradyunited.org
         tfardon@bradyunited.org

MARK S. DAVIS           1442
AIMEE M. LUM            8364
Special Deputy Attorneys General
DAVIS LEVIN LIVINGSTON
851 Fort Street, Suite 400
Honolulu, Hawai'i 96813
Tel.: (808) 524-7500

Fax: (808) 356-0418
Email:  mdavis@davislevin.com
          alum@davislevin.com

Attorneys for ANNE E. LOPEZ,
in her official capacity as the Attorney General
of the State of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAI'I,<br><br>Defendant. | Civil No. 24-00496 JAO-WRP<br><br>**JOINT STATUS REPORT; CERTIFICATE OF SERVICE**<br><br><br>Non-Jury Trial:  July 20, 2026<br>Judge:  Hon. Jill A. Otake |

## JOINT STATUS REPORT

Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of Hawai'i, and Plaintiffs ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, and SECOND AMENDMENT FOUNDATION (collectively, "the Parties") submit this Joint Status Report pursuant to the Court's May 18, 2026 Entering Order (ECF No. 93) requesting the parties' positions "about whether they anticipate needing a non-jury trial in this matter in light of the Counter-Motions for Summary Judgment."

The Parties expect the Court's disposition of their pending Counter-Motions for Summary Judgment to resolve all issues in the case. As such, the Parties do not believe a trial will ultimately be required.

In light of the anticipated posture of the case following the resolution of the Counter-Motions for Summary Judgment, the Parties request that the Court vacate the July 20, 2026 trial date and all current trial-related deadlines, beginning with the final pretrial statements due on June 1, 2026.  Alternatively, the Parties ask the

1

Court to continue the trial until some reasonable period after the disposition of the

Counter-Motions for Summary Judgment.

DATED:     Honolulu, Hawaiʻi, May 21, 2026.

/s/ *Ewan C. Rayner*

KALIKOʻONĀLANI D. FERNANDES
EWAN C. RAYNER
THOMAS J. HUGHES
DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS
SHIRA LAUREN FELDMAN [*Pro Hac Vice*]
TESS M. FARDON [*Pro Hac Vice*]
MARK S. DAVIS
AIMEE M. LUM

Attorneys for Defendant ANNE E. LOPEZ
in her official capacity as the Attorney
General of the State of Hawaiʻi

/s/ *Alan A. Beck*

ALAN ALEXANDER BECK
KEVIN O'GRADY

Attorneys for Plaintiffs Elijah Pinales, Juda
Roache, Aloha Strategics LLC Dba Danger
Close Tactical, JGB Arms LLC, and Second
Amendment Foundation

2