ANNE E. LOPEZ            7609
Attorney General of Hawaiʻi

KALIKOʻONĀLANI            9964
D. FERNANDES
Solicitor General

EWAN C. RAYNER            10222
THOMAS J. HUGHES            11059
Deputy Solicitors General
Department of the Attorney General,
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel:  (808) 586-1360
E-mail:  ewan.rayner@hawaii.gov
        thomas.j.hughes@hawaii.gov


DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS            9292
SHIRA LAUREN FELDMAN  [*Pro Hac Vice*]
TESS M. FARDON            [*Pro Hac Vice*]
Special Deputy Attorneys General
Brady Center to Prevent Gun Violence
840 First Street NE, Suite 400
Washington, D.C. 20002
Tel:  (202) 370-8100
E-mail:  dletter@bradyunited.org
        edavis@bradyunited.org
        sfeldman@bradyunited.org
        tfardon@bradyunited.org


MARK S. DAVIS            1442
AIMEE M. LUM            8364
Special Deputy Attorneys General
DAVIS LEVIN LIVINGSTON
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Tel.: (808) 524-7500

Fax: (808) 356-0418
Email:  mdavis@davislevin.com
        alum@davislevin.com

Attorneys for ANNE E. LOPEZ,
in her official capacity as the Attorney General
of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,<br><br>Defendant. | Civil No. 24-00496 JAO-WRP<br><br>STIPULATION TO DISMISS |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs

Elijah Pinales, Juda Roache, Aloha Strategics LLC dba Danger Close Tactical, JGB

Arms LLC, and Second Amendment Foundation (collectively, "Plaintiffs"), and

Defendant Anne E. Lopez ("Defendant"), that pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) and Rule 41.1 of the Local Rules of Practice for the U.S. District Court for the District of Hawaii, Plaintiff Elijah Pinales's claims against Defendant are HEREBY DISMISSED WITHOUT PREJUDICE.

The balance of Plaintiffs' claims remain against Defendant. Plaintiff Elijah Pinales and Defendant shall bear their own attorneys' fees and costs.

DATED:     Honolulu, Hawai'i, July 6, 2026.

/s/ *Alan Beck*
ALAN ALEXANDER BECK
KEVIN GERARD O'GRADY

Attorneys for Plaintiffs ELIJAH
PINALES, JUDA ROACHE,
ALOHA STRATEGICS LLC DBA
DANGER CLOSE TACTICAL, JGB
ARMS LLC, SECOND
AMENDMENT FOUNDATION

/s/ *Thomas J. Hughes*
KALIKOʻONĀLANI D. FERNANDES
EWAN C. RAYNER
THOMAS J. HUGHES
DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS
SHIRA LAUREN FELDMAN [*Pro Hac Vice*]
TESS M. FARDON [*Pro Hac Vice*]
MARK S. DAVIS
AIMEE M. LUM

Attorneys for Defendant ANNE E. LOPEZ
in her official capacity as the Attorney
General of the State of Hawai'i

2

APPROVED AS TO FORM:



Jill A. Otake
United States District Judge

Civil No. 24-00496 JAO-WRP, *Pinales v. Lopez*; STIPULATION TO DISMISS

2