ANNE E. LOPEZ 7609
Attorney General of Hawaiʻi

KALIKOʻONĀLANI 9964
D. FERNANDES
Solicitor General

EWAN C. RAYNER 10222
THOMAS J. HUGHES 11059
Deputy Solicitors General
Department of the Attorney General,
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: ewan.rayner@hawaii.gov
thomas.j.hughes@hawaii.gov

DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS 9292
SHIRA LAUREN FELDMAN [*Pro Hac Vice*]
TESS M. FARDON [*Pro Hac Vice*]
Special Deputy Attorneys General
Brady Center to Prevent Gun Violence
840 First Street NE, Suite 400
Washington, D.C. 20002
Tel: (202) 370-8100
E-mail: dletter@bradyunited.org
edavis@bradyunited.org
sfeldman@bradyunited.org
tfardon@bradyunited.org

MARK S. DAVIS 1442
AIMEE M. LUM 8364
Special Deputy Attorneys General
Davis Levin Livingston
851 Fort Street, Suite 400
Honolulu, Hawaiʻi 96813
Tel.: (808) 524-7500

Fax: (808) 356-0418
Email: mdavis@davislevin.com
alum@davislevin.com

Attorneys for ANNE E. LOPEZ,
in her official capacity as the Attorney General
of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH PINALES, JUDA ROACHE, ALOHA STRATEGICS LLC DBA DANGER CLOSE TACTICAL, JGB ARMS LLC, SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,<br><br>Defendant. | Civil No. 24-00496 JAO-WRP<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY; EXHIBIT A; CERTIFICATE OF SERVICE**<br><br>Hearing Date: July 31, 2026<br>Hearing Time: 9:00 a.m.<br>Judge: Hon. Jill A. Otake |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.6, Defendant Anne E. Lopez files this notice of supplemental authority to notify the Court of the United States District Court for the District of Massachusetts' August 21, 2026 opinion and order in *Escher v. Noble*, No. 1:25-cv-10389-GAO. The opinion and order is attached as an exhibit to this notice.

The *Escher* plaintiffs challenged the constitutionality of Mass. Gen. Laws ch. 140, § 131(d), which provides that only "[a] lawful resident 21 years of age or older" may "submit to the licensing authority an application for a license to carry firearms[.]" Defendant cites as persuasive authority the District of Massachusetts' holding that this statutory age restriction is constitutionally justified by a "national tradition [that] allows the government to impose reasonable age-based restrictions on minors' access to firearms," as demonstrated by the "Founding-era . . . infancy doctrine" and "nineteenth century state laws that expressly regulated the sale of firearms to, or the possession and carry of firearms by, minors." Ex. A at 16–22.

DATED: Honolulu, Hawai'i, August 26, 2026.

/s/ *Thomas J. Hughes*

KALIKOʻONĀLANI D. FERNANDES
EWAN C. RAYNER
THOMAS J. HUGHES
DOUGLAS N. LETTER [*Pro Hac Vice*]
ERIN C. DAVIS
SHIRA LAUREN FELDMAN [*Pro Hac*

*Vice*]
TESS M. FARDON [*Pro Hac Vice*]
MARK S. DAVIS
AIMEE M. LUM

Attorneys for Defendant ANNE E. LOPEZ in her official capacity as the Attorney General of the State of Hawai‘i