AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

ELIJAH PINALES; JUDA ROACHE; ALOHA STRATEGICS LLC; JGB ARMS LLC; SECOND AMENDMENT FOUNDATION

Plaintiffs,

V.

ANNE E. LOPEZ

Defendant.

JUDGMENT IN A CIVIL CASE

Case: 1:24-CV-00496-JAO-WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Aug 31, 2026, 5:28 pm**
LUCY H. CARRILLO, CLERK OF COURT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "ORDER DENYING PLAINTIFFS' FIRST MOTION FOR SUMMARY JUDGMENT (ECF NO. 65) AND GRANTING DEFENDANT'S COUNTER MOTION FOR SUMMARY JUDGMENT (ECF NO. 71)", ECF No. 107, filed on August 31, 2026. The Court directs the clerk to enter judgment in favor of Defendant and close the case.

August 31, 2026
Date

LUCY H. CARRILLO
Clerk

/s/ LUCY H. CARRILLO by CB
(By) Deputy Clerk