## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** **Hawaii**

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 1:24-cv-00496

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: November 20, 2024

Date of judgment or order you are appealing: August 31, 2026

Docket entry number of judgment or order you are appealing: 107

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(•) Yes ( ) No ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List* ***each*** *party filing the appeal. Do not use "et al." or other abbreviations.)*

Juda Roache, Aloha Strategics LLC DBA Danger Close Tactical, JGB Arms
Second Amendment Foundation

Is this a cross-appeal? ( ) Yes (•) No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ( ) Yes (•) No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Kevin O'Grady **Date** September 11, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Juda Roache, Aloha Strategics LLC DBA Danger Close Tactical, JGB Arms
Second Amendment Foundation

Name(s) of counsel (if any):

Kevin O'Grady, Alan Beck

Address: 1164 Bishop Street, Suite 1605, Honolulu, Hawaii 96813

Telephone number(s): 808-521-3367

Email(s): Kevin@KevinOGradyLaw.com, Alan.Alexander.Beck@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Anne E. Lopez, in her official capacity as the Attorney General of the State
Hawaii

Name(s) of counsel (if any):

Kalikoonalani Fernandes

Address: 425 Queen Street, Honolulu, Hawaii 96813

Telephone number(s): 808-586-1500

Email(s): Kaliko.d.fernandes@hawaii.gov

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ◯ Yes ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):